```
 1  JEFFREY S. BUCHOLTZ
    Acting Assistant Attorney General
 2  R. MICHAEL UNDERHILL
    Attorney in Charge, West Coast Office
 3  Torts Branch, Civil Division
    GEOFFREY D. OWEN
 4  Trial Attorney
    U.S. Department of Justice
 5  7-5395 Federal Bldg., Box 36028
    450 Golden Gate Avenue
 6  San Francisco, California 94102-3463
    Telephone: (415) 436-6648
 7  mike.underhill@usdoj.gov

 8  RONALD J. TENPAS
    Acting Assistant Attorney General
 9  Environment and Natural Resources Division
    United States Department of Justice
10  Washington D.C. 20530
    BRADLEY R. O'BRIEN
11  Environmental Enforcement Section
    United States Department of Justice
12  301 Howard Street, Suite 1050
    San Francisco, California 94105
13  Telephone: (415) 744-6484; Facsimile: (415) 744-6476
    brad.o'brien@usdoj.gov
14
    Attorneys for Plaintiff
15  United States of America
```

RECEIVED
07 NOV 30 AM 9:14
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No. CV 07 6045 SI |
| Plaintiff, | ) | IN ADMIRALTY |
| v. | ) | |
| M/V COSCO BUSAN, LR/IMO Ship No. 9231743, her engines, apparel, electronics, tackle, boats, appurtenances, *etc.*, *in rem*, THE SHIPOWNERS' INSURANCE & GUARANTY COMPANY LTD., REGAL STONE LIMITED, FLEET MANAGEMENT LTD., and JOHN COTA, *in personam*, | ) | WARRANT OF ARREST OF VESSEL |
| Defendants. | ) | |

WARRANT OF ARREST OF VESSEL                    1

TO: **The United States Marshal for the Northern District of California**

WHEREAS, the United States has filed a verified complaint, *in rem*, to foreclose maritime lien claims against the defendant vessel M/V COSCO BUSAN, LR/IMO Ship No. 9231743, her engines, boats, electronics, radios, navigation equipment, radars, bunkers, machinery, rigging, and any and all appurtenances appertaining or belonging to said vessel (hereafter the "Vessel"), for reasons set forth in the complaint, and praying for process of warrant for the arrest of said defendant Vessel, and that all persons interested in the said defendant Vessel may be cited to answer the premises, and that said defendant Vessel may, for the causes set forth in the said complaint, be sold to pay the demands of the United States, and the Court having ordered this warrant of arrest to issue,

YOU ARE HEREBY COMMANDED to arrest the said Vessel and her appurtenances, etc., as so described above, and to detain the same in your custody until further order of the Court respecting the same and to promptly give actual notice of the commencement of this action to the Master, or other ranking officer or caretaker of the Vessel, and further, in accordance with Supplemental Rule C(4) of the Federal Rules of Civil Procedure, if the Vessel has not been released within ten (10) days after execution of this process, to publish a Notice of Arrest and Filing of Action in a form similar to the Notice attached hereto as Exhibit "A", in order to give all persons claiming the same or having anything to say why the Vessel should not be sold pursuant to the prayer of the verified complaint due notice that, pursuant to Supplemental Admiralty Rule C(6) of the Federal Rules of Civil Procedure, a verified claim by any person asserting a right of possession or any ownership in the Vessel must be filed with the Clerk of the Court and a copy thereof served upon attorneys for plaintiff within ten (10) days after the earlier of (1) the arrest of the Vessel, (2) publication of this notice, or (3) within such other time as may be allowed by the Court; any person who files such claim asserting a right of possession or any ownership interest in the Vessel must file and serve a verified answer to the complaint within 20 days after filing the claim; that as to any person not so serving and filing the foregoing verified claim, default will be noted and condemnation ordered.

WARRANT OF ARREST OF VESSEL                                                                                      2

Said Notice of Arrest shall further provide that, pursuant to Rule 24 of the Federal Rules of Civil Procedure any person who asserts a claim of maritime lien or other non-possessory or non-ownership interest in the Vessel must apply for intervention by filing such application with the Clerk of the Court and by serving a copy thereof upon attorneys for plaintiff; applications for intervention in accordance with Rule 24 of the Federal Rules of Civil Procedure must be filed within twenty (20) days after publication of the Notice of Arrest and, as to all persons not so filing such applications for intervention within the time limits set out above, default will be taken.

