JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
GEOFFREY D. OWEN
Trial Attorney
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, California 94102-3463
Telephone: (415) 436-6648
mike.underhill@usdoj.gov

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
Washington D.C. 20530
BRADLEY R. O'BRIEN
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Telephone: (415) 744-6484; Facsimile: (415) 744-6476
brad.o'brien@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>M/V COSCO BUSAN, LR/IMO Ship No. 9231743, her engines, apparel, electronics, tackle, boats, appurtenances, *etc.*, *in rem,* THE SHIPOWNERS' INSURANCE & GUARANTY COMPANY LTD., REGAL STONE LIMITED, FLEET MANAGEMENT LTD., and JOHN COTA, *in personam,*<br><br>Defendants. | Civil No. CV 07 6045<br><br>IN ADMIRALTY<br><br>APPLICATION FOR ORDER FOR ISSUANCE OF WARRANT OF MARITIME ARREST PURSUANT TO SUPPLEMENTAL ADMIRALTY RULE C(3)(a)(i) OF THE FED.R.CIV.P. AND N.D. CAL. LOCAL ADMIRALTY RULE 3-1(a) AND (d) |

APPLICATION FOR WARRANT OF ARREST OF VESSEL                                                                        1

Plaintiff, United States, having filed its verified *in rem* complaint in admiralty in the above-entitled action, applies, in accordance with Supplemental Admiralty Rule C(3)(a)(i) of the Federal Rules of Civil Procedure and Local Admiralty Rule 3-1(a), for a finding therefrom that the conditions for an action *in rem* appear to exist, and for an order pursuant to Supplemental Admiralty Rule C(3)(a)(i) and Local Admiralty Rule 3-1(d), directing the Clerk to issue a warrant to the Marshal for the arrest of the defendant vessel in the form attached to the proposed Order herein.

This application is based on the verified complaint herein, the pleadings, supporting papers, and the Declaration of R. Michael Underhill filed herewith.

Dated: November 28, 2007.

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

_____
R. MICHAEL UNDERHILL
Attorney In Charge, West Coast Office
Torts Branch, Civil Division
GEOFFREY D. OWEN
Trial Attorney
U.S. Department of Justice

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division
BRADLEY R. O'BRIEN
Environmental Enforcement Section

Attorneys for Plaintiff United States of America

APPLICATION FOR WARRANT OF ARREST OF VESSEL                                      2