1  JEFFREY S. BUCHOLTZ
   Acting Assistant Attorney General
2  R. MICHAEL UNDERHILL
   Attorney in Charge, West Coast Office
3  Torts Branch, Civil Division
   GEOFFREY D. OWEN
4  Trial Attorney
   U.S. Department of Justice
5  7-5395 Federal Bldg., Box 36028
   450 Golden Gate Avenue
6  San Francisco, California 94102-3463
   Telephone: (415) 436-6648
7  mike.underhill@usdoj.gov

8  RONALD J. TENPAS
   Acting Assistant Attorney General
9  Environment and Natural Resources Division
   United States Department of Justice
10 Washington D.C. 20530
   BRADLEY R. O'BRIEN
11 Environmental Enforcement Section
   United States Department of Justice
12 301 Howard Street, Suite 1050
   San Francisco, California 94105
13 Telephone: (415) 744-6484; Facsimile: (415) 744-6476
   brad.o'brien@usdoj.gov
14
   Attorneys for Plaintiff
15 United States of America

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18 UNITED STATES OF AMERICA,                )   Civil No.
                                            )
19         Plaintiff,                       )   IN ADMIRALTY
                                            )
20    v.                                    )
                                            )
21 M/V COSCO BUSAN, LR/IMO Ship No.          )  DECLARATION OF R. MICHAEL
   9231743, her engines, apparel, electronics, tackle, ) UNDERHILL IN SUPPORT OF
22 boats, appurtenances, *etc.*, *in rem,* THE )  APPLICATION FOR ORDER
   SHIPOWNERS' INSURANCE & GUARANTY         )   FOR ISSUANCE OF WARRANT
23 COMPANY LTD., REGAL STONE LIMITED,       )   OF MARITIME ARREST PURSUANT
   FLEET MANAGEMENT LTD., and JOHN          )   TO SUPPLEMENTAL ADMIRALTY
24 COTA, *in personam*,                     )   RULE C(3)(a)(i) OF THE FED.R.CIV.P.
                                            )   AND N.D. CAL. LOCAL ADMIRALTY
25         Defendants.                      )   RULE 3-1(a)
                                            )
26 _____  )

27

28 DECLARATION IN SUPPORT OF APPLICATION FOR WARRANT OF ARREST OF VESSEL         1

R. MICHAEL UNDERHILL hereby declares as follows:

1. I am the Attorney in Charge of the Department of Justice, Torts Branch, Civil Division, West Coast Office, and one of the attorneys for the United States in this matter. I make this Declaration based upon personal knowledge or upon information officially furnished to me.

2. The United States has filed a verified complaint as the result of the allision of the defendant vessel M/V COSCO BUSAN with the San Francisco-Oakland Bay Bridge on November 7, 2007.

3. The allision with the Bridge resulted, *inter alia*, in a rupture of the Vessel's tanks, thereby allowing a portion of the Vessel's bunkers to be discharged into navigable waters of the United States and onto adjoining shorelines, including, but not limited to, navigable waters and adjoining shorelines of San Francisco Bay, including its appurtenant waters and tributaries; the Pacific Ocean, including, but not limited to, the Gulf of the Farallones National Marine Sanctuary and the Monterey Bay National Marine Sanctuary. The two Marine Sanctuaries were established pursuant to the National Marine Sanctuaries Act ("NMSA"), 16 U.S.C. §§ 1431, *et seq.*, and are subject to the protections of the NMSA.

4. The allision with the Bridge also resulted in the discharge of a portion of the Vessel's bunkers into the navigable waters and adjoining shorelines of units of the National Park System, including, but not limited to, the Golden Gate National Recreation Area, Point Reyes National Seashore, San Francisco Maritime National Historic Park, Rosie the Riveter/World War II Home Front National Historic Park, and other resources subject to the protections of the Park System Resource Protection Act ("PSRPA"), 16 U.S.C. § 19jj, *et seq.*, PSRPA.

5. As a direct and proximate result of the allision and resulting oil spill, the United States has sustained damages within the meaning of, *inter alia*, the NMSA and the PSRPA and, further, will continue to sustain such damages.

6. As set forth in the Verified Complaint, the United States filed this suit for damages pursuant to the NMSA and the PSRPA, both of which provide for strict liability and, relevant here,

DECLARATION IN SUPPORT OF APPLICATION FOR WARRANT OF ARREST OF VESSEL 2

expressly provide for *in rem* liability and a maritime lien upon vessels. NMSA, 16 U.S.C. § 1443(a)(2); PSRPA, 16 U.S.C. § 19jj-1(b).

7.  Pursuant to the NMSA, 16 U.S.C. § 1443(a)(2), and the PSRPA, 16 U.S.C. § 19jj-1(b), the United States has maritime liens, enforceable *in rem*, against the defendant vessel M/V COSCO BUSAN.

8.  As a result of the foregoing, the United States is entitled to issuance of a warrant of arrest for the defendant vessel M/V COSCO BUSAN pursuant to Supplemental Admiralty Rule C(3) of the Federal Rules of Civil Procedure and Local Admiralty Rule 3-1(a) and (d).

I verify under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct.

DATED: November 28, 2007.

_____
R. MICHAEL UNDERHILL

DECLARATION IN SUPPORT OF APPLICATION FOR WARRANT OF ARREST OF VESSEL     3