JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
GEOFFREY D. OWEN
Trial Attorney
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, California 94102-3463
Telephone: (415) 436-6648
mike.underhill@usdoj.gov

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
Washington D.C. 20530
BRADLEY R. O'BRIEN
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Telephone: (415) 744-6484; Facsimile: (415) 744-6476
brad.o'brien@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>M/V COSCO BUSAN, LR/IMO Ship No. 9231743, her engines, apparel, electronics, tackle, boats, appurtenances, *etc., in rem,* THE SHIPOWNERS' INSURANCE & GUARANTY COMPANY LTD., REGAL STONE LIMITED, FLEET MANAGEMENT LTD., and JOHN COTA, *in personam,*<br><br>    Defendants. | Civil No. CV 07 6045<br><br>IN ADMIRALTY<br><br>ORDER AUTHORIZING EXECUTION OF *IN REM* PROCESS OF ARREST TO BE HELD TEMPORARILY IN ABEYANCE (LAR 3-4) |

ORDER FOR TEMPORARY ABEYANCE OF EXECUTION OF ARREST OF VESSEL          1

WHEREFORE, pursuant to Local Admiralty Rule 3-4 and the request of plaintiff United States, and good cause appearing therefore, it is

ORDERED that the United States Marshal shall not be required immediately to execute the Warrant of Arrest of the defendant vessel M/V COSCO BUSAN, LR/IMO Ship No. 9231743, *in rem* (the "Vessel"); and it is further

ORDERED that execution of Warrant may proceed forthwith and without further Order of the Court in order to prevent the Vessel from avoiding or evading *in rem* arrest by, *inter alia*, leaving the jurisdiction of the United States and this Court.

IT IS SO ORDERED.

Dated: _____.

_____
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

*/s/ R. Michael Underhill*
R. MICHAEL UNDERHILL
Attorney-in-Charge, West Coast Office
Torts Branch, Civil Division
GEOFFREY D. OWEN
Trial Attorney
U.S. Department of Justice

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
BRADLEY R. O'BRIEN
Environmental Enforcement Section
United States Department of Justice

Attorneys for Plaintiff United States of America

ORDER FOR TEMPORARY ABEYANCE OF EXECUTION OF ARREST OF VESSEL (LAR 3-4)   2