JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
GEOFFREY D. OWEN
Trial Attorney
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, California  94102-3463
Telephone: (415) 436-6648
mike.underhill@usdoj.gov

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
Washington D.C. 20530
BRADLEY R. O'BRIEN
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Telephone: (415) 744-6484; Facsimile: (415) 744-6476
brad.o'brien@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>             v.<br><br>M/V COSCO BUSAN, LR/IMO Ship No. 9231743, her engines, apparel, electronics, tackle, boats, appurtenances, *etc.*, *in rem,* THE SHIPOWNERS' INSURANCE & GUARANTY COMPANY LTD., REGAL STONE LIMITED, FLEET MANAGEMENT LTD., and JOHN COTA, *in personam*,<br><br>             Defendants. | Civil No.<br><br>IN ADMIRALTY<br><br>ORDER FOR ISSUANCE OF WARRANT OF MARITIME ARREST PURSUANT TO  SUPPLEMENTAL ADMIRALTY RULE C OF THE FEDERAL  RULES OF CIVIL PROCEDURE AND LOCAL <u>ADMIRALTY RULES 3-1(a) AND (d)</u> |

ORDER FOR ISSUANCE OF WARRANT FOR ARREST OF VESSEL (LAR 3-1(d))                                          1

Upon reading the verified Complaint for issuance of warrant of maritime arrest and supporting papers, and the Court finding that the conditions for an action *in rem* under Supplemental Admiralty Rule C of the Federal Rules of Civil Procedure and Local Admiralty Rule 3-1(a) appear to exist, it is

ORDERED pursuant to LAR 3-1(d) that the Clerk shall issue a warrant of maritime arrest as prayed for in the Complaint; and it is further

ORDERED that any person claiming an interest in the property arrested pursuant to said order shall, upon application to the Court be entitled to a prompt hearing at which the plaintiff shall be required to show why the arrest should not be vacated or other relief granted; and it is further

ORDERED that a copy of this Order be attached to and served with the said warrant of maritime arrest.

IT IS SO ORDERED.

Dated: _____12/6/07_____.

_____
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General


_____
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
GEOFFREY D. OWEN
Trial Attorney
U.S. Department of Justice

//

ORDER FOR ISSUANCE OF WARRANT OF ARREST OF VESSEL                                                    2

`Case 3:07-cv-06045-SC   Document 7   Filed 12/06/2007   Page 3 of 3`

1 | RONALD J. TENPAS
Acting Assistant Attorney General
2 | Environment and Natural Resources Division
United States Department of Justice
3 | BRADLEY R. O'BRIEN
Environmental Enforcement Section
4 | United States Department of Justice

Attorneys for Plaintiff
United States of America

ORDER FOR ISSUANCE OF WARRANT OF ARREST OF VESSEL                    3