1  JEFFREY S. BUCHOLTZ
   Acting Assistant Attorney General
2  R. MICHAEL UNDERHILL
   Attorney in Charge, West Coast Office
3  Torts Branch, Civil Division
   GEOFFREY D. OWEN
4  Trial Attorney
   U.S. Department of Justice
5  7-5395 Federal Bldg., Box 36028
   450 Golden Gate Avenue
6  San Francisco, California  94102-3463
   Telephone: (415) 436-6648
7  mike.underhill@usdoj.gov

8  RONALD J. TENPAS
   Acting Assistant Attorney General
9  Environment and Natural Resources Division
   United States Department of Justice
10 Washington D.C. 20530
   BRADLEY R. O'BRIEN
11 Environmental Enforcement Section
   United States Department of Justice
12 301 Howard Street, Suite 1050
   San Francisco, California 94105
13 Telephone: (415) 744-6484; Facsimile: (415) 744-6476
   brad.o'brien@usdoj.gov
14

   Attorneys for Plaintiff
15 United States of America

16                 UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18 UNITED STATES OF AMERICA,          )  Civil No.
                                      )
19          Plaintiff,                )  IN ADMIRALTY
                                      )
20      v.                            )
                                      )
21 M/V COSCO BUSAN, LR/IMO Ship No.   )  ORDER AUTHORIZING EXECUTION
   9231743, her engines, apparel, electronics, tackle, )  OF IN REM PROCESS OF ARREST TO
22 boats, appurtenances, etc., in rem, THE )  BE HELD TEMPORARILY
   SHIPOWNERS' INSURANCE & GUARANTY   )  IN ABEYANCE (LAR 3-4)
23 COMPANY LTD., REGAL STONE LIMITED, )
   FLEET MANAGEMENT LTD., and JOHN    )
24 COTA, in personam,                 )
                                      )
25          Defendants.               )
                                      )
26 _____  )

27

28 ORDER FOR TEMPORARY ABEYANCE OF EXECUTION OF ARREST OF VESSEL          1

1   WHEREFORE, pursuant to Local Admiralty Rule 3-4 and the request of plaintiff United

2   States, and good cause appearing therefore, it is

3   ORDERED that the United States Marshal shall not be required immediately to execute the

4   Warrant of Arrest of the defendant vessel M/V COSCO BUSAN, LR/IMO Ship No. 9231743, *in rem*

5   (the "Vessel"); and it is further

6   ORDERED that execution of Warrant may proceed forthwith and without further Order of

7   the Court in order to prevent the Vessel from avoiding or evading *in rem* arrest by, *inter alia*, leaving

8   the jurisdiction of the United States and this Court.

9   IT IS SO ORDERED.

10   Dated: _____12/6/07_____.

11

12

13   _____

14   UNITED STATES DISTRICT JUDGE

15   PRESENTED BY:

16   JEFFREY S. BUCHOLTZ
     Acting Assistant Attorney General

17

18   _____

19   R. MICHAEL UNDERHILL
     Attorney in Charge, West Coast Office

20   Torts Branch, Civil Division
     GEOFFREY D. OWEN

21   Trial Attorney
     U.S. Department of Justice

22
     RONALD J. TENPAS

23   Acting Assistant Attorney General
     Environment and Natural Resources Division

24   United States Department of Justice
     BRADLEY R. O'BRIEN

25   Environmental Enforcement Section
     United States Department of Justice

26
     Attorneys for Plaintiff United States of America

27

28   ORDER FOR TEMPORARY ABEYANCE OF EXECUTION OF ARREST OF VESSEL (LAR 3-4)          2