JEFFREY BUCHOLTZ
Principal Deputy Assistant Attorney General
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
GEOFFREY D. OWEN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, California  94102-3463
Telephone: (415) 436-6648
mike.underhill@usdoj.gov

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
Washington D.C. 20530
BRADLEY R. O'BRIEN
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Telephone: (415) 744-6484; Facsimile: (415) 744-6476
brad.o'brien@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>M/V COSCO BUSAN, LR/IMO Ship No. 9231743, her engines, apparel, electronics, tackle, boats, appurtenances, *etc.*, *in rem,* THE SHIPOWNERS' INSURANCE & GUARANTY COMPANY LTD., REGAL STONE LIMITED, FLEET MANAGEMENT LTD., and JOHN COTA, *in personam*,<br><br>　　　　Defendants. | Civil No. C-07-6045 SC<br><br>IN ADMIRALTY<br><br>REQUEST FOR AUTHORIZATION OF SERVICE OF PROCESS OF SUMMONS AND COMPLAINT UPON FOREIGN DEFENDANTS BY CLERK OF THE COURT PURSUANT TO RULE 4(f)(2)(C)(ii) OF THE FED.R.CIV.P.<br><br>(SERVICE BY REGISTERED INTERNATIONAL MAIL BY CLERK OF THE COURT UPON DEFENDANTS REGAL STONE LIMITED AND FLEET MANAGEMENT LTD.) |

REQUEST FOR SERVICE OF SUMMONS AND COMPLAINT – Civil No. C07-6045 SC

No defendant parties have yet appeared or answered in this action. Plaintiff, United States of America, requests that, pursuant to Rules 4(h)(2) and 4(f)(2)(C)(ii) of the Fed.R.Civ.P., the Court authorize the Clerk of the Court to serve the Summons and Complaint *via* registered international mail upon the following two foreign defendants: REGAL STONE LIMITED and FLEET MANAGEMENT LTD. Both defendants are foreign entities headquartered in Hong Kong, Special Administrative Region ("SAR") of the People"s Republic of China.

Hong Kong and the United States are parties to the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil or Commercial Matters (20 U.S.T. 361, T.I.A.S. 6638; 28 U.S.C. (Appendix following Rule 4 FRCvP); 16 I.L.M. 1339 (1977)). The Hague Service Convention provides, *inter alia,* for service by international registered mail unless the relevant country has reserved its rights for such type of service. *See, Brockmeyer v. May*, 383 F.3d 798, 804-05, 2004 A.M.C. 2269 (9th Cir. 2004) (discussing Rule 4(f)(2)(C)(ii)). Hong Kong has not made any such reservation.

Rule 4(h)(2) of the Fed.R.Civ.P. provides that service on a foreign corporation, partnership, or unincorporated association may be made in accordance with the procedures set forth in Rule 4(f) of the Fed.R.Civ.P. In *Brockmeyer v. May,* the Ninth Circuit discussed in detail the various provisions of Rule 4(f), including the international mail provisions of Rule 4(f)(2)(C)(ii). The Court stated, *id.,* 383 F.3d at 804-05 (emphasis in original):

> This rule authorizes service abroad by mail for which a signed receipt is required, when such mail is addressed and mailed by the clerk of the federal district court in which the suit is filed. It provides:
>
> (f) [S]ervice ... may be effected in a place not within any judicial district of the United States:
>
> (2) if there is no internationally agreed means of service or the applicable international agreement allows other means of service, provided that service is reasonably calculated to give notice:
> * * *
> (C) unless prohibited by the law of the country, by
> * * *
> (ii) *any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the party to be served* [.]

//
//

For the reasons set forth above, the United States requests that the Court issue the proposed Order filed herewith, authorizing the Clerk of the Court to serve the Summons and Complaint upon defendants REGAL STONE LIMITED and FLEET MANAGEMENT LTD. *via* registered international mail at the following addresses:

| | |
|---|---|
| Regal Stone Limited<br>Room 1603, 16th Floor<br>MassMutual Tower<br>38 Gloucester Road<br>Wanchai, Hong Kong | Fleet Management Ltd.<br>Room 1703, 17th Floor<br>MassMutual Tower<br>38 Gloucester Road<br>Wanchai, Hong Kong |

Dated: December 17, 2007.    Respectfully submitted,

JEFFREY BUCHOLTZ
Principal Deputy Assistant Attorney General

/s/ R. Michael Underhill
R. MICHAEL UNDERHILL
Attorney In Charge, West Coast Office
GEOFFREY D. OWEN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division
BRADLEY R. O'BRIEN
Environmental Enforcement Section

Attorneys for Plaintiff United States of America