| | |
|---|---|
| 1 | JEFFREY BUCHOLTZ |
|   | Principal Deputy Assistant Attorney General |
| 2 | R. MICHAEL UNDERHILL |
|   | Attorney in Charge, West Coast Office |
| 3 | GEOFFREY D. OWEN |
|   | Trial Attorney |
| 4 | Torts Branch, Civil Division |
|   | U.S. Department of Justice |
| 5 | 7-5395 Federal Bldg., Box 36028 |
|   | 450 Golden Gate Avenue |
| 6 | San Francisco, California  94102-3463 |
|   | Telephone: (415) 436-6648 |
| 7 | mike.underhill@usdoj.gov |
| 8 | RONALD J. TENPAS |
|   | Acting Assistant Attorney General |
| 9 | Environment and Natural Resources Division |
|   | United States Department of Justice |
| 10 | Washington D.C. 20530 |
|    | BRADLEY R. O'BRIEN |
| 11 | Environmental Enforcement Section |
|    | United States Department of Justice |
| 12 | 301 Howard Street, Suite 1050 |
|    | San Francisco, California 94105 |
| 13 | Telephone: (415) 744-6484; Facsimile: (415) 744-6476 |
|    | brad.o'brien@usdoj.gov |
| 14 | |
|    | Attorneys for Plaintiff |
| 15 | United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No. C-07-6045 SC |
|                            | ) | |
| Plaintiff,                  | ) | IN ADMIRALTY |
|                            | ) | |
| v.                          | ) | ORDER AUTHORIZING SERVICE OF |
|                            | ) | SUMMONS AND COMPLAINT UPON |
| M/V COSCO BUSAN, LR/IMO Ship No. 9231743, | ) | FOREIGN DEFENDANTS REGAL STONE |
| her engines, apparel, electronics, tackle, boats, | ) | LIMITED AND FLEET MANAGEMENT |
| appurtenances, *etc.*, *in rem,* THE SHIPOWNERS' | ) | LTD. BY CLERK OF THE COURT |
| INSURANCE & GUARANTY COMPANY LTD., | ) | PURSUANT TO RULE 4(f)(2)(C)(ii) OF |
| REGAL STONE LIMITED, FLEET | ) | THE FED.R.CIV.P. |
| MANAGEMENT LTD., and JOHN COTA, *in* | ) | |
| *personam*,                | ) | |
|                            | ) | |
| Defendants.                | ) | |
|                            | ) | |

ORDER RE SERVICE OF SUMMONS AND COMPLAINT – Civil No. C07-6045 SC

1   WHEREFORE, no defendant parties having yet appeared or answered in this action, and
2   plaintiff United States having requested that, pursuant to Rules 4(h)(2) and 4(f)(2)(C)(ii) of the
3   Fed.R.Civ.P., the Court authorize the Clerk of the Court to serve the Summons and Complaint *via*
4   registered international mail upon foreign defendants REGAL STONE LIMITED and FLEET
5   MANAGEMENT LTD., and good cause appearing to exist, it is
6   ORDERED that, pursuant to Rule 4(f)(2)(C)(ii) of the Fed.R.Civ.P., the Clerk shall cause
7   to be mailed *via* registered international mail two copies of the appropriate Summons and two copies
8   of the Complaint upon defendant REGAL STONE LIMITED at the address set forth in the Summons
9   issued to said defendant; and it is further
10  ORDERED that, pursuant to Rule 4(f)(2)(C)(ii) of the Fed.R.Civ.P., the Clerk shall cause
11  to be mailed *via* registered international mail two copies of the appropriate Summons and two copies
12  of the Complaint upon defendant FLEET MANAGEMENT LTD. at the address set forth in the
13  Summons issued to said defendant; and it is further
14  ORDERED that plaintiff United States shall provide appropriate assistance to the Clerk as
15  may be necessary, including providing conformed copies of the Summonses and Complaint to the
16  Clerk.
17  IT IS SO ORDERED.
18  Dated: _____.
19
20
21   _____
22   UNITED STATES DISTRICT JUDGE
23  //
24  //
25  //
26  //
27  //
28

PRESENTED BY:

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General


/s/ R. Michael Underhill
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
GEOFFREY D. OWEN
Trial Attorney
U.S. Department of Justice

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
BRADLEY R. O'BRIEN
Environmental Enforcement Section
United States Department of Justice

Attorneys for Plaintiff
United States of America