1 | JEFFREY BUCHOLTZ
Principal Deputy Assistant Attorney General
2 | R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
3 | GEOFFREY D. OWEN
Trial Attorney
4 | Torts Branch, Civil Division
U.S. Department of Justice
5 | 7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
6 | San Francisco, California  94102-3463
Telephone: (415) 436-6648
7 | mike.underhill@usdoj.gov

8 | RONALD J. TENPAS
Acting Assistant Attorney General
9 | Environment and Natural Resources Division
United States Department of Justice
10 | Washington D.C. 20530
BRADLEY R. O'BRIEN
11 | Environmental Enforcement Section
United States Department of Justice
12 | 301 Howard Street, Suite 1050
San Francisco, California 94105
13 | Telephone: (415) 744-6484; Facsimile: (415) 744-6476
brad.o'brien@usdoj.gov
14 |
Attorneys for Plaintiff
15 | United States of America

16 | UNITED STATES DISTRICT COURT

17 | NORTHERN DISTRICT OF CALIFORNIA

18 | UNITED STATES OF AMERICA,                )   Civil No. C-07-6045 SC
                                          )
19 |             Plaintiff,                 )   IN ADMIRALTY
                                          )
20 |             v.                         )   ORDER AUTHORIZING SERVICE OF
                                          )   SUMMONS AND COMPLAINT UPON
21 | M/V COSCO BUSAN, LR/IMO Ship No. 9231743,) FOREIGN DEFENDANTS REGAL STONE
her engines, apparel, electronics, tackle, boats,) LIMITED AND FLEET MANAGEMENT
22 | appurtenances, *etc.*, *in rem,* THE SHIPOWNERS') LTD. BY CLERK OF THE COURT
INSURANCE & GUARANTY COMPANY LTD.,) PURSUANT TO RULE 4(f)(2)(C)(ii) OF
23 | R E G A L   S T O N E   L I M I T E D ,   F L E E T) THE FED.R.CIV.P.
MANAGEMENT  LTD.,  and  JOHN  COTA,  *in*)
24 | *personam*,                            )
                                          )
25 |             Defendants.               )
     _____ )
26 |

27 |

28 |

ORDER RE SERVICE OF SUMMONS AND COMPLAINT – Civil No. C07-6045 SC

1    WHEREFORE, no defendant parties having yet appeared or answered in this action, and

2  plaintiff United States having requested that, pursuant to Rules 4(h)(2) and 4(f)(2)(C)(ii) of the

3  Fed.R.Civ.P., the Court authorize the Clerk of the Court to serve the Summons and Complaint *via*

4  registered international mail upon foreign defendants REGAL STONE LIMITED and FLEET

5  MANAGEMENT LTD., and good cause appearing to exist, it is

6    ORDERED that, pursuant to Rule 4(f)(2)(C)(ii) of the Fed.R.Civ.P., the Clerk shall cause

7  to be mailed *via* registered international mail two copies of the appropriate Summons and two copies

8  of the Complaint upon defendant REGAL STONE LIMITED at the address set forth in the Summons

9  issued to said defendant; and it is further

10    ORDERED that, pursuant to Rule 4(f)(2)(C)(ii) of the Fed.R.Civ.P., the Clerk shall cause

11  to be mailed *via* registered international mail two copies of the appropriate Summons and two copies

12  of the Complaint upon defendant FLEET MANAGEMENT LTD. at the address set forth in the

13  Summons issued to said defendant; and it is further

14    ORDERED that plaintiff United States shall provide appropriate assistance to the Clerk as

15  may be necessary, including providing conformed copies of the Summonses and Complaint to the

16  Clerk.

17    IT IS SO ORDERED.

18  Dated: ___12/18/07_____.

19

20

21  _____
    UNITED STATES DISTRICT JUDGE

22

23  //

24  //

25  //

26  //

27  //

28



1   PRESENTED BY:

2   JEFFREY S. BUCHOLTZ
    Acting Assistant Attorney General

3

4   /s/ R. Michael Underhill
    R. MICHAEL UNDERHILL

5   Attorney in Charge, West Coast Office
    Torts Branch, Civil Division

6   GEOFFREY D. OWEN
    Trial Attorney

7   U.S. Department of Justice

8   RONALD J. TENPAS
    Acting Assistant Attorney General

9   Environment and Natural Resources Division
    United States Department of Justice

10  BRADLEY R. O'BRIEN
    Environmental Enforcement Section

11  United States Department of Justice

12  Attorneys for Plaintiff
    United States of America

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28