JEFFREY BUCHOLTZ
Principal Deputy Assistant Attorney General
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
GEOFFREY D. OWEN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, California  94102-3463
Telephone: (415) 436-6648
mike.underhill@usdoj.gov

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
Washington D.C. 20530
BRADLEY R. O'BRIEN
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Telephone:(415)744-6484
Facsimile: (415) 744-6476
brad.o'brien@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>M/V COSCO BUSAN, LR/IMO Ship No. 9231743, her engines, apparel, electronics, tackle, boats, appurtenances, *etc., in rem,* THE SHIPOWNERS' INSURANCE & GUARANTY COMPANY LTD., REGAL STONE LIMITED, FLEET MANAGEMENT LTD., and JOHN COTA, *in personam,*<br><br>　　　　　Defendants. | Civil No. C-07-6045 SC<br><br>IN ADMIRALTY<br><br>**STIPULATION PURSUANT TO L.R. 6-1(a) FOR EXTENSION OF TIME FOR DEFENDANT SIGCO TO ANSWER COMPLAINT** |

Pursuant to Local Rule 6-1(a), it is hereby stipulated by and between counsel for the undersigned parties that defendant THE SHIPOWNERS' INSURANCE & GUARANTY COMPANY LTD. shall have an extension of time, to and including January 28, 2008, to answer, move, or otherwise respond to plaintiff's Complaint.  In accordance with Local Rule 6-1(a), this stipulation shall not alter or affect any deadline or dates previously set by the Court.

IT IS SO STIPULATED.

Dated: January 7, 2008.          McGUIRE WOODS LLP

/s/ Sidney Kanazawa
SIDNEY KANAZAWA

Attorneys for The Shipowners' Insurance & Guaranty Company LTD

Dated: January 7, 2008.          JEFFREY BUCHOLTZ
Principal Deputy Assistant Attorney General

/s/ R. Michael Underhill
R. MICHAEL UNDERHILL
Attorney In Charge, West Coast Office
GEOFFREY D. OWEN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division
BRADLEY R. O'BRIEN
Environmental Enforcement Section

Attorneys for Plaintiff United States of America