1 | JEFFREY BUCHOLTZ
Acting Assistant Attorney General
2 | R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
3 | GEOFFREY D. OWEN
Trial Attorney
4 | Torts Branch, Civil Division
U.S. Department of Justice
5 | 7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
6 | San Francisco, California  94102-3463
Telephone: (415) 436-6648
7 | mike.underhill@usdoj.gov

8 | RONALD J. TENPAS
Acting Assistant Attorney General
9 | Environment and Natural Resources Division
United States Department of Justice
10 | Washington D.C. 20530
BRADLEY R. O'BRIEN
11 | Environmental Enforcement Section
United States Department of Justice
12 | 301 Howard Street, Suite 1050
San Francisco, California 94105
13 | Telephone: (415) 744-6484; Facsimile: (415) 744-6476
brad.o'brien@usdoj.gov
14 |
Attorneys for Plaintiff
15 | United States of America

16 |                UNITED STATES DISTRICT COURT

17 |              NORTHERN DISTRICT OF CALIFORNIA

18 | UNITED STATES OF AMERICA,          ) Civil No. C-07-6045 SC
                                       )
19 |          Plaintiff,               ) IN ADMIRALTY
                                       )
20 |            v.                     ) CERTIFICATE OF RETURN OF SERVICE
                                       ) OF PROCESS OF SUMMONS AND
21 | M/V COSCO BUSAN, LR/IMO Ship No. 9231743,) COMPLAINT ON FOREIGN
     her engines, apparel, electronics, tackle, boats,) DEFENDANT (FLEET MANAGEMENT
22 | appurtenances, *etc.*, *in rem,* THE SHIPOWNERS') LTD) PURSUANT TO RULE
     INSURANCE & GUARANTY COMPANY LTD.,) 4(f)(2)(C)(ii) OF THE FED.R.CIV.P.
23 | R E G A L   S T O N E   L I M I T E D ,   F L E E T)
     MANAGEMENT LTD., and JOHN COTA, *in*)
24 | *personam,*                       )
                                       )
25 |          Defendants.              )
     _____)
26 |

27 |

28 |

CERT. SERVICE (FLEET MANAGEMENT) PURSUANT TO FRCP 4(f)(2)(C)(ii) – Civil No. C07-6045 SC

1    I hereby verify that, following service of the Summons and Complaint upon defendant Fleet

2  Management Ltd. by the Clerk of the Court *via* registered international mail, return receipt requested

3  (see, Order, Docket 12), the executed return receipt, mailed from Hong Kong on or about December

4  27, 2007, was received this date.   The receipt is attached hereto as Exhibit "A" (the oval stamp,

5  which on the original is blue colored, states it is the stamp of "Fleet Management Limited").

6  Dated: January 7, 2008.                    Respectfully submitted,

7                                             JEFFREY BUCHOLTZ
                                             Acting Assistant Attorney General
8

9                                            /s/ R. Michael Underhill
                                             R. MICHAEL UNDERHILL
10                                           Attorney In Charge, West Coast Office
                                             GEOFFREY D. OWEN
11                                           Trial Attorney
                                             Torts Branch, Civil Division
12                                           U.S. Department of Justice

13                                           RONALD J. TENPAS
                                             Acting Assistant Attorney General
14                                           Environment and Natural Resources Division
                                             BRADLEY R. O'BRIEN
15                                           Environmental Enforcement Section

16                                           Attorneys for Plaintiff United States of America

17

18

19

20

21

22

23

24

25

26

27

28

CERT. SERVICE (FLEET MANAGEMENT) PURSUANT TO FRCP 4(f)(2)(C)(ii) – Civil No. C07-6045 SC    2

| | | Item Description *(Nature de l'envoi )* | ☒ Article *(Envoi recommandé)* | ☐ Letter *(Lettre)* | ☐ Printed Matter *(Imprimé)* | ☐ Other *(Autre)* | Recorded Delivery ☐ *(Envoi à livraison attestée)* | Express ☐ Mail Inter-national |
|---|---|---|---|---|---|---|---|---|

**Completed by the office of origin.**
*(A remplir par le bureau d'origine)*

| | |
|---|---|
| Insured Parcel ☐ *(Colis avec valeur déclarée)* | Insured Value *(Valeur déclarée)* |

Article Number
*RA 475877 7330*

Office of Mailing *(Bureau de dépôt)*
*SFCA 94102*

Date of Posting *(Date de dépôt)*
*12-21-07*

Addressee Name or Firm *(Nom ou raison sociale du destinataire)*
Fleet Management Ltd.

Street and No. *(Rue et No.)* Room 1703, 17th Floor
MassMutual Tower, 38 Gloucester Road

Place and Country *(Localité et pays)*
Wanchai, Hong Kong

**Completed at destination.**
*(A compléter à destination)*

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

*(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.)*

☐ The article mentioned above was duly delivered.
*(L'envoi mentionné ci-dessus a été dûment livré.)*

Date

Postmark of the office of destination *(Timbre du bureau de destination)*

Signature of Addressee *(Signature du destinataire)*

Office of Destination Employee Signature *(Signature de l'agent du bureau du destination)*

PS Form **2865,** February 1997 *(Reverse)*

# **EXHIBIT A**