JOHN D. GIFFIN, CASB NO. 89608
john.giffin@kyl.com
NICOLE S. BUSSI, CASB NO. 252763
nicole.bussi@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center
Suite 1500
San Francisco, California 94111
Telephone:  (415) 398-6000
Facsimile:  (415) 981-0136

Attorneys for:
REGAL STONE, LTD.

# UNITED STATED DISTRICT COURT

# NORTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>M/V COSCO BUSAN, LR/IMO Ship. No. 9231743 her engines, apparel, electronics, tackle, boats, appurtenances, etc., *in rem*, THE SHIPOWNERS' INSURANCE & GUARANTY COMPANY LTD., REGAL STONE, LIMITED, FLEET MANAGEMENT LTD., and JOHN COTA, *in personam*,<br><br>　　　　　　　Defendants. | Case No. C 07 06045 (SC)<br><br>**CLAIM TO VESSEL BY OWNER** |

Claimant REGAL STONE LTD., through its undersigned counsel, making a restricted appearance under Supplemental Rule E(8) of the Federal Rules of Civil Procedure, solely for the purpose of defending claims against the defendant vessel M/V

COSCO BUSAN and making claim to the vessel, her tackle, equipment and appurtenances. Appearance is made without waiving Regal Stone Ltd.'s defense that neither it nor the defendants THE SHIPOWNERS' INSURANCE & GUARANTY COMPANY LTD., REGAL STONE, LIMITED, and FLEET MANAGEMENT LTD, are subject to the jurisdiction of the court, and without waiving contest of venue or sufficiency of process or service over the in personam defendants. Regal Stone, Ltd. hereby states its interest and right as owner of the M/V COSCO BUSAN, her engines, tackle, apparel, equipment and furnishings, and the claimant states that it was at the time of the filing of the complaint herein, and still is, the true and bona fide sole owner of the vessel and that no other person is the owner thereof.

DATED at San Francisco, California this 15th day of January, 2008.

DATED: January 15, 2008

/s/ John D. Giffin
JOHN D. GIFFIN
NICOLE S. BUSSI
Attorneys for Regal Stone, Ltd.

State of California

County of San Francisco

Subscribed and sworn to before me on this 15th day of January, 2008, by JOHN D. GIFFIN, personally known to me to be the person who appeared before me.

_____
NOTARY PUBLIC, State of California
My Commission Expires: July 25, 2008