JOHN D. GIFFIN, CASB NO. 89608
john.giffin@kyl.com
NICOLE S. BUSSI, CASB NO. 252763
nicole.bussi@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center
Suite 1500
San Francisco, California 94111
Telephone:  (415) 398-6000
Facsimile:   (415) 981-0136

Attorneys for:
REGAL STONE, LTD.

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. C 07 06045 (SC) |
| Plaintiff, | **RESTRICTED APPEARANCE** |
| vs. | |
| M/V COSCO BUSAN, LR/IMO Ship. No. 9231743 her engines, apparel, electronics, tackle, boats, appurtenances, etc., *in rem*, THE SHIPOWNERS' INSURANCE & GUARANTY COMPANY LTD., REGAL STONE, LIMITED, FLEET MANAGEMENT LTD., and JOHN COTA, *in personam*, | |
| Defendants. | |

The Clerk will please note our restricted appearance as attorneys for Claimant REGAL STONE LTD., which appears in this action solely to defend the claims against the Defendant vessel M/V COSCO BUSAN, as it is entitled to do under Supplemental

- 1 -

Rule E(8), Federal Rules of Civil Procedure. By entering this restricted appearance, the Claimant does not waive any defenses that it or the vessel may have to Plaintiffs' claims as stated in this matter.

        DATED at San Francisco, California this 15th day of January, 2008.

DATED: January 15, 2008

/s/ John Giffin
JOHN D. GIFFIN
NICOLE S. BUSSI
Attorneys for REGAL STONE, LTD.