|    |    |    |
|----|----|----|
| 1  |    |    |
| 2  |    |    |
| 3  |    |    |
| 4  |    |    |
| 5  |    |    |
| 6  |    |    |

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Liberty Mutual Insurance Company, | No. C 06-02022 SC MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Blatt, | |
| Defendant(s). | |

*Instructions*: *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) ___1/7/08___

2. Did the case settle?   ☐ fully   ☐ partially   ☑ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☐ another session scheduled for (date) _____
   ☐ phone discussions expected by (date) _____
   ☑ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☑ YES   ☐ NO

Dated: ___1/11/08___                    _Margaret Corrigan_
                                        **Mediator, Margaret Corrigan**
                                        Circuit Mediation Office
                                        U.S. Court of Appeals, Ninth Circuit
                                        95 Seventh St.
                                        P.O. Box 193939
                                        San Francisco, CA 94119

**Certification of ADR Session**
06-02022 SC MED

(Left margin: United States District Court / Northern District of California)

```
FILED
JAN 17 2008
JAN 11 PM 2:3
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| United States of America,<br><br>                  Plaintiff(s),<br>  v.<br><br>The Shipowners' Insurance and Guaranty<br>Company Ltd. et al.,<br><br>                  Defendant(s). | CASE NO. 3:07-cv-06045-SC<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION<br>FOR ADMISSION OF ATTORNEY<br>*PRO HAC VICE* |

RICHARD L. JARASHOW, an active member in good standing of the bar of the Southern District of NY and all courts in NY whose business address and telephone number (particular court to which applicant is admitted) is

```
McGuireWoods LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105-0106
Telephone:  (212) 548-2100
```

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing The Shipowners' Insurance and Guaranty Co.

      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: Jan/16/08

                                                                  United States District Judge
                                                                  Hon. Samuel Conti

UNITED STATES DISTRICT COURT
For the Northern District of California