1  BIRNBERG & ASSOCIATES
   CORY A. BIRNBERG (SBN 105468)
2  JOSEPH SALAMA (SBN 212225)
   703 Market Street Suite 600
3  San Francisco, California 94103
   Telephone Number: (415) 398-1040
4  Facsimile Number: (415) 398-2001

5

   **Attorneys for Plaintiffs:**
6  SHOGREN LIVING TRUST; PATRICK DAVIS; STEPHEN MELZ; F/V
   GLADNIK, LLC; F/V MIDORI, LLC; F/V CHARLIE D., LLC; F/V DONITA,
7  LLC; BOB SILVA; GALE FORCE, INC.; F/V INTREPID, INC.; BRADFORD
   FLOYD; DANNY MURRAY; DOMONIC DAPETTI; CHAD DALHBERG
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11
   CHELSEA, LLC, MARK RUSSO,              )  Case No. C–07-5800-SC
12 ALLEN LORETZ, IVAN SIMPSON,            )
   individually and on                    )  Related case 07-05926-SC
13 behalf of all others similarly situated,)
                                          )  **PLAINTIFF ROSE MARIE, INC.'S**
14                                        )  **DISMISSAL WITHOUT PREJUDICE**
              Plaintiffs,                 )
15        v.                              )
                                          )  [FRCP 41(a)]
16 REGAL STONE, LTD., HANJIN              )
   SHIPPING, CO., LTD., CONTI CAIRO       )
17 KG, NSB NEIDERELBE, SYNERGY            )
   MARITIME, LTD. *In Personam*; M/V      )
18 COSCO BUSAN, their engines, tackle,    )
   equipment, appurtenances, freights, and)
19 cargo *In Rem*,                        )
                                          )
20            Defendants.                 )
                                          )
21                                        )
                                          )
22 _____)

23

24 ///

25 ///

26 ///

27 ///

28 ///

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

1

DISMISSAL WITHOUT PREJUDICE                    Case Nos. C–07-5800-SC/07-05926-SC

|  |  |
|---|---|
| SHOGREN LIVING TRUST; PATRICK DAVIS; ROSE MARIE, INC.; STEPHEN MELZ; F/V GLADNIK, LLC; F/V MIDORI, LLC; F/V CHARLIE D., LLC; F/V DONITA, LLC; BOB SILVA; GALE FORCE, INC.; F/V INTREPID, INC.; BRADFORD FLOYD; DANNY MURRAY; DOMONIC DAPETTI; CHAD DALHBERG;<br><br>         Plaintiffs,<br><br>     v.<br><br>REGAL STONE, LTD.; HANJIN SHIPPING, CO., LTD.; JOHN COTA; M/V COSCO BUSAN, Official No. 9231743 her engines, apparel, furniture, etc, *in rem*;<br><br>         Defendants. | Case No. 07 -05926-SC |

COMES NOW PLAINTIFF ROSE MARIE, INC., by and through its attorney of record Cory A. Birnberg of Birnberg & Associates and does hereby dismiss its complaint, filed on November 21, 2007, without prejudice, pursuant to Federal Rule of Civil Procedure 41, subsection (a)(1)(A)(i).  Defendants have not been served nor have they responded to the complaint.  This dismissal only applies to Plaintiff ROSE MARIE, INC. and not the other Plaintiffs.

Dated: January 28, 2008                                    BIRNBERG & ASSOCIATES


                                                           By: /s/Cory Birnberg
                                                           Cory A. Birnberg
                                                           Attorney for Plaintiffs



BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001