GEORGE W. NOWELL (SBN: 83868)
george.nowell@nowelllaw.com
JOHN H. CIGAVIC III (SBN: 231806)
john.cigavic@nowelllaw.com
LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: (415) 362-1333
Facsimile: (415) 362-1344
Attorneys for defendant
CAPTAIN JOHN J. COTA

# UNITES STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>M/V COSCO BUSAN, LR/IMO Ship No. 9231746, her engines, apparel, electronics, tackle, boats, appurtenances, *etc., in rem,* THE SHIPOWNERS' INSURANCE & GUARANTY COMPANY LTD., REGAL STONE LIMITED, FLEET MANAGEMENT LTD., and JOHN COTA, *in personam,*<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.: CV 07 6045 SC<br><br>**IN ADMIRALTY**<br><br>**DECLARATION OF GEORGE W. NOWELL IN SUPPORT OF CAPTAIN JOHN COTA'S REQUEST FOR ORDER EXTENDING CAPTAIN JOHN COTA'S TIME TO RESPOND TO THE COMPLAINT (FIRST EXTENSION)** |

1.     I am an attorney at law, duly authorized to practice before all courts in the State of California including this Court. I am one of the attorneys for defendant CAPTAIN JOHN COTA in this action.

2.     I make the following statements from my personal knowledge except for those matters stated on information and belief and as to those matters I believe them to be true. If called as a witness I could and would competently testify to the matters stated herein.

//

*Left margin (vertical text):* LAW OFFICES OF GEORGE W. NOWELL   120 Montgomery Street, Suite 1990   San Francisco, CA 94104   Phone: (415) 362-1333 Fax: (415) 362-1344

1

DECLARATION OF GEORGE W. NOWELL IN SUPPORT OF CAPTAIN JOHN COTA'S REQUEST FOR ORDER EXTENDING CAPTAIN JOHN COTA'S TIME TO RESPOND TO THE COMPLAINT (FIRST EXTENSION)
(CV 07 6045 SC)

P0201.2008-1772(d)

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

1    3.    The complaint in this lawsuit alleges that on November 7, 2007, M/V COSCO

2    BUSAN allided with the fendering of part of the San Francisco-Oakland Bay Bridge and that

3    Captain John Cota was the San Francisco Bar Pilot aboard M/V COSCO BUSAN at the time of

4    the allision.  Captain Cota has been named as a defendant in this lawsuit involving this allision.

5    This lawsuit was filed on November 30, 2007.  The first Case Management Conference is set for

6    February 22, 2008 and the Case Management Statement is currently due on February 15, 2008.

7    4.    Captain Cota requests a 60-day extension to respond to the United States of

8    America's complaint concerning the allision because he and his current counsel may affiliate or

9    substitute in new counsel and he desires additional time to clarify his defenses and legal status

10    before responding to the complaint.  Captain Cota has been named in four lawsuits arising from

11    the incident underlying this complaint.

12    5.    No prior time modifications have occurred in this case to the declarant's

13    knowledge.

14    6.    I have spoken to the lawyer for the claimant to the vessel and he does not object

15    to the requested extension.

16    //

17    //

18    //

19    //

20    //

21    //

22    //

23    //

24    //

25    //

26    //

27    //

28

2

**DECLARATION OF GEORGE W. NOWELL IN SUPPORT OF CAPTAIN JOHN COTA'S REQUEST
FOR ORDER EXTENDING CAPTAIN JOHN COTA'S TIME TO RESPOND TO THE COMPLAINT
(FIRST EXTENSION)
(CV 07 6045 SC)**

7.    The requested extension for Captain Cota to respond to the complaint would likely have no effect on the schedule of this case because:  (a) Captain Cota through counsel has participated in a meet and confer among counsel on January 31, 2008 regarding drafting the Case Management Statement and attending the Case Management Conference; (b) Captain Cota through counsel will participate in the preparation of a Case Management Statement and attend the Case Management Conference; and (c) it is expected by the declarant that motions will be filed by one or more defendants on or about the date of the filing of the Case Management Statement that will go to the heart of the future of the case as to one or all of the defendants.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Subscribed by my hand at San Francisco, California.

Dated:    February 7 , 2008

LAW OFFICES OF GEORGE W. NOWELL

By: _George W. Nowell_

GEORGE W. NOWELL
Attorneys for defendant
CAPTAIN JOHN J. COTA

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

3

**DECLARATION OF GEORGE W. NOWELL IN SUPPORT OF CAPTAIN JOHN COTA'S REQUEST FOR ORDER EXTENDING CAPTAIN JOHN COTA'S TIME TO RESPOND TO THE COMPLAINT (FIRST EXTENSION) (CV 07 6045 SC)**

P0201.2008-1772(d)