GEORGE W. NOWELL (SBN: 83868)
george.nowell@nowelllaw.com
JOHN H. CIGAVIC III (SBN: 231806)
john.cigavic@nowelllaw.com
LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: (415) 362-1333
Facsimile: (415) 362-1344
Attorneys for defendant
CAPTAIN JOHN J. COTA

# UNITES STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>M/V COSCO BUSAN, LR/IMO Ship No. 9231746, her engines, apparel, electronics, tackle, boats, appurtenances, *etc., in rem,* THE SHIPOWNERS' INSURANCE & GUARANTY COMPANY LTD., REGAL STONE LIMITED, FLEET MANAGEMENT LTD., and JOHN COTA, *in personam,*<br><br>    Defendants. | **CASE NO.: CV 07 6045 SC**<br><br>**IN ADMIRALTY**<br><br>**NOTICE OF APPEARANCE OF GEORGE W. NOWELL, ESQ. AS LEAD COUNSEL** |

TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT George W. Nowell, Esq. hereby appears in this matter as lead counsel for defendant CAPTAIN JOHN COTA and requests the addition of his name to the ECF distribution list for this case.

Dated: February 8, 2008    **LAW OFFICES OF GEORGE W. NOWELL**

By:_____/s/_____
    GEORGE W. NOWELL
    Attorneys for plaintiff
    CAPTAIN JOHN COTA

1
**NOTICE OF APPEARANCE OF GEORGE W. NOWELL, ESQ. AS LEAD COUNSEL (CV 07 6045 SC)**

P0208.2008-1772(d)