GEORGE W. NOWELL (SBN: 83868)
george.nowell@nowelllaw.com
JOHN H. CIGAVIC III (SBN: 231806)
john.cigavic@nowelllaw.com
LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: (415) 362-1333
Facsimile: (415) 362-1344
Attorneys for defendant
CAPTAIN JOHN J. COTA

# UNITES STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: CV 07 6045 SC |
|---|---|
| Plaintiff, | |
| v. | IN ADMIRALTY |
| M/V COSCO BUSAN, LR/IMO Ship No. 9231746, her engines, apparel, electronics, tackle, boats, appurtenances, *etc.*, *in rem*, THE SHIPOWNERS' INSURANCE & GUARANTY COMPANY LTD., REGAL STONE LIMITED, FLEET MANAGEMENT LTD., and JOHN COTA, *in personam*, | STIPULATION AND REQUEST FOR ORDER EXTENDING CAPTAIN JOHN COTA'S TIME TO RESPOND TO THE COMPLAINT (FIRST EXTENSION) |
| Defendants. | |

The parties below-signed through their counsel stipulate and request pursuant to L.R. 6-1(b) and 6-2 that this court order that defendant Capt. John Cota is granted by stipulation a first extension of time to move, answer or otherwise respond to the complaint herein for ~~60 days to and including April 14, 2008~~ 30 days because he and his current counsel may affiliate or substitute in new counsel and they desire additional time to clarify his defenses and legal status before responding to the complaint. (Capt. Cota has been named in four lawsuits arising from the incident underlying this complaint.)

Capt. Cota, through his undersigned counsel, represents that he will participate in the

1

STIPULATION AND REQUEST FOR ORDER EXTENDING CAPTAIN JOHN COTA'S TIME TO RESPOND TO THE COMPLAINT (FIRST EXTENSION) (CV 07 6045 SC)

P0201.2008-1772(d)

1 preparation of a case management statement and attend the Case Management Conference(s).

2 Dated: February 7, 2008

U.S. DEPARTMENT OF JUSTICE
JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

LAW OFFICES OF GEORGE W. NOWELL

By: /s/ R. Michael Underhill
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
GEOFFREY D. OWEN
Trial Attorney
U.S. Department of Justice

By: [signature]
GEORGE W. NOWELL
Attorneys for defendant
CAPTAIN JOHN J. COTA

MCGUIREWOODS LLP

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice
BRADLEY R. O'BRIEN
Environmental Enforcement Section
U.S. Department of Justice

By: [signature]
RICHARD L. JARASHOW
Attorneys for defendant
SHIPOWNERS' INSURANCE &
GUARANTY COMPANY LTD.

Attorneys for plaintiff
UNITED STATES OF AMERICA

PURSUANT TO STIPULATION, IT IS SO ORDERED.  30 day Extension

Dated: ~~February~~ N Feb 8, 2008

[signature]
U.S. DISTRICT JUDGE

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

2
**STIPULATION AND REQUEST FOR ORDER EXTENDING CAPTAIN JOHN COTA'S TIME TO RESPOND TO THE COMPLAINT (FIRST EXTENSION) (CV 07 6045 SC)**

P0201.2008-1772(d)