```
1  WALTER G. COPPENRATH, JR. (SBN: 81691)
   waltla@aol.com
2  PHILLIP S. DALTON (SBN: 65576)
   pdalton@coppenrathlaw.com
3  GEORGE M. JONES (SBN: 160227)
   gjones@coppenrathlaw.com
4  COPPENRATH & ASSOCIATES
   400 Oceangate, Suite 700
5  Long Beach, California 90801
   Telephone:   (562) 216-2948
6  Facsimile:   (562) 252-1136

7  Attorneys for Defendant
   JOHN COTA
8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: C-07-06045-SC |
|---|---|
| Plaintiff, | IN ADMIRALTY |
| v. | |
| M/V COSCO BUSAN, LR/IMO Ship No. 9231743, her engines, apparel, electronics, tackle, boats, appurtenances, *etc., in rem*, THE SHIP OWNERS' INSURANCE & GUARANTY COMPANY LIMITED, REGAL STONE, LIMITED, FLEET MANAGEMENT LIMITED, and JOHN COTA, *in personam*, | SUBSTITUTION OF ATTORNEY |
| | THE HON. SAMUEL CONTI |
| | COMPLAINT FILED: NOV. 30, 2007 |
| | TRIAL DATE:   NONE SET |
| Defendants. | |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

/ / /

/ / /

/ / /

-1-

SUBSTITUTION OF ATTORNEY (CV-07-6045-SC)

1      **PLEASE TAKE NOTICE** that Defendant JOHN COTA hereby
2  substitutes the following retained attorneys:

3      COPPENRATH & ASSOCIATES
4      WALTER G. COPPENRATH, JR.
    400 Oceangate, Suite 700
5      Long Beach, California 90801

6
7  as Attorney of Record in the place and stead of:

8      LAW OFFICES OF GEORGE W. NOWELL
    GEORGE W. NOWELL
9      120 Montgomery Street, Suite 1990
10     San Francisco, CA 94104

11 I consent to this Substitution.

12
13 Dated: 2-13-08

14     JOHN COTA, Defendant

15
16 I am duly admitted to practice in the Northern District of California and consent to
the Substitution.
17
18 Dated: February 13, 2008     COPPENRATH & ASSOCIATES

19
20
    WALTER G. COPPENRATH, ESQ.
21
22
23 I am JOHN COTA's current Attorney of Record and consent to this Substitution.

24 Dated: February 13, 2008     LAW OFFICES OF GEORGE W. NOWELL

25
26
    GEORGE W. NOWELL, ESQ.
27
28

-2-

SUBSTITUTION OF ATTORNEY (CV-07-6045-SC)