| | |
|---|---|
| WALTER G. COPPENRATH, JR. (SBN: 81691) | |
| waltla@aol.com | |
| PHILLIP S. DALTON (SBN: 65576) | |
| pdalton@coppenrathlaw.com | |
| GEORGE M. JONES (SBN: 160227) | |
| gjones@coppenrathlaw.com | |
| COPPENRATH & ASSOCIATES | |
| 400 Oceangate, Suite 700 | |
| Long Beach, California 90801 | |
| Telephone:   (562) 216-2948 | |
| Facsimile:    (562) 252-1136 | |

Attorneys for Defendant
CAPTAIN JOHN COTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  C-07-06045-SC |
| Plaintiff, | **IN ADMIRALTY** |
| v. | |
| M/V COSCO BUSAN, LR/IMO Ship No. 9231743, her engines, apparel, electronics, tackle, boats, appurtenances, *etc.*, *in rem*, THE SHIP OWNERS' INSURANCE & GUARANTY COMPANY LIMITED, REGAL STONE, LIMITED, FLEET MANAGEMENT LIMITED, and JOHN COTA, *in personam*, | **NOTICE OF CHANGE OF COUNSEL FOR DEFENDANT CAPTAIN JOHN COTA** |
| | THE HON. SAMUEL CONTI |
| | COMPLAINT FILED: NOV. 30, 2007 |
| | TRIAL DATE:     NONE SET |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

**NOTICE OF CHANGE OF COUNSEL FOR DEFENDANT CAPTAIN JOHN COTA**

**(CV-07-6045-SC)**

**TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Walter G. Coppenrath, Esq. hereby appears in this matter as lead counsel for defendant CAPTAIN JOHN COTA and requests the addition of his name to the ECF distribution list for this case. This Notice of Change of Counsel is made pursuant the Substitution of Attorney filed concurrently.

Dated: February 13, 2008                **COPPENRATH & ASSOCIATES**

By:_____/s/_____
Walter G. Coppenrath, Jr.
Attorneys for Defendant,
CAPTAIN JOHN COTA

-2-
**NOTICE OF CHANGE OF COUNSEL FOR DEFENDANT CAPTAIN JOHN COTA**
**(CV-07-6045-SC)**