WALTER G. COPPENRATH, JR. (SBN: 81691)
waltla@aol.com
PHILLIP S. DALTON (SBN: 65576)
pdalton@coppenrathlaw.com
GEORGE M. JONES (SBN: 160227)
gjones@coppenrathlaw.com
COPPENRATH & ASSOCIATES
400 Oceangate, Suite 700
Long Beach, California 90801
Telephone:   (562) 216-2948
Facsimile:   (562) 252-1136

Attorneys for Defendant
JOHN COTA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>M/V COSCO BUSAN, LR/IMO Ship No. 9231743, her engines, apparel, electronics, tackle, boats, appurtenances, *etc.*, *in rem*, THE SHIP OWNERS' INSURANCE & GUARANTY COMPANY LIMITED, REGAL STONE, LIMITED, FLEET MANAGEMENT LIMITED, and JOHN COTA, *in personam*,<br><br>Defendants. | Case No.: C-07-06045-SC<br>**IN ADMIRALTY**<br><br>**SUBSTITUTION OF ATTORNEY**<br><br><br>THE HON. SAMUEL CONTI<br>COMPLAINT FILED: Nov. 30, 2007<br>TRIAL DATE:     NONE SET |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

/ / /

/ / /

/ / /

-1-

SUBSTITUTION OF ATTORNEY (CV-07-6045-SC)

**PLEASE TAKE NOTICE** that Defendant JOHN COTA hereby substitutes the following retained attorneys:

> COPPENRATH & ASSOCIATES
> WALTER G. COPPENRATH, JR.
> 400 Oceangate, Suite 700
> Long Beach, California 90801

as Attorney of Record in the place and stead of:

> LAW OFFICES OF GEORGE W. NOWELL
> GEORGE W. NOWELL
> 120 Montgomery Street, Suite 1990
> San Francisco, CA 94104

I consent to this Substitution.

Dated: 2-13-08                    _____
                                  JOHN COTA, Defendant

I am duly admitted to practice in the Northern District of California and consent to the Substitution.

Dated: February 13, 2008          COPPENRATH & ASSOCIATES

                                  _____
                                  WALTER G. COPPENRATH, ESQ.

I am JOHN COTA's current Attorney of Record and consent to this Substitution.

Dated: February 13, 2008          LAW OFFICES OF GEORGE W. NOWELL

                                  _____
                                  GEORGE W. NOWELL, ESQ.

*IT IS SO ORDERED*
*Judge Samuel Conti*
*UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

-2-

SUBSTITUTION OF ATTORNEY (CV-07-6045-SC)