UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>RELATED CASES</u>
C-07-5800                            CIVIL MINUTES
C-07-5926
C-07-6045                 SAMUEL CONTI                    DATE <u>2/22/08</u>
Case Number              Judge

Title: <u>CHELSEA, LLC, et al.</u>         vs <u>REGAL STONE, LTD., et al.</u>

Attorneys: R.Michael Underhill,    John Giffin, Julie Kole, George Jones,
William Audet, Bradley O'Brien,    Walter Coppenrath, Richard Jarashow,
Anthony Urie, Adel Nadji,          Sid Kanazawa, John McGuinn
Cory Birnberg, Charles McKinley    Derek Jacobson, Paul Gruwell,
Michael McShane

Deputy Clerk: <u>T. De Martini</u>     Court Reporter: <u>Belle Ball</u>


1. <u>Plaintiff's Motion for OSC re: Protective Order- Granted in Part</u>

2. <u>Status Conference - Held</u>


Case Continued to <u>4/18/08 @ 10:00 a.m.</u> for Further Status Conference

Case Continued to <u>4/18/08 @ 10:00 a.m.</u> for <u>Defendant's Motion to Dismiss</u>

**ORDERED AFTER HEARING:**

The parties can proceed with the class action, and the claimants can also proceed under OPA; however, those proceeding under OPA cannot be forced to sign a release clause terminating claims; also those proceeding under OPA shall not be contacted by defendants to be dissuaded from retaining counsel or abandoning or joining the class action; however, they can be contacted re their desire to proceed under OPA claims procedures.

The OPA procedure is separate and independent from plaintiff's state law claims.

The bond shall remain in effect.

The defendants are ordered to inform those who signed Release Forms that said release <u>does not</u> preclude them from becoming a plaintiff class member, if they so desire.


Plaintiff Government document disclosures are to be turned over to the Defendant with 3 weeks.
Plaintiff Chelsea, LLC. Rule 26 disclosures to go forward.
The time and place of the depositions of the 6 crew men to be determined.
Discovery Stayed until 4/25/08.