JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
GEOFFREY D. OWEN
Trial Attorney
Torts Branch, Civil Division
United States Department of Justice
7-5395 Federal Bldg. Box 36028
450 Golden Gate Avenue
San Francisco, California 94102-3463
Telephone: (415) 436-6648
mike.underhill@usdoj.gov

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
Washington D.C. 20530
BRADLEY R. O'BRIEN
Senior Attorney
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Telephone: (415) 744-6484;
Facsimile: (415) 744-6476
brad.o'brien@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>M/V COSCO BUSAN, LR/IMO Ship No. 9231743, her engines, apparel, electronics, tackle, boats, appurtenances, *etc.*, *in rem,* THE SHIPOWNERS' INSURANCE & GUARANTY COMPANY LTD., REGAL STONE LIMITED, FLEET MANAGEMENT LTD., and JOHN COTA, *in personam,*<br><br>Defendants. | Civil No. C-07-6045 SC<br><br>(AND RELATED CASES:<br>C-07-5800 SC; C-07-5926 SC)<br><br>DECLARATION AND AFFIDAVIT OF SERVICE OF PROCESS OF SUMMONS AND COMPLAINT |

DECLARATION AND AFFIDAVIT OF SERVICE (REGAL STONE) – C07-6045 SC

R. MICHAEL UNDERHILL hereby declares as follows:

1. I am the Attorney in Charge of the Department of Justice, Torts Branch, Civil Division, West Coast Office, and one of the attorneys for the United States in this matter. I make this Declaration based upon personal knowledge or upon information officially furnished to me.

2. Attached hereto as Exhibit "A" is the Affidavit of Service of Process of the Verified Complaint and the summons to defendant Regal Stone Limited, by and through Kevin Michael Kennedy, said service of process effected pursuant to Fed.R.Civ.P. 4(h)(1) and E(1).

I verify under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct.

DATED: March 3, 2008.

_____
R. MICHAEL UNDERHILL

DECLARATION AND AFFIDAVIT OF SERVICE (REGAL STONE) – C07-6045 SC            - 2 -

| | | |
|---|---|---|
| | AFFIDAVIT OF SERVICE | Index #: CV 07 6045 |
| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | | Date Purchased: November 30, 2007 |
| COUNTY | | Date Filed: |
| | | Court Date: February 22, 2008 |

ATTORNEY(S): R. MICHAEL UNDERHILL ESQ. : U.S. DEPARTMENT OF JUSTICE - CIVIL DIVISION   PH: 415-436-6648
ADDRESS: 450 GOLDEN GATE AVENUE  SAN FRANCISCO  CA  94102-3463   File No.:

**UNITED STATES OF AMERICA,**
vs.                                                                                                              *Plaintiff(s)/Petitioner(s)*
**M/V COSCO BUSAN, LR/IMO Ship No. 9231743, her engines, apparel, electronics, tackle, boats, appurtenances, etc., in rem, et al.,**
*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NASSAU   SS.:

_____HARRY TORRES_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On  February 19, 2008  at  12:25 PM
at  145 E. 16th Street Apt 18J  New York, New York 10003 , deponent served the within **Summons In A Civil Case, Complaint and Attached Documents**

with Index Number  CV 07 6045 , and Date Purchased  November 30, 2007  endorsed thereon,
on: **Kevin Michael Kennedy**                                                                                                  , therein named.

**#1 INDIVIDUAL** [ ]   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [ ]   By delivering to and leaving with _____ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

**#3 SUITABLE AGE PERSON** [X]   By delivering a true copy of each to  "JOHN DOE" - CONCIERGE  a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business  [X] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ]   By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

**#5 MAIL COPY** [X]   On  February 21, 2008 , deponent completed service under the last two sections by depositing a copy of the  Summons In A Civil Case, Complaint and Attached Documents  to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called

| | | | | | |
|---|---|---|---|---|---|
| thereat on the | 15 | day of | February, 2008 | at | 9:33 AM |
| on the | 16 | day of | February, 2008 | at | 8:49 PM |
| on the | 18 | day of | February, 2008 | at | 4:31 PM |
| on the | | day of | | at | |

**#6 NON-SRVC** [ ]   After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other: _____

**#7 DESCRIPTION** [X] *(use with #1, 2 or 3)*   A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex  Male   Color of skin  White   Color of hair  Black/Gra   Age  51 - 65 Yrs.   Height  5' 4" - 5' 8"
Weight  Over 200 Lbs.   Other Features: _____

**#8 WIT. FEES** [ ]   the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 MILITARYSRVC** [X]   Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

**#10 OTHER** [X]   PER CONCIERGE KEVIN MICHAEL KENNEDY LIVES HERE BUT ONLY STAYS IN THE APARTMENT FOR A DAY OR TWO THEN HE GOES AWAY FOR WEEKS AT A TIME. THE CONCIERGE "JOHN DOE" REFUSED TO GIVE HIS NAME.

Sworn to before me on this  21  day of  February, 2008

_____                                      _____
BARBARA A. SHURGIN                                                                    HARRY TORRES
NOTARY PUBLIC, State of New York                                          Server's Lic # 0915257
No. 30-5004737, Qualified in Nassau County
Commission Expires November 23, 2010                                  Invoice•Work Order # 0806671

CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 -TEL 516-333-6380 • FAX 516-333-6382
DECLARATION, EXHIBIT A, "AFFIDAVIT OF SERVICE" -- Page 1 of 3

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE Feb. 19, 2008 12:25 pm |
| NAME OF SERVER (PRINT) Harry Torres | TITLE Process Server Lic#: 0915257 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: "John Doe"
Building Concierge

☐ Returned unexecuted: _____

☒ Other (specify) "John Doe" refused to give his name. "John Doe" is authorized to accept service and he did.

STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Feb. 21, 2008       x _____
             Date                   Signature of Server

265 Post Ave
Westbury, NY 11590
Address of Server

DECLARATION, EXHIBIT A, "AFFIDAVIT OF SERVICE" -- Page 2 of 3

(RETURN TO COURT)

RETURN OF SERVICE

I.  I hereby acknowledge that service of process <u>was</u> <u>executed</u> by serving

Defendant, _Kevin Michael Kennedy_,

by giving ~~him/her~~ The Building Concierge "John Doe" a true copy of the order directing service of process,

the complaint, and the Special Appointment Order. The following

documents were also served on the above-named defendant:

_____
_____
_____
_____

    I declare under penalty of perjury under the laws of the United
States of America that the foregoing information contained in this
Return of Service is true and correct.

DATE SERVED: _Feb. 19, 2008_

By: _____
    (United States Marshal or Special Appointee)

As defendant in this action, I hereby acknowledge receipt of service of
process on my own behalf.

_____    _____
Defendant's Signature          Defendant's Printed Name


II. I hereby acknowledge that service of process <u>cannot</u> <u>be</u> <u>executed</u> upon

the defendant for the following reason(s):

_____
_____
_____
_____

DATE OF ATTEMPTED SERVICE: _____

By: _[signature]_____
    (United States Marshal or Special Appointee)


**DECLARATION, EXHIBIT A, "AFFIDAVIT OF SERVICE" -- Page 3 of 3**