JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
United States Department of Justice
7-5395 Federal Bldg. Box 36028
450 Golden Gate Avenue
San Francisco, California   94102-3463
Telephone: (415) 436-6648
mike.underhill@usdoj.gov

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
Washington D.C. 20530
BRADLEY R. O'BRIEN
Senior Attorney
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Telephone: (415) 744-6484;
Facsimile: (415) 744-6476
brad.obrien@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) C 07-6045(SC) |
| Plaintiff, | ) |
| | ) |
| vs. | ) IN ADMIRALTY |
| | ) |
| M/V COSCO BUSAN, LR/IMO Ship No. 9231743, her engines, apparel, electronics, tackle, boats, appurtenances, *etc., in rem*, THE SHIPOWNERS' INSURANCE & GUARANTY COMPANY LTD., REGAL STONE LIMITED, FLEET MANAGEMENT LTD., AND JOHN COTA, *in personam*, | ) STIPULATION AND PROPOSED ORDER RE DISMISSAL OF DEFENDANT "THE SHIPOWNERS' INSURANCE AND GUARANTY COMPANY LIMITED" (SIGCo), <u>WITHOUT PREJUDICE</u> |
| Defendants. | ) |

STIPULATION AND ORDER RE DISMISSAL OF DEFENDANT SIGCo – C07-6045 SC

1  WHEREFORE, pursuant to the undersigned consents of counsel for the parties who have
2  appeared in this action to date, it is
3  ORDERED that the Complaint of plaintiff United States solely against defendant THE
4  SHIPOWNERS' INSURANCE & GUARANTY ("SIGCo") shall be, and the same is, hereby
5  dismissed without prejudice, each party to bear its own costs and fees; and it is further
6  ORDERED that this dismissal of SIGCo herein pertains solely to defendant SIGCo and to
7  no others.

9  IT IS SO ORDERED.

12  DATED:_____    _____
                                    UNITED STATES DISTRICT JUDGE

14  WE HEREBY CONSENT TO ENTRY OF THE
15  FOREGOING ORDER:
16  Dated: March 21, 2008.            JEFFREY S. BUCHOLTZ
                                      Acting Assistant Attorney General

18                                    /s/ R. Michael Underhill
                                      R. MICHAEL UNDERHILL
19                                    Attorney in Charge, West Coast Office
                                      Torts Branch, Civil Division
20                                    United States Department of Justice

21                                    RONALD J. TENPAS
                                      Assistant Attorney General
22                                    Environment and Natural Resources Division

23                                    /s/ Bradley R. O'Brien
                                      BRADLEY R. O'BRIEN
24                                    Senior Attorney
                                      Environmental Enforcement Section
25                                    United States Department of Justice

26                                    Attorneys for Plaintiff
                                      United States of America

STIPULATION AND ORDER RE DISMISSAL OF DEFENDANT SIGCo – C07-6045 SC    - 2 -

| | |
|---|---|
| Dated: <u>March 21, 2008.</u> | KEESAL, YOUNG & LOGAN |
| | <u>/s/ John Giffin</u><br>By: JOHN GIFFIN |
| | Attorneys for Defendants M/V COSCO BUSAN, Regal Stone Limited, the latter presently appearing solely pursuant to Supplemental Admiralty Rule E(8) of the Fed.R.Civ.P. as claimant to COSCO BUSAN, and Fleet Management Ltd. |
| Dated: <u>March 21, 2008.</u> | COPPENRATH & ASSOCIATES |
| | <u>/s/ Walter G. Coppenrath, Jr.</u><br>By: WALTER G. COPPENRATH, JR. |
| | COPPENRATH & ASSOCIATES |
| | Attorneys for John Cota |
| Dated: <u>March 21, 2008.</u> | McGUIRE WOODS |
| | <u>/s/ Sidney Kanazawa</u><br>By: SIDNEY KANAZAWA |
| | Attorneys for Shipowners' Insurance & Guaranty Company Ltd. ("SIGCo") |

STIPULATION AND ORDER RE DISMISSAL OF DEFENDANT SIGCo – C07-6045 SC          - 3 -