JOHN D. GIFFIN, CASB NO. 89608
john.giffin@kyl.com
JOSEPH A. WALSH, II, CASB No. 143694
joe.walsh@kyl.com
JOHN C. COX, CASB NO. 197687
john.cox@kyl.com
DAVID TONG, CASB NO. 238971
david.tong@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center
Suite 1500
San Francisco, California 94111
Telephone:   (415) 398-6000
Facsimile:    (415) 981-0136

Attorneys for Defendants
REGAL STONE, LTD. and FLEET MANAGEMENT, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>M/V COSCO BUSAN, LR/IMO Ship. No. 9231743 her engines, apparel, electronics, tackle, boats, appurtenances, etc., *in rem*, THE SHIPOWNERS' INSURANCE & GUARANTY COMPANY LTD., REGAL STONE, LIMITED, FLEET MANAGEMENT LTD., and JOHN COTA, *in personam*,<br><br>Defendants. | Case No. C 07 06045 (SC)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS REGAL STONE, LTD. AND FLEET MANAGEMENT, LTD.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY PROCEEDINGS [FRCP 12(b)(1)]<br><br>Date:   April 25, 2008<br>Time:  10:00 a.m.<br>Dept.:  1<br>(The Honorable Samuel Conti) |

Defendants REGAL STONE, LTD. and FLEET MANAGEMENT, LTD.'s

- 1 -

KYL_SF460899

[PROPOSED] ORDER GRANTING DEFENDANTS REGAL STONE, LTD. AND FLEET MANAGEMENT, LTD.'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, STAY PROCEEDINGS [FRCP 12(B)(1)] - Case No. C 07 06045 (SC)

("Defendants") Motion to Dismiss or, in the Alternative, Stay Proceedings came before the above-entitled Court on April 25, 2008 at 10:00 a.m., the Honorable Samuel Conti presiding. The Court, having reviewed all of the pleadings, arguments of counsel, the Court's files herein, and good cause appearing therefore, **HEREBY ORDERS AS FOLLOWS:**

Defendants REGAL STONE, LTD. and FLEET MANAGEMENT, LTD.'s Motion to Dismiss pursuant to Federal Rule of Civil Procedure, Rule 12(b) 1, is GRANTED on all causes of action against Defendants contained in Plaintiff UNITED STATES OF AMERICA's Complaint on file herein.

DATED: _____, 2008        _____
                                          Samuel Conti
                                          United States District Judge

Defendants REGAL STONE, LTD. and FLEET MANAGEMENT, LTD.'s Motion to Stay Proceedings is GRANTED on all causes of action against Defendants contained in Plaintiff UNITED STATES OF AMERICA's Complaint on file herein.

DATED: _____, 2008        _____
                                          Samuel Conti
                                          United States District Judge