1  JEFFREY S. BUCHOLTZ
   Acting Assistant Attorney General
2  R. MICHAEL UNDERHILL
   Attorney in Charge, West Coast Office
3  Torts Branch, Civil Division
   United States Department of Justice
4  7-5395 Federal Bldg. Box 36028
   450 Golden Gate Avenue
5  San Francisco, California 94102-3463
   Telephone: (415) 436-6648
6  mike.underhill@usdoj.gov

7

8  RONALD J. TENPAS
   Assistant Attorney General
   Environment and Natural Resources Division
9  United States Department of Justice
   Washington D.C. 20530
10 BRADLEY R. O'BRIEN
   Senior Attorney
11 Environmental Enforcement Section
   United States Department of Justice
12 301 Howard Street, Suite 1050
   San Francisco, California 94105
13 Telephone: (415) 744-6484;
   Facsimile: (415) 744-6476
14 brad.obrien@usdoj.gov

15 Attorneys for Plaintiff
   United States of America

16

17 UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA

18

19 | UNITED STATES OF AMERICA | ) |
   |  | ) C 07-6045(SC) |
20 | Plaintiff, | ) |
   |  | ) |
21 | vs. | ) IN ADMIRALTY |
   |  | ) |
22 |  | ) |
23 | M/V COSCO BUSAN, LR/IMO Ship No. 9231743, her engines, apparel, electronics, tackle, boats, appurtenances, *etc., in rem*, THE | ) STIPULATION AND ~~PROPOSED~~ ORDER RE DISMISSAL OF DEFENDANT "THE SHIPOWNERS' |
24 | SHIPOWNERS' INSURANCE & GUARANTY COMPANY LTD., REGAL STONE LIMITED, | ) INSURANCE AND GUARANTY COMPANY LIMITED" (SIGCo), |
25 | FLEET MANAGEMENT LTD., AND JOHN COTA, *in personam*, | ) <u>WITHOUT PREJUDICE</u> |
26 |  | ) |
   | Defendants. | ) |
27 |  | ) |

28

STIPULATION AND ORDER RE DISMISSAL OF DEFENDANT SIGCo – C07-6045 SC

1    WHEREFORE, pursuant to the undersigned consents of counsel for the parties who have
2 appeared in this action to date, it is
3    ORDERED that the Complaint of plaintiff United States solely against defendant THE
4 SHIPOWNERS' INSURANCE & GUARANTY ("SIGCo") shall be, and the same is, hereby
5 dismissed without prejudice, each party to bear its own costs and fees; and it is further
6    ORDERED that this dismissal of SIGCo herein pertains solely to defendant SIGCo and to
7 no others.

9 IT IS SO ORDERED.

12 DATED: 3/25/08                              _____
                                              UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED. Judge Samuel Conti*

14 WE HEREBY CONSENT TO ENTRY OF THE
15 FOREGOING ORDER:

16 Dated: March 21, 2008.              JEFFREY S. BUCHOLTZ
                                        Acting Assistant Attorney General

18                                      /s/ R. Michael Underhill
                                        R. MICHAEL UNDERHILL
19                                      Attorney in Charge, West Coast Office
                                        Torts Branch, Civil Division
20                                      United States Department of Justice

21                                      RONALD J. TENPAS
                                        Assistant Attorney General
22                                      Environment and Natural Resources Division

23                                      /s/ Bradley R. O'Brien
                                        BRADLEY R. O'BRIEN
24                                      Senior Attorney
                                        Environmental Enforcement Section
25                                      United States Department of Justice

26                                      Attorneys for Plaintiff
                                        United States of America

| | | |
|---|---|---|
| 1 | Dated: <u>March 21, 2008.</u> | KEESAL, YOUNG & LOGAN |

<u>/s/ John Giffin</u>
By: JOHN GIFFIN

Attorneys for Defendants M/V COSCO BUSAN, Regal Stone Limited, the latter presently appearing solely pursuant to Supplemental Admiralty Rule E(8) of the Fed.R.Civ.P. as claimant to COSCO BUSAN, and Fleet Management Ltd.

Dated: <u>March 21, 2008.</u>   COPPENRATH & ASSOCIATES

<u>/s/ Walter G. Coppenrath, Jr.</u>
By: WALTER G. COPPENRATH, JR.

COPPENRATH & ASSOCIATES

Attorneys for John Cota

Dated: <u>March 21, 2008.</u>   McGUIRE WOODS

<u>/s/ Sidney Kanazawa</u>
By: SIDNEY KANAZAWA

Attorneys for Shipowners' Insurance & Guaranty Company Ltd. ("SIGCo")

STIPULATION AND ORDER RE DISMISSAL OF DEFENDANT SIGCo – C07-6045 SC         - 3 -