JOHN D. GIFFIN, CASB NO. 89608
john.giffin@kyl.com
JOSEPH A. WALSH, II, CASB No. 143694
joe.walsh@kyl.com
JOHN C. COX, CASB NO. 197687
john.cox@kyl.com
DAVID TONG, CASB NO. 238971
david.tong@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center
Suite 1500
San Francisco, California 94111
Telephone:  (415) 398-6000
Facsimile:  (415) 981-0136

Attorneys for Defendants
REGAL STONE, LTD. and FLEET MANAGEMENT, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>M/V COSCO BUSAN, LR/IMO Ship. No. 9231743 her engines, apparel, electronics, tackle, boats, appurtenances, etc., *in rem*, THE SHIPOWNERS' INSURANCE & GUARANTY COMPANY LTD., REGAL STONE, LIMITED, FLEET MANAGEMENT LTD., and JOHN COTA, *in personam*,<br><br>            Defendants. | Case No. C 07 06045 (SC)<br><br>**DECLARATION OF GARY S. MAUSETH IN SUPPORT OF REGAL STONE, LTD. AND FLEET MANAGEMENT, LTD.'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, STAY PROCEEDINGS [FRCP 12(b)(1)]**<br><br>Date:   May 9, 2008<br>Time:  10:00 a.m.<br>Dept.:  1<br>(The Honorable Samuel Conti) |

Gary W. Mauseth declares as follows:

1. I am the president of Polaris Applied Sciences ("Polaris") and make this

- 1 -

KYL_SF460916

DECLARATION OF GARY S. MAUSETH ISO REGAL STONE, LTD. AND FLEET MANAGEMENT, LTD.'S MOTION TO DISMISS AND STAY PROCEEDINGS [FRCP 12(B)(1)]– Case No. C 07 06045 (SC)

1  declaration based on my personal knowledge and experience.

2.  Polaris is a scientific consulting company that provides technical and scientific advice and services to companies involved in cleaning up spills of oil and toxic chemicals. Polaris also provides advice and services to responsible parties that are engaged in natural resource damage assessments ("NRDA") under the Oil Pollution Act of 1990 and the CERCLA. I have participated in NRDA in approximately 75 cases involving oil spills from vessels since 1990. I am very familiar with the NRDA process followed by agencies of the United States and the State of California.

3.  Polaris has been hired to act as the lead NRDA consultant for the responsible parties in the COSCO BUSAN oil spill. I am the lead Polaris representative for the COSCO BUSAN NRDA.

4.  Agencies of the United States and the State of California with jurisdiction over the natural resources impacted by the COSCO BUSAN oil spill have commenced a cooperative NRDA process, pursuant to the OPA NRDA regulations set forth at 15 CFR 990 and State law. These agencies include the National Park Service (NPS), the National Oceanic and Atmospheric Administration, The United States Fish and Wildlife Service (USFWS) and the California Department of Fish and Game. The NPS has been designated as the Federal Lead Administrative Trustee for this NRDA.

5.  The NRDA regulations require the trustee agencies to follow a detailed process for assessing injuries to natural resources as the result of an oil spill. At the end of the process, the trustees and the responsible party almost always reach a settlement of the natural resource damages claims. The settlement is subject to public comment, and is then finalized in the form of a consent decree.

6.  The process outlined above takes several years to complete. In a case such as the COSCO BUSAN, it would not be unusual for the NRDA process to take up to 5 years,

before the injury assessment and restoration planning processes outlined in the NRDA regulations are complete, and a consent decree has been entered.

7. Among the injuries that the trustees are assessing in the COSCO BUSAN NRDA, are injuries to resources under the jurisdiction of national parks and national marine sanctuaries. It is my understanding that if the NRDA trustees determine that resources within parks and national marine sanctuaries were injured, or that the public lost the ability to use and enjoy these resources, as a result of the COSCO BUSAN oil spill, then they will seek damages under OPA 90 to compensate the public for these losses.

Executed this 7th day of February 2008, at Kirkland, Washington. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Gary S. Mauseth

- 3 -

KYL_SF460916

DECLARATION OF GARY S. MAUSETH ISO REGAL STONE, LTD. AND FLEET MANAGEMENT, LTD.'S MOTION TO DISMISS AND STAY PROCEEDINGS [FRCP 12(B)(1)]– Case No. C 07 06045 (SC)