1  JOHN D. GIFFIN, CASB NO. 89608
   john.giffin@kyl.com
2  JOSEPH A. WALSH, II, CASB No. 143694
   joe.walsh@kyl.com
3  JOHN C. COX, CASB NO. 197687
   john.cox@kyl.com
4  DAVID TONG, CASB NO. 238971
   david.tong@kyl.com
5
6  KEESAL, YOUNG & LOGAN
   A Professional Corporation
7  Four Embarcadero Center
   Suite 1500
8  San Francisco, California 94111
   Telephone:   (415) 398-6000
9  Facsimile:   (415) 981-0136
10
11 Attorneys for Defendants
   REGAL STONE, LTD. and FLEET MANAGEMENT, LTD.
12

13               **UNITED STATES DISTRICT COURT**

14

15               **NORTHERN DISTRICT CALIFORNIA**

16 UNITED STATES OF AMERICA,           )  Case No. C 07 06045 (SC)
                                       )
17                    Plaintiff,       )  **[PROPOSED] ORDER GRANTING**
                                       )  **DEFENDANTS REGAL STONE, LTD.**
18       vs.                           )  **AND FLEET MANAGEMENT, LTD.'S**
                                       )  **MOTION TO DISMISS OR, IN THE**
19 M/V COSCO BUSAN, LR/IMO Ship. No.   )  **ALTERNATIVE, STAY**
20 9231743 her engines, apparel, electronics, )  **PROCEEDINGS [FRCP 12(b)(1)]**
   tackle, boats, appurtenances, etc., *in rem,* )
21 THE SHIPOWNERS' INSURANCE &         )  **Date:      May 9, 2008**
22 GUARANTY COMPANY LTD., REGAL        )  **Time:      10:00 a.m.**
   STONE, LIMITED, FLEET               )  **Dept.:     1**
23 MANAGEMENT LTD., and JOHN COTA,     )
   *in personam,*                      )  **(The Honorable Samuel**
24                                     )  **Conti)**
                     Defendants.       )
25 _____     )

26

27     Defendants REGAL STONE, LTD. and FLEET MANAGEMENT, LTD.'s

28
[PROPOSED] ORDER GRANTING DEFENDANTS REGAL STONE, LTD. AND FLEET MANAGEMENT, LTD.'S
MOTION TO DISMISS, OR IN THE ALTERNATIVE, STAY PROCEEDINGS [FRCP 12(B)(1)] - Case No. C 07 06045
(SC)

1  ("Defendants") Motion to Dismiss or, in the Alternative, Stay Proceedings came before

2  the above-entitled Court on May 9, 2008 at 10:00 a.m., the Honorable Samuel Conti

3  presiding.  The Court, having reviewed all of the pleadings, arguments of counsel, the

4  Court's files herein, and good cause appearing therefore, **HEREBY ORDERS AS**

5  **FOLLOWS:**

6        Defendants REGAL STONE, LTD. and FLEET MANAGEMENT, LTD.'s

7  Motion to Dismiss pursuant to Federal Rule of Civil Procedure, Rule 12(b) 1, is

8  GRANTED on all causes of action against Defendants contained in Plaintiff UNITED

9  STATES OF AMERICA's Complaint on file herein.

10

11

12  DATED: _____, 2008        _____

13                                        Samuel Conti

14                                        United States District Judge

15        Defendants REGAL STONE, LTD. and FLEET MANAGEMENT, LTD.'s Motion

16  to Stay Proceedings is GRANTED on all causes of action against Defendants contained

17  in Plaintiff UNITED STATES OF AMERICA's Complaint on file herein.

18

19  DATED: _____, 2008        _____

20                                        Samuel Conti

21                                        United States District Judge

22

23

24

25

26

27

28

KYL_SF460899

[PROPOSED] ORDER GRANTING DEFENDANTS REGAL STONE, LTD. AND FLEET MANAGEMENT, LTD.'S
MOTION TO DISMISS, OR IN THE ALTERNATIVE, STAY PROCEEDINGS [FRCP 12(B)(1)] - Case No. C 07 06045
(SC)