1  JOHN D. GIFFIN, CASB NO. 89608
   john.giffin@kyl.com
2  JOSEPH A. WALSH, II, CASB No. 143694
3  joe.walsh@kyl.com
   JOHN COX, CASB NO. 197687
4  john.cox@kyl.com
   DAVID TONG, CASB NO. 238971
5  david.tong@kyl.com
6  KEESAL, YOUNG & LOGAN
   A Professional Corporation
7  Four Embarcadero Center
   Suite 1500
8  San Francisco, California 94111
   Telephone:  (415) 398-6000
9  Facsimile:   (415) 981-0136
10
11 Attorneys for Defendants
   REGAL STONE, LTD. and FLEET MANAGEMENT, LTD.
12

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. C 07 06045 (SC) |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| M/V COSCO BUSAN, LR/IMO Ship. No. 9231743 her engines, apparel, electronics, tackle, boats, appurtenances, etc., *in rem*, THE SHIPOWNERS' INSURANCE & GUARANTY COMPANY LTD., REGAL STONE, LIMITED, FLEET MANAGEMENT LTD., and JOHN COTA, *in personam*, | |
| Defendants. | |

PROOF OF SERVICE– Case No. C 07 06045 (SC)

KYL_SF461328

## PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years, and I am not a party to the within action. My business address is Four Embarcadero Center, Suite 1500, San Francisco, CA 94111, and my telephone number is (415) 398-6000.

On the date indicated below, I served a true copy of the following document(s):

1. DEFENDANTS REGAL STONE LTD. AND FLEET MANAGEMENT, LTD.'S NOTICE OF MOTION AND MOTION TO DISMISS, OR IN THE ALTERNATIVE, STAY PROCEEDINGS [FRCP 12(B)(1)];
2. DECLARATION OF JOSEPH A. WALSH II IN SUPPORT OF REGAL STONE, LTD. AND FLEET MANAGEMENT, LTD.'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, STAY PROCEEDINGS [FRCP 12(B)(1)];
3. DECLARATION OF K. TIM PERKINS IN SUPPORT OF REGAL STONE, LTD. AND FLEET MANAGEMENT, LTD.'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, STAY PROCEEDINGS [FRCP 12(B)(1)];
4. DECLARATION OF CYNTHIA HUDSON IN SUPPORT OF REGAL STONE LTD. AND FLEET MANAGEMENT LTD.'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, STAY PROCEEDINGS;
5. DECLARATION OF GARY S. MAUSETH IN SUPPORT OF REGAL STONE LTD. AND FLEET MANAGEMENT LTD.'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, STAY PROCEEDINGS;
6. [PROPOSED] ORDER GRANTING DEFENDANTS REGAL STONE, LTD. AND FLEET MANAGEMENT, LTD.'S MOTION TO DISMISS AND STAY PROCEEDINGS [FRCP 12(B)(1)]; and
7. PROOF OF SERVICE.

☒ **BY E-MAIL:** I caused such document(s) to be served electronically on all parties via the United States District Court's Northern District ECF e-filing system.

☒ Pursuant to California Rules of Court, Rule 201, and the Local Rules of the United States District Court, I certify that all originals and service copies (including exhibits) of the papers referred to herein were produced and reproduced on paper purchased as recycled, as defined by section 42202 of the Public Resources Code.

Executed on April 4, 2008 at San Francisco, California.

*/s/ Rina D. Horenian*

KYL_SF461328

PROOF OF SERVICE– Case No. C 07 06045 (SC)