JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
Telephone: (415) 436-6648
CHAD KAUFFMAN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., P.O. Box 36028
450 Golden Gate Avenue
San Francisco, California 94102-3463
Telephone: (415) 436-6646
E-mail:     michael.underhill@usdoj.gov
            chad.kauffman@usdoj.gov

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
Washington D.C. 20530
BRADLEY R. O'BRIEN
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Telephone: (415) 744-6484; Facsimile: (415) 744-6476
brad.o'brien@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>M/V COSCO BUSAN, LR/IMO Ship No. 9231743, her engines, apparel, electronics, tackle, boats, appurtenances, *etc.*, *in rem*, THE SHIPOWNERS' INSURANCE & GUARANTY COMPANY LTD., REGAL STONE LIMITED, FLEET MANAGEMENT LTD., and JOHN COTA, *in personam*,<br><br>Defendants. | Civil No. C-07-6045 SC<br><br>(AND RELATED CASES:<br>C-07-5800 SC; C-07-5926 SC)<br><br>IN ADMIRALTY<br><br>NOTICE OF SUBSTITUTION OF COUNSEL |

NOTICE OF SUBSTITUTION OF COUNSEL– C07-6045 SC                                                                                1

PLEASE TAKE NOTICE that Government counsel, GEOFFREY D. OWEN, is no longer handling cases with this office. R. Michael Underhill remains as co-lead counsel for the Government, and the following individual should be substituted for Mr. Owen:

CHAD KAUFFMAN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 36028
450 Golden Gate Avenue, Room 7-5395
San Francisco, California 94102-3463
Telephone: (415) 436-6646
Facsimile: (415) 436-6632
E-mail: chad.kauffman@usdoj.gov

Pleadings, documents and correspondence previously sent to Mr. Owen in this action should henceforth be sent to the above-listed counsel. Mr. Underhill and all other listed Government Counsel should still receive copies as well.

Dated: April 10, 2008

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
CHAD KAUFFMAN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice

_____
R. MICHAEL UNDERHILL
Attorney In Charge, West Coast Office
U.S. Department of Justice
CHAD KAUFFMAN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
BRADLEY R. O'BRIEN
Environmental Enforcement Section

Attorneys for Plaintiff United States of America

NOTICE OF SUBSTITUTION OF COUNSEL– C07-6045 SC                2

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the forgoing NOTICE OF SUBSTITUTION OF COUNSEL was served on the following on April 10, 2008:

Served Electronically through CM/ECF:

| | |
|---|---|
| Bradley Robert O'Brien | brad.o'brien@usdoj.gov |
| John D. Giffin | john.giffin@kyl.com |
| Walter Gerard Coppenrath, Jr. | waltla@aol.com |
| George McKelvey Jones | gjones@coppenrathlaw.com |
| Phillip Dalton | pdalton@coppenrathlaw.com |

_____
R. MICHAEL UNDERHILL

NOTICE OF SUBSTITUTION OF COUNSEL– C07-6045 SC    3