JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
CHAD KAUFMANN
Trial Attorney
Torts Branch, Civil Division
United States Department of Justice
7-5395 Federal Bldg. Box 36028
450 Golden Gate Avenue
San Francisco, California   94102-3463
Telephone: (415) 436-6648
mike.underhill@usdoj.gov

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
Washington D.C. 20530
BRADLEY R. O'BRIEN
Senior Attorney
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Telephone: (415) 744-6484;
Facsimile: (415) 744-6476
brad.o'brien@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | C07-6045 SC |
| Plaintiff, ) | (And Related Cases) |
| vs. ) | IN ADMIRALTY |
| M/V COSCO BUSAN, LR/IMO Ship No. 9231743, her engines, apparel, electronics, tackle, boats, appurtenances, *etc., in rem*, REGAL STONE LIMITED, FLEET MANAGEMENT LTD., and JOHN COTA, ) | STIPULATED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| Defendants. ) | |

STIPULATED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE – C07-6045 SC

WHEREFORE, a further Case Management Conference having been scheduled for April 25, 2008, and a hearing on Defendants' Motion to Dismiss, *etc.*, having been set for May 9, 2008, it is

ORDERED that the Case Management Conference presently scheduled for April 25th shall be moved to May 9, 2008, at 10:00 a.m. so as to coincide with the motion hearing on said date.

IT IS SO ORDERED.

DATED:_____

_____
UNITED STATES DISTRICT JUDGE

WE HEREBY STIPULATE TO ENTRY OF THE FOREGOING ORDER:

Dated: April 21, 2008.   JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

/s/ R. Michael Underhill
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
CHAD KAUFMANN
Trial Attorney
Torts Branch, Civil Division
United States Department of Justice

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

/s/ Bradley R. O'Brien
BRADLEY R. O'BRIEN
Senior Attorney
Environmental Enforcement Section
United States Department of Justice

Attorneys for Plaintiff
United States of America

Dated: April 22, 2008.   KEESAL, YOUNG & LOGAN

/s/ John Giffin
By: JOHN GIFFIN

Attorneys for Defendants M/V COSCO BUSAN,
Regal Stone Limited, and Fleet Management Ltd.

//
//
//

STIPULATED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE – C07-6045 SC   - 2 -

1 | Dated: April 22, 2008.                     COPPENRATH & ASSOCIATES

/s/ Walter G. Coppenrath, Jr.
By:  WALTER G. COPPENRATH, JR.

COPPENRATH & ASSOCIATES

Attorneys for Defendant John Cota

STIPULATED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE – C07-6045 SC   - 3 -

1 <u>CERTIFICATION OF SIGNATURES</u>

2   I attest that the content of the document is acceptable to all persons required to sign
3 the document.

4

5                                                 /s/R. Michael Underhill
                                                 R. MICHAEL UNDERHILL
6

STIPULATED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE – C07-6045 SC   - 4 -