JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
CHAD KAUFMANN
Trial Attorney
Torts Branch, Civil Division
United States Department of Justice
7-5395 Federal Bldg. Box 36028
450 Golden Gate Avenue
San Francisco, California   94102-3463
Telephone: (415) 436-6648
mike.underhill@usdoj.gov

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
Washington D.C. 20530
BRADLEY R. O'BRIEN
Senior Attorney
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Telephone: (415) 744-6484;
Facsimile: (415) 744-6476
brad.o'brien@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | C07-6045 SC |
| Plaintiff, ) | (And Related Cases) |
| vs. ) | IN ADMIRALTY |
| M/V COSCO BUSAN, LR/IMO Ship No. 9231743, her engines, apparel, electronics, tackle, boats, appurtenances, *etc., in rem*, REGAL STONE LIMITED, FLEET MANAGEMENT LTD., and JOHN COTA, ) | STIPULATED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| Defendants. ) | |

STIPULATED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE – C07-6045 SC

1      WHEREFORE, a further Case Management Conference having been scheduled for April 25, 2008, and a hearing on Defendants' Motion to Dismiss, *etc.*, having been set for May 9, 2008, it is

    ORDERED that the Case Management Conference presently scheduled for April 25th shall be moved to May 9, 2008, at 10:00 a.m. so as to coincide with the motion hearing on said date.

IT IS SO ORDERED.

DATED: April 22, 2008

IT IS SO ORDERED
Judge Samuel Conti

UNITED STATES DISTRICT JUDGE

WE HEREBY STIPULATE TO ENTRY OF THE FOREGOING ORDER:

Dated: April 21, 2008.                    JEFFREY S. BUCHOLTZ
                                                              Acting Assistant Attorney General

                                                              /s/ R. Michael Underhill
                                                              R. MICHAEL UNDERHILL
                                                              Attorney in Charge, West Coast Office
                                                              CHAD KAUFMANN
                                                              Trial Attorney
                                                              Torts Branch, Civil Division
                                                              United States Department of Justice

                                                              RONALD J. TENPAS
                                                              Assistant Attorney General
                                                              Environment and Natural Resources Division

                                                              /s/ Bradley R. O'Brien
                                                              BRADLEY R. O'BRIEN
                                                              Senior Attorney
                                                              Environmental Enforcement Section
                                                              United States Department of Justice

                                                              Attorneys for Plaintiff
                                                              United States of America

Dated: April 22, 2008.                    KEESAL, YOUNG & LOGAN

                                                              /s/ John Giffin
                                                              By: JOHN GIFFIN

                                                              Attorneys for Defendants M/V COSCO BUSAN,
                                                              Regal Stone Limited, and Fleet Management Ltd.

//
//
//

STIPULATED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE – C07-6045 SC    - 2 -

1  Dated: April 22, 2008.                COPPENRATH & ASSOCIATES

3                                        /s/ Walter G. Coppenrath, Jr.
                                         By:  WALTER G. COPPENRATH, JR.

                                         COPPENRATH & ASSOCIATES

                                         Attorneys for Defendant John Cota

CERTIFICATION OF SIGNATURES

I attest that the content of the document is acceptable to all persons required to sign the document.

    /s/R. Michael Underhill
    R. MICHAEL UNDERHILL