GREGORY G. KATSAS
Acting Assistant Attorney General
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
CHAD KAUFFMAN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, California 94102-3463
Telephone: (415) 436-6648
mike.underhill@usdoj.gov

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
Washington D.C. 20530
BRADLEY R. O'BRIEN
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Telephone: (415) 744-6484; Facsimile: (415) 744-6476
brad.o'brien@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> M/V COSCO BUSAN, LR/IMO Ship No. 9231743, her engines, apparel, electronics, tackle, boats, appurtenances, *etc.*, *in rem,* REGAL STONE LIMITED, FLEET MANAGEMENT LTD., and JOHN COTA, *in personam,* <br><br> Defendants. | Civil No. C-07-6045 SC <br> (AND RELATED CASES: <br> C-07-5800 SC; C-07-5926 SC; <br> C-08-2052 SC) <br><br> IN ADMIRALTY <br><br> DECLARATION OF R. MICHAEL UNDERHILL IN SUPPORT OF *EX PARTE* REQUEST FOR ORDER TO REQUIRE APPEARANCE OF COSCO BUSAN CREW MEMBERS SHUN BIAO ZHAO, KONG XIANG HU, LIANG XIAN ZHENG, & THEIR COUNSEL AT CASE MANAGEMENT CONFERENCE ON MAY 9, 2008, 10:00 A.M., JUDGE CONTI'S COURTROOM |

DECLARATION IN SUPPORT OF EX PARTE REQUEST FOR ORDER – C07-6045 SC                 1

R. MICHAEL UNDERHILL hereby declares based upon personal knowledge and information officially furnished to me:

1. I am the Attorney in Charge of the Dept. Of Justice, Torts Branch, Civil Division, West Coast and Pacific Rim Office, and one of the attorneys for the United States in this matter.

2. Attached hereto as Exhibit "A" is a true and correct copy of a letter dated February 26, 2008, said letter sent by the undersigned counsel to, among others, Jonathan Howden, of Thelen Reid Brown Raysman & Steiner LLP, counsel for COSCO BUSAN crewmembers Shun Bia Zhao, Kong Xiang Hu, and Liang Xian Zheng. (I understand that Mr. Howden also represents another COSCO BUSAN crewmember.)

3. Attached hereto as Exhibit "B" is a true and correct copy of a letter dated February 28, 2008, said letter sent by the undersigned counsel to Jonathan Howden.

4. Attached hereto as Exhibit "C" is a true and correct copy of a letter dated March 11, 2008, said letter sent by Jonathan Howden to the undersigned counsel.

5. Attached hereto as Exhibit "D" is a true and correct copy of a letter dated March 11, 2008, said letter sent by the undersigned counsel to Jonathan Howden.

6. Attached hereto as Exhibit "E" is a true and correct copy of a deposition notice dated February 26, 2008, said notice concerning depositions of COSCO BUSAN crewmembers. Said notice was sent under cover of the foregoing letter dated February 26, 2008, Exhibit "A" hereto.

7. On May 6th, I contacted Mr. Howden to request that his clients, Shun Bia Zhao, Kong Xiang Hu, and Liang Xian Zheng, appear for civil depositions immediately following the conclusion of their Fed.R.Crim.P. Rule 15 depositions, but before Mr. Howden's clients leave the jurisdiction of the United States and the Court. Mr. Howden agreed to accept service of civil deposition *subpoenae*, but also conditioned acceptance of service on the right to quash the *subpoenae* prior to commencement of the civil depositions. Mr. Howden also stated that in lieu of the depositions proposed/required by the United States pursuant to Rules 30 and 45 of the Fed.R.Civ.P., his clients instead could later be deposed in Hong Kong. The United States and Mr. Howden were unable to

DECLARATION IN SUPPORT OF EX PARTE REQUEST FOR ORDER – C07-6045 SC          2

1  reach agreement on the United States' request that the three witnesses unequivocally agree to have
2  their civil depositions proceed in this case in the United States upon completion of their respective
3  Fed.R.Crim.P. Rule 15 depositions. I therefore advised Mr. Howden that the United States would
4  be seeking the relief requested herein.
5     I declare under penalty of perjury, and in accordance with 28 U.S.C. § 1746, that the
6  foregoing is true and correct.
7  Dated: May 7, 2008.

