1  GREGORY G. KATSAS
   Acting Assistant Attorney General
2  R. MICHAEL UNDERHILL
   Attorney in Charge, West Coast Office
3  Torts Branch, Civil Division
   CHAD KAUFFMAN
4  Trial Attorney
   Torts Branch, Civil Division
5  U.S. Department of Justice
   7-5395 Federal Bldg., Box 36028
6  450 Golden Gate Avenue
   San Francisco, California  94102-3463
7  Telephone: (415) 436-6648
   mike.underhill@usdoj.gov
8
   RONALD J. TENPAS
9  Assistant Attorney General
   Environment and Natural Resources Division
10 United States Department of Justice
   Washington D.C. 20530
11 BRADLEY R. O'BRIEN
   Environmental Enforcement Section
12 United States Department of Justice
   301 Howard Street, Suite 1050
13 San Francisco, California 94105
   Telephone: (415) 744-6484; Facsimile: (415) 744-6476
14 brad.o'brien@usdoj.gov

15 Attorneys for Plaintiff United States of America

16                UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18 UNITED STATES OF AMERICA,            )  Civil No. C-07-6045 SC
                                        )  (AND RELATED CASES:
19          Plaintiff,                  )  C-07-5800 SC; C-07-5926 SC;
                                        )  C-08-2052 SC)
20          v.                          )
                                        )  IN ADMIRALTY
21 M/V COSCO BUSAN, LR/IMO Ship No.     )
   9231743, her engines, apparel, electronics, tackle, )  CERTIFICATE OF SERVICE OF
22 boats, appurtenances, *etc., in rem,* REGAL STONE)  SIGNED ORDER
   LIMITED, FLEET MANAGEMENT LTD., and  )
23 JOHN COTA, *in personam,*            )
                                        )
24          Defendants.                 )
                                        )
25 _____ )

26

27

28 CERTIFICATE OF SERVICE OF ORDER – C07-6045 SC                                    1

1

<u>CERTIFICATE OF SERVICE</u>

2

I HEREBY CERTIFY that on May 7, 2008, I served a copy of the attached signed Order

3

(Docket No. 69 in Related Case Number C07-6045 SC) by first-class mail and fax, postage prepaid,

4

to:

5

6  John Giffin
   Keesal, Young & Logan
7  4 Embarcadero Ctr # 1500
   San Francisco, CA 94111
   FAX: 415-981-0136
8

Audet and Partners LLP (C-07-5800 SC)
William Audet
221 Main St., Ste. 1460
San Francisco, CA 94105
FAX: 415-568-2556

9  Counsel for Regal Stone, Fleet Management,
   and COSCO BUSAN, in rem

Attorneys for Plaintiffs in C-07-5800 SC

10 Walter G. Coppenrath, Jr.
   George Jones
11 Coppenrath & Associates
   400 Oceangate, Suite 400
12 Long Beach, CA 90802
   Telephone: 562-216-2948
13 FAX: 562-252-1136

Birnberg & Associates (C-07-5926 SC)
Cory Birnberg
703 Market St., Ste. 600
San Francisco, CA 94103-2114
FAX: 415-398-2001

Attorneys for Plaintiffs in C-07-5926 SC

14 Counsel for John Cota

15 Jonathan Howden
16 Thelen Reid Brown Raysman & Steiner LLP
   101 2nd St Ste 1800
17 San Francisco, CA 94105
   FAX: 415-369-8683
18 TEL: 415-369-7157

Brian Getz
Law Office Brian H Getz
44 Montgomery St Ste 3850
San Francisco, CA 94104-4823
FAX: 415-438-2655
Tel: 415-912-5886

19 Counsel for Shun Biao Zhao, Kong Xiang Hu,
   Liang Xian Zheng, and Zong Bin Li
20

Counsel for Hong Zhi Wang

Kevin Kin-Man Jo & Samuel Harold Ruby
Bulllivant Houser Bailey, PC
607 California Street
18th Floor
San Francisco, CA 94108
FAX: 415-352-2701

