UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

```
 C-07-6045         SAMUEL CONTI          DATE May 9, 2008
Case Number          Judge
```

Title: UNITED STATES OF AMERICA   vs REGAL STONE LIMITED, et al.

```
Attorneys:  MICHAEL UNDERHILL        JOHN GIFFIN
            CHAD KAUFFMAN            JONATHAN HOWDEN
            BRADLEY O'BRIEN          JOE WALSH
            CHARLES McKINLEY         WALTER COPPPENRATH, JR.
            CHRISTOPHER PLAISTED
```

Deputy Clerk: T. De Martini    Court Reporter: Lydia Zinn


PROCEEDINGS

Defendants' Motion to Dismiss or Stay - Denied, Order handed to the parties in Court.

Plaintiff's Motion to take the Depositions of Cosco Busan Crew Members Shun Biao, Zhao, Kong Xiang Hu, Liang Xian Zheng was argued.

The parties met and conferred after the hearing.

The parties returned to Court and placed on the record their agreement as to the time, place and conditions under which the depositions will be taken.

Case 3:07-cv-06045-SC    Document 72    Filed 05/09/2008    Page 2 of 2