JOHN D. GIFFIN, CASB NO. 89608
john.giffin@kyl.com
JOSEPH A. WALSH II, CASB NO 143694
joe.walsh@kyl.com
JOHN COX, CASB NO. 197687
john.cox@kyl.com
NICOLE S. BUSSI, CASB NO. 252763
nicole.bussi@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Attorneys for Defendants, Counterclaimants, and Cross-Claimants:
REGAL STONE, LTD. and FLEET MANAGEMENT, LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>M/V COSCO BUSAN, LR/IMO Ship. No. 9231743 her engines, apparel, electronics, tackle, boats, appurtenances, etc., *in rem*, THE SHIPOWNERS' INSURANCE & GUARANTY COMPANY LTD., REGAL STONE, LTD., FLEET MANAGEMENT, LTD., and JOHN COTA, *in personam*,<br><br>Defendants. | Case No. C 07 06045 (SC)<br><br>IN ADMIRALTY<br><br>**PROOF OF SERVICE** |
| REGAL STONE, LTD., FLEET MANAGEMENT LTD.,<br><br>Counter-Claimants,<br><br>vs. | |

UNITED STATES OF AMERICA,

Counter-Defendant.

REGAL STONE, LTD., FLEET MANAGEMENT, LTD.,

Cross- Claimants,

vs.

STATE OF CALIFORNIA,

Cross-Defendant.

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is Keesal, Young & Logan, Suite 1500, Four Embarcadero Center, San Francisco, California, 94111, and my telephone number is (415) 398-6000.

On June 11, 2008, I served the foregoing documents described as:

**Third Party Summons**

**Complaint**

**Application for Order for Issuance of Warrant**

**Declaration of R. Michael Underhill in Support of Application for Order for Issuance of Warrant**

**Warrant of Arrest of Vehicle Issued**

**Order for Issuance of Warrant on Motion for Miscellaneous Relief**

**Order Relating Case**

**Clerk's Notice**

**Request for Authorization of Service of Process of Summons and Complaint Upon Foreign Defendants**

**Order Authorizing Service of Summons and Complaint Upon Foreign Defendants**

**Stipulation Pursuant to L.R. 6-1(a) for Extension of Time for**

**Defendant Sigco to Answer Complaint**

**Order Granting Stipulation Pursuant to L.R. 6-1(a) for Extension of Time for Defendant Sigco to Answer Complaint**

**Claim to Vessel by Owner**

**Restricted Appearance**

**Certification of ADR Session; Order Granting Application for**

**Admission of Attorney Pro Hac Vice**

**Answer of Shipowners' Insurance and Guaranty Company Ltd. to Complaint**

**Plaintiff Rose Marie, Inc.'s Dismissal Without Prejudice with Order**

**Proposed Case Management Plan and Proposed Order**

**Amended Civil Minutes Re: Status Conference**

**Answer of Defendant John Cota to Complaint**

**First Amended Verified Complaint of the United States**

**Defendants Regal Stone Ltd. and Fleet Management Ltd.'s Notice of Motion and Motion to Dismiss, or in the Alternative, Stay Proceedings**

**Declaration of Joseph A. Walsh in Support of Defendants Regal Stone Ltd. and Fleet Management Ltd.'s Notice of Motion and Motion to Dismiss, or in the Alternative, Stay Proceedings**

**Declaration of K. Tim Perkins in Support of Defendants Regal Stone Ltd. and Fleet Management Ltd.'s Notice of Motion and Motion to Dismiss, or in the Alternative, Stay Proceedings**

**Declaration of Cynthia Hudson in Support of Defendants Regal Stone Ltd. and Fleet Management Ltd.'s Notice of Motion and Motion to Dismiss, or in the Alternative, Stay Proceedings**

**Declaration of Gary S. Mauseth in Support of Defendants Regal Stone Ltd. and Fleet Management Ltd.'s Notice of Motion and Motion to Dismiss, or in the Alternative, Stay Proceedings**

**Proposed Order Granting Defendants Regal Stone Ltd. and Fleet Management Ltd.'s Notice of Motion and Motion to Dismiss, or in the Alternative, Stay Proceedings**

**Certificate of Service**

**Case Management Statement**

**Answer of Defendant John Cota to First Amended Verified Complaint of the United States**

**Notice of Joinder and Joinder in Motion to Dismiss and Stay Proceedings; Memorandum of Points and Authorities**

**Memorandum of United States in Opposition to Defendants Regal Stone Ltd. and Fleet Management Ltd.'s Notice of Motion and Motion to Dismiss, or in the Alternative, Stay Proceedings**

**Order on Motion to Relate Case**

**Defendants Regal Stone Ltd. and Fleet Management Ltd.'s Reply Memorandum in Support of Notice of Motion and Motion to Dismiss, or in the Alternative, Stay Proceedings**

**Amended Case Management Statement**

**Memorandum of United States in Opposition to Defendant Cota's "Joinder" in Regal Stone's and Fleet Management's Motion to Dismiss, or in the Alternative, Stay Proceedings**

**Clerk's Notice**

***Ex Parte*** **Request for Order to Require Appearance of Cosco Busan Crewmembers at Case Management Conference**

**Declaration of R. Michael Underhill in Support of** ***Ex Parte*** **Request for Order to Require Appearance of Cosco Busan Crewmembers at Case Management Conference**

**(Proposed) Order Requiring Appearance of Cosco Busan Crewmembers at Case Management Conference**

**Order Denying Defendants' Motion to Dismiss**

**Letter dated May 7, 2008 to Judge Conti from Jonathan Howden**

**Answer to Amended Complaint, Affirmative Defenses, Counterclaim and Third Party Complaint of Defendants Regal Stone Ltd. and Fleet Management Ltd.**

**Proof of Service**

on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**Office of the Attorney General**
**455 Golden Gate Avenue, Suite 11000**
**San Francisco, CA 94102**

☒ by personally delivering, or causing to be delivered, a true copy thereof to the person(s) and at the address(es) set forth above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 11, 2008, at San Francisco, California.

Rina D. Horenian