AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF<br>United States of America, et al. | **THIRD PARTY SUMMONS IN A CIVIL ACTION** |
| V. DEFENDANT AND THIRD PARTY PLAINTIFF<br>The Shipowners' Insurance & Guaranty Company Ltd., et al. | CASE NUMBER: C07-06045 SC |
| V. THIRD PARTY DEFENDANT<br>The State of California | |

TO: (Name and address of defendant)

Office of the Attorney General, 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

| PLAINTIFF'S ATTORNEY, (name and address) | DEFENDANTS AND THIRD-PARTY PLAINTIFF'S ATTRONEY (name and address) |
|---|---|
| R. Michael Underhill<br>U.S. Department of Justice<br>Torts Branch, Civil Division<br>450 Golden Gate Avenue<br>7th Floor, Room 7-5395<br>San Francisco, CA 94102-3463 | John D. Giffin<br>Keesal, Young & Logan<br>Four Embarcadero Center, Suite 1500<br>San Francisco, CA 94111 |

an answer to the third-party complaint which is herewith served upon you, within  twenty (20)  days after service of this summons upc you exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

RICHARD W. WIEKING                                     6/11/08

CLERK                                                         DATE

(BY) DEPUTY CLERK     ALFRED AMISTOSO

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action (reverse)

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]  See attached list for additional docs.   DATE 06/11/08

Name of SERVER (PRINT) CHRISTOPHE LEFALL-SCOVILLE    TITLE served

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: RUBY SHEWL
OFFICE OF THE ATTORNEY GENERAL 455 Golden Gate, SF, CA 94102

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 06/11/08
Date

Signature of Server

75 Columbia Square, SF, CA 94103
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

LIST OF ADDITIONAL DOCUMENTS SERVED ON 6/11/08:

**Third Party Summons**

**Complaint**

**Application for Order for Issuance of Warrant**

**Declaration of R. Michael Underhill in Support of Application for Order for Issuance of Warrant Warrant of Arrest of Vehicle Issued**

**Order for Issuance of Warrant on Motion for Miscellaneous Relief**

**Order Relating Case**

**Clerk's Notice**

**Request for Authorization of Service of Process of Summons and Complaint Upon Foreign Defendants**

**Order Authorizing Service of Summons and Complaint Upon Foreign Defendants**

**Stipulation Pursuant to L.R. 6-1(a) for Extension of Time for Defendant Sigco to Answer Complaint**

**Order Granting Stipulation Pursuant to L.R. 6-1(a) for Extension of Time for Defendant Sigco to Answer Complaint**

**Claim to Vessel by Owner**

**Restricted Appearance**

**Certification of ADR Session; Order Granting Application for Admission of Attorney Pro Hac Vice**

**Answer of Shipowners' Insurance and Guaranty Company Ltd. to Complaint**

**Plaintiff Rose Marie, Inc.'s Dismissal Without Prejudice with Order**

**Proposed Case Management Plan and Proposed Order**

Amended Civil Minutes Re: Status Conference

Answer of Defendant John Cota to Complaint
First Amended Verified Complaint of the United States

Defendants Regal Stone Ltd. and Fleet Management Ltd.'s Notice of Motion and Motion to Dismiss, or in the Alternative, Stay Proceedings

Declaration of Joseph A. Walsh in Support of Defendants Regal Stone Ltd. and Fleet Management Ltd.'s Notice of Motion and Motion to Dismiss, or in the Alternative, Stay Proceedings

Declaration of K. Tim Perkins in Support of Defendants Regal Stone Ltd. and Fleet Management Ltd.'s Notice of Motion and Motion to Dismiss, or in the Alternative, Stay Proceedings

Declaration of Cynthia Hudson in Support of Defendants Regal Stone Ltd. and Fleet Management Ltd.'s Notice of Motion and Motion to Dismiss, or in the Alternative, Stay Proceedings

Declaration of Gary S. Mauseth in Support of Defendants Regal Stone Ltd. and Fleet Management Ltd.'s Notice of Motion and Motion to Dismiss, or in the Alternative, Stay Proceedings

Proposed Order Granting Defendants Regal Stone Ltd. and Fleet Management Ltd.'s Notice of Motion and Motion to Dismiss, or in the Alternative, Stay Proceedings

Certificate of Service

Case Management Statement

Answer of Defendant John Cota to First Amended Verified Complaint of the United States

Notice of Joinder and Joinder in Motion to Dismiss and Stay Proceedings; Memorandum of Points and Authorities

**Memorandum of United States in Opposition to Defendants Regal Stone Ltd. and Fleet Management Ltd.'s Notice of Motion and Motion to Dismiss, or in the Alternative, Stay Proceedings**

**Order on Motion to Relate Case**

**Defendants Regal Stone Ltd. and Fleet Management Ltd.'s Reply Memorandum in Support of Notice of Motion and Motion to Dismiss, or in the Alternative, Stay Proceedings**
**Amended Case Management Statement**

**Memorandum of United States in Opposition to Defendant Cota's "Joinder" in Regal Stone's and Fleet Management's Motion to Dismiss, or in the Alternative, Stay Proceedings**

**Clerk's Notice**

***Ex Parte* Request for Order to Require Appearance of Cosco Busan Crewmembers at Case Management Conference**

**Declaration of R. Michael Underhill in Support of *Ex Parte* Request for Order to Require Appearance of Cosco Busan Crewmembers at Case Management Conference**

**(Proposed) Order Requiring Appearance of Cosco Busan Crewmembers at Case Management Conference**

**Order Denying Defendants' Motion to Dismiss**

**Letter dated May 7, 2008 to Judge Conti from Jonathan Howden**

**Answer to Amended Complaint, Affirmative Defenses, Counterclaim and Third Party Complaint of Defendants Regal Stone Ltd. and Fleet Management Ltd.**

**Proof of Service**