YOU ARE FURTHER COMMANDED to file this process in this Court with your return promptly after execution thereof.

WITNESS this Honorable Court on the date set forth below.

Date: _____.

                    RICHARD W. WIEKING
                    CLERK OF THE UNITED STATES DISTRICT COURT
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

By: _____
      Deputy Clerk of the Court

PRESENTED BY:

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

_____
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
GEOFFREY D. OWEN
Trial Attorney
U.S. Department of Justice

//
//
//

WARRANT OF ARREST OF VESSEL                     3

1  RONALD J. TENPAS
   Acting Assistant Attorney General
2  Environment and Natural Resources Division
   United States Department of Justice
3  Washington D.C. 20530
   BRADLEY R. O'BRIEN
4  Environmental Enforcement Section
   United States Department of Justice
5
   Attorneys for Plaintiff
6  United States of America

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  WARRANT OF ARREST OF VESSEL                                              4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>M/V COSCO BUSAN, LR/IMO Ship No. 9231743, her engines, apparel, electronics, tackle, boats, appurtenances, *etc.*, *in rem*, THE SHIPOWNERS' INSURANCE & GUARANTY COMPANY LTD., REGAL STONE LIMITED, FLEET MANAGEMENT LTD., and JOHN COTA, *in personam*,<br><br>Defendants. | Civil No.<br><br>IN ADMIRALTY<br><br>(PROPOSED)<br><u>PUBLICATION OF NOTICE OF ARREST OF VESSEL PURSUANT TO SUPPLEMENTAL ADMIRALTY RULE C(4) OF THE FED.R.CIV.P.</u> |

In obedience to a Warrant for Arrest directed to me in the above-entitled cause, I have, on the . . . day of . . ., 2007, seized and taken into my possession the following described defendant, to wit: the vessel M/V COSCO BUSAN, LR/IMO Ship No. 9231743, her engines, apparel, electronics, tackle, boats, appurtenances, *etc.*, *in rem* (the "Vessel"), for the causes set forth in the complaint.

I HEREBY GIVE NOTICE that, pursuant to Supplemental Admiralty Rule C(6)(a) of the Federal Rules of Civil Procedure, a verified statement of right or interest by any person asserting a right of possession or any ownership in the Vessel must be filed with the Clerk of the Court and a copy thereof served upon attorneys for plaintiff within ten (10) days after the earlier of (1) the

EXHIBIT "A" TO WARRANT OF ARREST OF VESSEL – (PROPOSED) NOTICE OF ARREST

foregoing execution of process on the Vessel or (2) within such other time as may be allowed by the Court; any person who asserts a right of possession or any ownership interest in the Vessel must file and serve an answer to the complaint within 20 days after filing the verified statement of right or interest; that as to any person not so serving and filing the foregoing verified statement of right or interest, default will be noted and condemnation ordered.

I HEREBY GIVE FURTHER NOTICE that, pursuant to Rule 24 of the Federal Rules of Civil Procedure, any person who asserts a claim of maritime lien or other non-possessory or non-ownership interest in the Vessel must apply for intervention by filing such application with the Clerk of the Court and by serving a copy thereof upon attorneys for plaintiff; applications for intervention in accordance with Rule 24 of the Federal Rules of Civil Procedure must be filed within twenty (20) days after publication of the Notice of Arrest and, as to all persons not so filing such applications for intervention within the time limits set out above, default will be taken.

Service upon plaintiff's attorneys shall be made at:

R. MICHAEL UNDERHILL
Attorney in Charge, Torts Branch, Civil Division
GEOFFREY D. OWEN
Trial Attorney
U.S. Department of Justice
P.O. Box 36028, Room 7-5395
450 Golden Gate Avenue
San Francisco, California  94102-3463
Telephone: (415) 436-6648
Facsimile: (415) 436-6632
mike.underhill@usdoj.gov

BRADLEY R. O'BRIEN
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Telephone: (415) 744-6484
Facsimile: (415) 744-6476
brad.o'brien@usdoj.gov

Attorneys for Plaintiff
United States of America

//
//

EXHIBIT "A" TO WARRANT OF ARREST OF VESSEL – (PROPOSED) NOTICE OF ARREST

1 | Dated this _____ day of _____, 2007.

/s/ _____
United States Marshal for the
Northern District of California

EXHIBIT "A" TO WARRANT OF ARREST OF VESSEL – (PROPOSED) NOTICE OF ARREST

Page 3 of 3