             /s/ R. Michael Underhill
             R. MICHAEL UNDERHILL

28 DECLARATION IN SUPPORT OF EX PARTE REQUEST FOR ORDER – C07-6045 SC           3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 7, 2008, I served a copy of the foregoing Declaration of R. Michael Underhill in Support of Ex Parte Request for Order Requiring Appearance and Certificate of Service by first-class mail and fax, postage prepaid, to:

John Giffin
Keesal, Young & Logan
4 Embarcadero Ctr # 1500
San Francisco, CA 94111
FAX: 415-981-0136

Counsel for Regal Stone, Fleet Management, and COSCO BUSAN, in rem

Walter G. Coppenrath, Jr.
George Jones
Coppenrath & Associates
400 Oceangate, Suite 400
Long Beach, CA 90802
Telephone: 562-216-2948
FAX: 562-252-1136

Counsel for John Cota

Jonathan Howden
Thelen Reid Brown Raysman & Steiner LLP
101 2nd St Ste 1800
San Francisco, CA 94105
FAX: 415-369-8683
TEL: 415-369-7157

Counsel for Shun Biao Zhao, Kong Xiang Hu, Liang Xian Zheng, and Zong Bin Li

Doug Schwartz
Schwartz & Cera LLP
44 Montgomery St #3850
San Francisco, CA 94104-4823
FAX: 415-438-2655
TEL: 912-5886

Counsel for Mao Cai Sun

Audet and Partners LLP (C-07-5800 SC)
William Audet
221 Main St., Ste. 1460
San Francisco, CA 94105
FAX: 415-568-2556

Attorneys for Plaintiffs in C-07-5800 SC

Birnberg & Associates (C-07-5926 SC)
Cory Birnberg
703 Market St., Ste. 600
San Francisco, CA 94103-2114
FAX: 415-398-2001

Attorneys for Plaintiffs in C-07-5926 SC

Brian Getz
Law Office Brian H Getz
44 Montgomery St Ste 3850
San Francisco, CA 94104-4823
FAX: 415-438-2655
Tel: 415-912-5886

Counsel for Hong Zhi Wang

Kevin Kin-Man Jo & Samuel Harold Ruby
Bulllivant Houser Bailey, PC
607 California Street
18th Floor
San Francisco, CA 94108
FAX: 415-352-2701

Attorneys for Plaintiff in C-08-2052 SC

_____
BONNIE LI

DECLARATION IN SUPPORT OF EX PARTE REQUEST FOR ORDER – C07-6045 SC         4



U.S. Department of Justice
Civil Division
February 26, 2008

RMU:li
62-402

Torts Branch
West Coast Office
7-5395 Federal Building
Post Office Box 36028
450 Golden Gate Avenue
San Francisco, California 94102-3463
Telephone: 415-436-6648
Fax:          415-436-6632
Internet:   mike.underhill@usdoj.gov

ADVANCE COPY VIA FAX

Jonathan Howden
Thelen Reid Brown Raysman & Steiner LLP
101 2nd St Ste 1800
San Francisco, CA 94105
FAX: 415-369-8683
(Counsel for Liang Xian Zheng and
Zong Bin Li)

Doug Schwartz
Schwartz & Cera LLP
44 Montgomery St #3850
San Francisco, CA 94104-4823
FAX: 415-438-2655
(Counsel for CAPT. Mao Cai Sun)

Brian Getz
Law Office Brian H Getz
44 Montgomery St Ste 3850
San Francisco, CA 94104-4823
FAX: 415-438-2655
(Counsel for Hong Zhi Wang)

John Giffin
Keesal, Young & Logan
4 Embarcadero Ctr # 1500
San Francisco, CA 94111
FAX: 415-981-0136
(Counsel for COSCO BUSAN, *in rem*, and
Fleet Management, *etc.*, and Parminder Singh,
Chiranjiv Mandilwar, Kong Xiang Hu, Biao
Zhao Shun, Yong Fu Yu, Jian Guo Bao)