21 Doug Schwartz
   Schwartz & Cera LLP
22 44 Montgomery St #3850
   San Francisco, CA 94104-4823
   FAX: 415-438-2655
23 TEL: 912-5886

Attorneys for Plaintiff in C-08-2052 SC

24 Counsel for Mao Cai Sun

25

26

_____
BONNIE LI

27

28 CERTIFICATE OF SERVICE OF ORDER – C07-6045 SC                                    2

Case 3:07-cv-06045-SC    Document 67-2    Filed 05/07/2008    Page 1 of 4

1  GREGORY G. KATSAS
   Acting Assistant Attorney General
2  R. MICHAEL UNDERHILL
   Attorney in Charge, West Coast Office
3  Torts Branch, Civil Division
   CHAD KAUFFMAN
4  Trial Attorney
   Torts Branch, Civil Division
5  U.S. Department of Justice
   7-5395 Federal Bldg., Box 36028
6  450 Golden Gate Avenue
   San Francisco, California  94102-3463
7  Telephone: (415) 436-6648
   mike.underhill@usdoj.gov
8
   RONALD J. TENPAS
9  Assistant Attorney General
   Environment and Natural Resources Division
10 United States Department of Justice
   Washington D.C. 20530
11 BRADLEY R. O'BRIEN
   Environmental Enforcement Section
12 United States Department of Justice
   301 Howard Street, Suite 1050
13 San Francisco, California 94105
   Telephone: (415) 744-6484; Facsimile: (415) 744-6476
14 brad.o'brien@usdoj.gov

15 Attorneys for Plaintiff United States of America

16                  UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18 UNITED STATES OF AMERICA,              )  Civil No. C-07-6045 SC
                                          )  (AND RELATED CASES:
19            Plaintiff,                   )  C-07-5800 SC; C-07-5926 SC;
                                          )  C-08-2052 SC)
20            v.                           )
                                          )  IN ADMIRALTY
21 M/V COSCO BUSAN, LR/IMO Ship No.        )
   9231743, her engines, apparel, electronics, tackle, )  (PROPOSED)
22 boats, appurtenances, *etc.*, *in rem,* REGAL STONE)  ORDER REQUIRING APPEARANCE OF
   LIMITED, FLEET MANAGEMENT LTD., and    )  COSCO BUSAN CREW MEMBERS
23 JOHN COTA, *in personam,*              )  SHUN BIAO ZHAO, KONG XIANG HU,
                                          )  LIANG XIAN ZHENG & THEIR
24            Defendants.                  )  COUNSEL AT CASE MANAGEMENT
                                          )  CONFERENCE ON MAY 9, 2008, 10:00
25 ——————————————————————————             )  A.M., COURTROOM 1, 17TH FLOOR

26

27

28 ORDER – C07-6045 SC                                              1

Case 3:07-cv-06045-SC    Document 69-2    Filed 05/07/2008    Page 2 of 4

1    WHEREFORE, a discovery dispute presently existing regarding the taking of depositions in

2  this matter, and counsel having been unsuccessful in their good faith attempts to resolve the matter

3  without the assistance of the Court,

4    IT IS ORDERED that COSCO BUSAN crewmembers Shun Bia Zhao, Kong Xiang Hu,

5  Liang Xian Zheng (the "Witnesses"), and their counsel, Jonathan Howden, of Thelen Reid Brown

6  Raysman & Steiner LLP, appear before the Court at the Case Management Conference to be held

7  by the Court on Friday, May 9, 2008, at 10:00 a.m., Courtroom 1, 17th Floor, 450 Golden Gate Ave.,

8  San Francisco, California, at which time the Court shall hear any argument of the parties, the said

9  Witnesses, or the said Witness' counsel, as to whether, when, and under what conditions civil

10  depositions of the Witnesses may proceed; it is further

11    ORDERED that if counsel for the Witnesses represents to the Court at the foregoing Case

12  Management Conference and discovery hearing that he has the express authority of his clients

13  whereby his clients agree to be bound by any Orders of the Court concerning the civil depositions,

14  attendance in Court of any of the Witnesses who so agree to be bound shall be excused; and it is

15  further

16    ORDERED that counsel for the United States immediately shall cause this Order to be served

17  by facsimile and by mail on counsel for the parties and counsel for the Witnesses; and it is further

18    ORDERED that upon the receipt of this Order by counsel for the Witnesses, said counsel for

19  the Witnesses immediately shall cause the Order to be provided to his clients.