RE:   M/V COSCO BUSAN, LR/IMO Ship No. 9231743
      *United States of America v. M/V COSCO BUSAN, in rem, et al.*
      N.D. Cal. – Civil No. C07-6045 SI
      (And related cases C07-5800 SI and C07-5926 SI)

Dear Jonathan, Doug, Brian, and John:

John kindly informed us last week that you (Jonathan, Doug, and Brian) represent crew of M/V COSCO BUSAN. We've enclosed the amended notice of your clients' depositions *de bene esse,* as well the depositions of vessel crew represented by other counsel, such as John. We don't know if John forwarded the original notice or our cover letter of January 25th, so we enclose the latter in an effort to explain the need for the depositions. As you can see, we have not set specific dates, but instead wish to work with you and all counsel to seek a mutually convenient schedule. As explained to Judge Conti last Friday, John has represented that certain crewmen (presumably your clients, as well as some of his) are still in the United States as a result of a criminal investigation. Assuming that to be the case, we seek your clients' depositions, along with any other crewmen who still are in the United States, after they have been discharged from whatever obligations are keeping them in the U.S. To the extent that the enclosed notice includes crewmen who were no longer in the United States as of the date of our initial notice on January 25th, we ask that you advise us.

    Our goal is to try and work with each counsel and, hopefully, avoid the necessity of involving Judge Conti.

                Very truly yours,

                /s/

                R. Mike Underhill
                Attorney in Charge
                Department of Justice, Torts Branch


Enclosure (Amended Notice and Letter of January 25th)


cc:  (all w/ cc encl.)
   Brad O'Brien, DOJ, ENRD

   Coppenrath & Associates
   Walter G. Coppenrath, Jr., George Jones
   Fax: 562-252-1136

   Richard L. Jarashow
   Sidney Kanazawa
   McGuireWoods, LLP
   Fax: 212-715-6272

   Audet and Partners LLP (in related case C07-5800 SC)
   William Audet
   Fax: 415-568-2556

   Birnberg & Associates ( in related case C-07-5926 SC)
   Cory Birnberg
   Fax: 415-398-2001



U.S. Department of Justice
Civil Division
February 28, 2008

RMU:li
62-402

Torts Branch
West Coast Office
7-5395 Federal Building
Post Office Box 36028
450 Golden Gate Avenue
San Francisco, California 94102-3463
Telephone: 415-436-6648
Fax: 415-436-6632
Internet: mike.underhill@usdoj.gov

<u>ADVANCE COPY VIA FAX</u>

Jonathan Howden
Thelen Reid Brown Raysman & Steiner LLP
101 2nd St Ste 1800
San Francisco, CA 94105
FAX: 415-369-8683

    RE:    M/V COSCO BUSAN, LR/IMO Ship No. 9231743
            *United States of America v. M/V COSCO BUSAN, in rem, et al.*
            N.D. Cal. – Civil No. C07-6045 SI
            <u>(And related cases C07-5800 SI and C07-5926 SI)</u>

Dear Jonathan:

    In my letter of February 26th, I listed you as counsel for only two crewmembers, Liang Xian Zheng and Zong Bin Li. After a discussion with John today, I understand that you also represent two others. I'm not sure of the names of the latter two, but am reasonably confident they are amongst the other crewmen listed in both our original and amended notices of depositions *de bene esse*. I won't repeat or paraphrase our conversation yesterday, but among other things I asked if you would let me know reasonably soon if you would accept service of the deposition *subpoenae* upon your clients under the conditions we discussed. This letter is to clarify that our request extends to all your crewmen/clients and not merely Messrs. Liang Xian Zheng and Zong Bin Li.

    If you have any questions, please feel free to call me at your convenience.