20    IT IS SO ORDERED.

21

22  Dated:    May 7, 2008            .

23

24

25    UNITED STATES DISTRICT JUDGE

26

27

28  ORDER – C07-6045 SC                                                                 2

Case 3:07-cv-06045-SC     Document 69     Filed 05/07/2008     Page 3 of 4

1  PRESENTED BY:

2  GREGORY G. KATSAS
   Acting Assistant Attorney General
 3

4  /s/ R. Michael Underhill
   R. MICHAEL UNDERHILL
5  Attorney in Charge, West Coast Office
   Torts Branch, Civil Division
6  CHAD KAUFFMAN
   Trial Attorney
7  Torts Branch, Civil Division
   U.S. Department of Justice
 8

9  RONALD J. TENPAS
   Assistant Attorney General
   Environment and Natural Resources Division
10 United States Department of Justice
   BRADLEY R. O'BRIEN
11 Environmental Enforcement Section
   United States Department of Justice
12

13 Attorneys for Plaintiff
   United States of America

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 EX PARTE REQUEST FOR ORDER REQUIRING ATTENDANCE IN COURT – C07-6045 SC          3

Case 3:07-cv-06045-SC   Document 69-2   Filed 05/07/2008   Page 4 of 4

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 7, 2008, I served a copy of the foregoing Order Requiring Appearance and Certificate of Service by first-class mail and fax, postage prepaid, to:

John Giffin
Keesal, Young & Logan
4 Embarcadero Ctr # 1500
San Francisco, CA 94111
FAX: 415-981-0136

Counsel for Regal Stone, Fleet Management, and COSCO BUSAN, in rem

Walter G. Coppenrath, Jr.
George Jones
Coppenrath & Associates
400 Oceangate, Suite 400
Long Beach, CA 90802
Telephone: 562-216-2948
FAX: 562-252-1136

Counsel for John Cota

Jonathan Howden
Thelen Reid Brown Raysman & Steiner LLP
101 2nd St Ste 1800
San Francisco, CA 94105
FAX: 415-369-8683
TEL: 415-369-7157

Counsel for Shun Biao Zhao, Kong Xiang Hu, Liang Xian Zheng, and Zong Bin Li

Doug Schwartz
Schwartz & Cera LLP
44 Montgomery St #3850
San Francisco, CA 94104-4823
FAX: 415-438-2655
TEL: 912-5886

Counsel for Mao Cai Sun

Audet and Partners LLP (C-07-5800 SC)
William Audet
221 Main St., Ste. 1460
San Francisco, CA 94105
FAX: 415-568-2556

Attorneys for Plaintiffs in C-07-5800 SC

Birnberg & Associates (C-07-5926 SC)
Cory Birnberg
703 Market St., Ste. 600
San Francisco, CA 94103-2114
FAX: 415-398-2001

Attorneys for Plaintiffs in C-07-5926 SC

Brian Getz
Law Office Brian H Getz
44 Montgomery St Ste 3850
San Francisco, CA 94104-4823
FAX: 415-438-2655
Tel: 415-912-5886

Counsel for Hong Zhi Wang

Kevin Kin-Man Jo & Samuel Harold Ruby
Bulllivant Houser Bailey, PC
607 California Street
18th Floor
San Francisco, CA 94108
FAX: 415-352-2701

Attorneys for Plaintiff in C-08-2052 SC

_____
BONNIE LI