                                               Very truly yours,

                                               /S/

                                          R. Mike Underhill
                                          Attorney in Charge
                                Department of Justice, Torts Branch

cc: (All Via Fax)

Brad O'Brien, DOJ, ENRD

Doug Schwartz
Schwartz & Cera LLP
FAX: 415-438-2655

Brian Getz
Law Office Brian H Getz
FAX: 415-438-2655

John Giffin
Keesal, Young & Logan

Coppenrath & Associates
Walter G. Coppenrath, Jr., George Jones
Fax: 562-252-1136

Richard L. Jarashow
Sidney Kanazawa
McGuireWoods, LLP
Fax: 212-715-6272

Audet and Partners LLP (in related case C07-5800 SC)
William Audet
Fax: 415-568-2556

Birnberg & Associates ( in related case C-07-5926 SC)
Cory Birnberg
Fax: 415-398-2001



**THELEN**
*Thelen Reid Brown Raysman & Steiner LLP*

101 Second Street   Suite 1800   San Francisco, CA 94105
Phone: 415 371 1200   Fax: 415 371 1211
www.thelen.com

Jonathan Howden
415.369.7157 Direct Dial
415.369.8683 Direct Fax
jhowden@thelenreid.com



March 11, 2008

R. Mike Underhill
Attorney in Charge
Department of Justice, Torts Branch
450 Golden Gate Avenue
P.O. Box 36028
San Francisco, CA 94102

Re:   **Crew of M/V Cosco Busan**

Dear Mike:

I have been considering your request that I accept service of deposition subpoenas on behalf of my clients who are members of the crew of the M/V Cosco Busan. For the reasons stated below, I have concluded that I am unable to accept service on their behalf at this time.

As you know, all of my clients are detained in the United States as material witnesses in connection with the investigation by the United States Attorney's Office into the circumstances of the subject vessel's allision with the Bay Bridge. At the government's behest, all matters relating to the material witnesses have been under seal. Accordingly, at this juncture, I do not know if I am permitted even to confirm the identity of my clients to you without violating the letter or spirit of the material witness proceedings. Any agreement to accept service of one or more subpoenas for any particular crew member will, *de facto*, confirm the identity of one or more of my clients. I do not believe that I am permitted to do so given the status of the proceedings and therefore cannot agree to accept service for them.

Further, despite the fact that my clients are not accused of any wrongdoing, they have been held in this country, against their will for almost four months. The government contends that it has the authority to continue to hold them here until it has completed its investigation and secured their testimony for use at trial. As you are no doubt aware, this is likely to require several more months.

I appreciate the fact that you do not want to interfere with the ongoing investigation by attempting to depose any crew members until after the criminal proceedings have concluded. However, my duty to my clients is to insure that they are permitted to get on with their lives and



R. Mike Underhill
March 11, 2008
Page 2

to secure their freedom to leave the United States as soon as practicable. In my view, the government has no right to continue to detain them in this country once the reason for the issuance of the material witness warrants has expired. Your proposed depositions would do exactly that. In fact, as I understand your proposed depositions *de bene esse*, the subpoena would not specify a date for the depositions but rather provide that the depositions will be scheduled at some future date. As I am sure you can understand, I cannot agree to such a proposal. Rather, it is my obligation to my clients to resist any such effort. This is a second reason why I cannot agree to accept service on their behalf.

Finally, I am currently retained to represent my clients in connection with the ongoing criminal investigation and related issues. I have not been authorized to represent them in connection with any civil litigation. Until such time as my undertaking expands to include these related civil matters, I cannot act on behalf of my clients in this regard.

As all of these issues develop and become more focused, I will be happy to revisit your request. In the meantime, I must decline your proposal and cannot accept service of your subpoenas on behalf of my clients.

Sincerely,

Jonathan Howden

JH/

SF #1440503 v1

Declaration of R. Michael Underhill, Exhbit C, Page 2 of 2



U.S. Department of Justice
Civil Division
March 11, 2008

RMU:li
62-402

Torts Branch
West Coast Office
7-5395 Federal Building
Post Office Box 36028
450 Golden Gate Avenue
San Francisco, California 94102-3463
Telephone: 415-436-6648
Fax:         415-436-6632
Internet:   mike.underhill@usdoj.gov

<u>ADVANCE COPY VIA FAX</u>

Jonathan Howden
Thelen Reid Brown Raysman & Steiner LLP
101 2nd St Ste 1800
San Francisco, CA 94105
FAX: 415-369-8683

RE:   M/V COSCO BUSAN, LR/IMO Ship No. 9231743
      *United States of America v. M/V COSCO BUSAN, in rem, et al.*
      N.D. Cal. – Civil No. C07-6045 SI
      (And related cases C07-5800 SI and C07-5926 SI)

Dear Jonathan:

We just received your letter of March 11th regarding your clients' depositions *de bene esse*. During our conversation Tuesday, I indicated that we had reached an accommodation with Brian Getz regarding his client and that we would be amenable to the same agreement with you: you accept service of the civil deposition subpoena on your clients, while at the same time reserving your right to object to the deposition itself. That alleviates the necessity of having Judge Conti either ordering you to (a) disclose the location of your clients, or (b) bring your clients into court where they can be served. We're looking for a reasonable accommodation that works for all and believe this accomplishes our goal of effecting service in the simplest manner. You indicated you would consider our suggestion. If you could kindly let us know right away whether you're amenable to our proposed solution, we'd appreciate it very much.

With respect to your representation, I previously indicated we were informed by civil defendants Fleet Management, Regal Stone, and M/V COSCO BUSAN that certain of the vessel's crewmen were still in the United States. We in turn advised Judge Conti of that fact during our Case Management Conference. We (and all parties to the federal civil cases) were also informed that you represent crewmen Liang Xian Zheng and Zong Bin Li. The only source for that information was likewise from Fleet, Regal Stone, and M/V COSCO BUSAN *via* those parties' Fed.R.Civ.P. Rule 26 Disclosures, which were served on February 21st (copy enclosed). Those parties' counsel thereafter stated that you also represent two other crewmen. Therefore, at least with respect to Liang Xian Zheng and Zong Bin Li, your representation has been made a matter of public record by Fleet Management, Regal Stone, and M/V COSCO BUSAN.

                                           Very truly yours,

                                           R. Mike Underhill
                                          Attorney in Charge
                            Department of Justice, Torts Branch

Enclosures (Disclosures of Fleet Management, *et al.*)

Declaration of R. Michael Underhill, Exhibit D, Page 1 of 1

1  JEFFREY S. BUCHOLTZ
   Acting Assistant Attorney General
2  R. MICHAEL UNDERHILL
   Attorney in Charge, West Coast Office
3  Torts Branch, Civil Division
   U.S. Department of Justice
4  7-5395 Federal Bldg., Box 36028
   450 Golden Gate Avenue
5  San Francisco, California 94102-3463
   Telephone: (415) 436-6648
6  mike.underhill@usdoj.gov

7  RONALD J. TENPAS
   Acting Assistant Attorney General
8  Environment and Natural Resources Division
   United States Department of Justice
9  Washington D.C. 20530
   BRADLEY R. O'BRIEN
10 Environmental Enforcement Section
   United States Department of Justice
11 301 Howard Street, Suite 1050
   San Francisco, California 94105
12 Telephone: (415) 744-6484; Facsimile: (415) 744-6476
   brad.o'brien@usdoj.gov
13
   Attorneys for Plaintiff
14 United States of America

15                  UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 17 | UNITED STATES OF AMERICA, | ) Civil No. C-07-6045 SC |
| 18 | Plaintiff, | ) (AND RELATED CASES: |
| 19 | v. | ) C-07-5800 SC; C-07-5926 SC) |
| | | ) IN ADMIRALTY |
| 20 | M/V COSCO BUSAN, LR/IMO Ship No. | ) |
| 21 | 9231743, her engines, apparel, electronics, tackle, boats, appurtenances, *etc.*, *in rem,* THE | ) |
| 22 | SHIPOWNERS' INSURANCE & GUARANTY COMPANY LTD., REGAL STONE LIMITED, | ) AMENDED NOTICE OF EXAMINATIONS BEFORE TRIAL |
| 23 | FLEET MANAGEMENT LTD., and JOHN COTA, *in personam,* | ) |
| 24 | Defendants. | ) |
| 25 | | ) |

26

27

28 AMENDED NOTICE OF EXAMINATIONS BEFORE TRIAL – C07-6045 SC                                            1

TO: Defendants REGAL STONE LIMITED and FLEET MANAGEMENT, LTD., *in personam*, M/V COSCO BUSAN, *in rem*, and all other parties:

PLEASE TAKE NOTICE that, pursuant to this Amended Notice and Rules 30 and 45 of the Federal Rules of Civil Procedure, the United States of America will take the depositions *de bene esse* of the following percipient witnesses/crew of the defendant vessel M/V COSCO BUSAN, *in rem*. Said percipient witnesses were crew of the defendant vessel at the time of the COSCO BUSAN incident and were/are employees of defendants Regal Stone Limited and/or Fleet Management, Ltd.. The percipient witnesses/crew of the defendant vessel are essential witnesses (a) with respect to the facts of the case and (b) with respect to motion practice, evidentiary hearings, and trial of the case. Said percipient witnesses/crew of the vessel are not United States citizens or resident aliens and, to the extent they presently are or later may be outside the jurisdiction of the United States and this Court, they will be beyond the *subpoena* power of the Court for purposes of deposition, evidentiary hearings, affirmative and/or defensive motion practice, and trial. Inability to procure the timely testimony of the percipient witnesses/crew would prejudice the United States with respect to such evidentiary hearings, affirmative and/or defensive motion practice, and trial and, accordingly, the depositions will be taken on the dates and at the times indicated below:

```
Witness:   CAPT. Mao Cai Sun
Place:     U.S. Department of Justice, Torts Branch, Civil Division (Admiralty)
           Room 7-5395 Federal Bldg., 7th Floor
           450 Golden Gate Avenue
           San Francisco, California  94102-3463
           (Or at such location in the N.D. of Cal. as may mutually be agreed upon)
Time:      To be agreed upon
Date:      On a date to be mutually agreed upon. In the event the witness presently is in the
           United States and seeks to leave the United States and its jurisdiction prior to such
           time as may be mutually agreed upon, the United States reserves the right to seek the
           Court's guidance and an appropriate order.

Witness:   3rd Mate Hong Zhi Wang
Place:     U.S. Department of Justice, Torts Branch, Civil Division (Admiralty)
           Room 7-5395 Federal Bldg., 7th Floor
           450 Golden Gate Avenue
           San Francisco, California  94102-3463
           (Or at such location in the N.D. of Cal. as may mutually be agreed upon)
Time:      To be agreed upon
```

AMENDED NOTICE OF EXAMINATIONS BEFORE TRIAL – C07-6045 SC                               2

Declaration of R. Michael Underhill, Exhibit E, Page 2 of 6

| | | |
|---|---|---|
| 1 | Date: | On a date to be mutually agreed upon. In the event the witness presently is in the United States and seeks to leave the United States and its jurisdiction prior to such time as may be mutually agreed upon, the United States reserves the right to seek the Court's guidance and an appropriate order. |
| 2 | | |
| 3 | | |
| 4 | Witness:<br>Place: | Bosun Xian Zheng Liang<br>U.S. Department of Justice, Torts Branch, Civil Division (Admiralty)<br>Room 7-5395 Federal Bldg., 7th Floor<br>450 Golden Gate Avenue<br>San Francisco, California 94102-3463<br>(Or at such location in the N.D. of Cal. as may mutually be agreed upon) |
| 5 | | |
| 6 | | |
| 7 | Time:<br>Date: | To be agreed upon<br>On a date to be mutually agreed upon. In the event the witness presently is in the United States and seeks to leave the United States and its jurisdiction prior to such time as may be mutually agreed upon, the United States reserves the right to seek the Court's guidance and an appropriate order. |
| 8 | | |
| 9 | | |
| 10 | Witness:<br>Place: | AB Zong Bin Li<br>U.S. Department of Justice, Torts Branch, Civil Division (Admiralty)<br>Room 7-5395 Federal Bldg., 7th Floor<br>450 Golden Gate Avenue<br>San Francisco, California 94102-3463<br>(Or at such location in the N.D. of Cal. as may mutually be agreed upon) |
| 11 | | |
| 12 | | |
| 13 | Time:<br>Date: | To be agreed upon<br>On a date to be mutually agreed upon. In the event the witness presently is in the United States and seeks to leave the United States and its jurisdiction prior to such time as may be mutually agreed upon, the United States reserves the right to seek the Court's guidance and an appropriate order. |
| 14 | | |
| 15 | | |
| 16 | Witness:<br>Place: | Parminder Singh<br>U.S. Department of Justice, Torts Branch, Civil Division (Admiralty)<br>Room 7-5395 Federal Bldg., 7th Floor<br>450 Golden Gate Avenue<br>San Francisco, California 94102-3463<br>(Or at such location in the N.D. of Cal. as may mutually be agreed upon) |
| 17 | | |
| 18 | | |
| 19 | Time:<br>Date: | To be agreed upon<br>On a date to be mutually agreed upon. In the event the witness presently is in the United States and seeks to leave the United States and its jurisdiction prior to such time as may be mutually agreed upon, the United States reserves the right to seek the Court's guidance and an appropriate order. |
| 20 | | |
| 21 | | |
| 22 | Witness:<br>Place: | Chiranjiv Mandilwar<br>U.S. Department of Justice, Torts Branch, Civil Division (Admiralty)<br>Room 7-5395 Federal Bldg., 7th Floor<br>450 Golden Gate Avenue<br>San Francisco, California 94102-3463<br>(Or at such location in the N.D. of Cal. as may mutually be agreed upon) |
| 23 | | |
| 24 | | |
| 25 | Time:<br>Date: | To be agreed upon<br>On a date to be mutually agreed upon. In the event the witness presently is in the United States and seeks to leave the United States and its jurisdiction prior to such time as may be mutually agreed upon, the United States reserves the right to seek the |
| 26 | | |
| 27 | | |
| 28 | AMENDED NOTICE OF EXAMINATIONS BEFORE TRIAL – C07-6045 SC | 3 |

| | | |
|---|---|---|
| 1 | | Court's guidance and an appropriate order. |
| 2 | Witness:<br>Place: | Chief Mate Kong Xiang Hu<br>U.S. Department of Justice, Torts Branch, Civil Division (Admiralty) |
| 3 | | Room 7-5395 Federal Bldg., 7th Floor<br>450 Golden Gate Avenue |
| 4 | | San Francisco, California 94102-3463<br>(Or at such location in the N.D. of Cal. as may mutually be agreed upon) |
| 5 | Time:<br>Date: | To be agreed upon<br>On a date to be mutually agreed upon. In the event the witness presently is in the |
| 6 | | United States and seeks to leave the United States and its jurisdiction prior to such<br>time as may be mutually agreed upon, the United States reserves the right to seek the |
| 7 | | Court's guidance and an appropriate order. |
| 8 | Witness:<br>Place: | 2nd Mate Biao Zhao Shun<br>U.S. Department of Justice, Torts Branch, Civil Division (Admiralty) |
| 9 | | Room 7-5395 Federal Bldg., 7th Floor<br>450 Golden Gate Avenue |
| 10 | | San Francisco, California 94102-3463<br>(Or at such location in the N.D. of Cal. as may mutually be agreed upon) |
| 11 | Time:<br>Date: | To be agreed upon<br>On a date to be mutually agreed upon. In the event the witness presently is in the |
| 12 | | United States and seeks to leave the United States and its jurisdiction prior to such<br>time as may be mutually agreed upon, the United States reserves the right to seek the |
| 13 | | Court's guidance and an appropriate order. |
| 14 | Witness:<br>Place: | AB Yong Fu Yu<br>U.S. Department of Justice, Torts Branch, Civil Division (Admiralty) |
| 15 | | Room 7-5395 Federal Bldg., 7th Floor<br>450 Golden Gate Avenue |
| 16 | | San Francisco, California 94102-3463<br>(Or at such location in the N.D. of Cal. as may mutually be agreed upon) |
| 17 | Time:<br>Date: | To be agreed upon<br>On a date to be mutually agreed upon. In the event the witness presently is in the |
| 18 | | United States and seeks to leave the United States and its jurisdiction prior to such<br>time as may be mutually agreed upon, the United States reserves the right to seek the |
| 19 | | Court's guidance and an appropriate order. |
| 20 | Witness:<br>Place: | Jian Guo Bao<br>U.S. Department of Justice, Torts Branch, Civil Division (Admiralty) |
| 21 | | Room 7-5395 Federal Bldg., 7th Floor<br>450 Golden Gate Avenue |
| 22 | | San Francisco, California 94102-3463<br>(Or at such location in the N.D. of Cal. as may mutually be agreed upon) |
| 23 | Time:<br>Date: | To be agreed upon<br>On a date to be mutually agreed upon. In the event the witness presently is in the |
| 24 | | United States and seeks to leave the United States and its jurisdiction prior to such<br>time as may be mutually agreed upon, the United States reserves the right to seek the |
| 25 | | Court's guidance and an appropriate order. |
| 26 | | |
| 27 | | |
| 28 | AMENDED NOTICE OF EXAMINATIONS BEFORE TRIAL – C07-6045 SC | 4 |

| | |
|---|---|
| 1 |     The examinations will commence before a notary public duly authorized by law to administer |

The examinations will commence before a notary public duly authorized by law to administer oaths, will be videotaped, and will be continued from day to day until completed.

Dated: February 26, 2008.   JEFFREY S. BUCHOLTZ
                                          Acting Assistant Attorney General

                                          _____
                                          R. MICHAEL UNDERHILL
                                          Attorney In Charge, West Coast Office
                                          U.S. Department of Justice

                                          RONALD J. TENPAS
                                          Acting Assistant Attorney General
                                          Environment and Natural Resources Division
                                          BRADLEY R. O'BRIEN
                                          Environmental Enforcement Section

                                          Attorneys for Plaintiff United States of America

AMENDED NOTICE OF EXAMINATIONS BEFORE TRIAL – C07-6045 SC          5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 26, 2008, I served a copy of the foregoing Amended Notice of Examinations Before Trial and Certificate of Service by first-class mail and fax, postage prepaid, to:

| | |
|---|---|
| John Giffin<br>Keesal, Young & Logan<br>4 Embarcadero Ctr # 1500<br>San Francisco, CA 94111<br>FAX: 415-981-0136<br><br>Counsel for COSCO BUSAN, in rem, and Fleet Management, *etc.*, and Parminder Singh, Chiranjiv Mandilwar, Kong Xiang Hu, Biao Zhao Shun, Yong Fu Yu, Jian Guo Bao<br><br>Walter G. Coppenrath, Jr.<br>George Jones<br>Coppenrath & Associates<br>400 Oceangate, Suite 400<br>Long Beach, CA 90802<br>Telephone: 562-216-2948<br>FAX: 562-252-1136<br><br>Counsel for John Cota<br><br>Jonathan Howden<br>Thelen Reid Brown Raysman & Steiner LLP<br>101 2nd St Ste 1800<br>San Francisco, CA 94105<br>FAX: 415-369-8683<br>TEL: 415-369-7157<br><br>Counsel for Liang Xian Zheng and Zong Bin Li<br><br>Doug Schwartz<br>Schwartz & Cera LLP<br>44 Montgomery St #3850<br>San Francisco, CA 94104-4823<br>FAX: 415-438-2655<br>TEL: 912-5886<br><br>Counsel for Mao Cai Sun | Richard L. Jarashow<br>Sidney Kanazawa<br>McGuireWoods, LLP<br>1345 Avenue of the Americas, Seventh Floor<br>New York, NY 10105-0106<br>FAX: 212-715-6272<br><br>Attorneys for SIGCo<br><br>Audet and Partners LLP (C-07-5800 SC)<br>William Audet<br>221 Main St., Ste. 1460<br>San Francisco, CA 94105<br>FAX: 415-568-2556<br><br>Attorneys for Plaintiffs in C-07-5800 SC<br><br>Birnberg & Associates (C-07-5926 SC)<br>Cory Birnberg<br>703 Market St., Ste. 600<br>San Francisco, CA 94103-2114<br>FAX: 415-398-2001<br><br>Attorneys for Plaintiffs in C-07-5926 SC<br><br>Brian Getz<br>Law Office Brian H Getz<br>44 Montgomery St Ste 3850<br>San Francisco, CA 94104-4823<br>FAX: 415-438-2655<br>Tel: 415-912-5886<br><br>Counsel for Hong Zhi Wang |

_____
BONNIE LI

AMENDED NOTICE OF EXAMINATIONS BEFORE TRIAL – C07-6045 SC                                6

Declaration of R. Michael Underhill, Exhibit E, Page 6 of 6