1  GREGORY G. KATSAS
   Acting Assistant Attorney General
2  R. MICHAEL UNDERHILL
   Attorney in Charge, West Coast Office
3  Torts Branch, Civil Division
   United States Department of Justice
4  7-5395 Federal Bldg., Box 36028
   450 Golden Gate Avenue
5  San Francisco, California  94102-3463
   Telephone: (415) 436-6648
6  mike.underhill@usdoj.gov

7  RONALD J. TENPAS
   Assistant Attorney General
8  Environment and Natural Resources Division
   United States Department of Justice
9  Washington, DC  20530
   BRADLEY R. O'BRIEN
10 Senior Attorney
   Environmental Enforcement Section
11 United States Department of Justice
   301 Howard Street, Suite 1050
12 San Francisco, California  94105
   Telephone: (415) 744-6484;
13 Facsimile: (415) 744-6476
   brad.obrien@usdoj.gov

14 Attorneys for Plaintiff
   United States of America

15                 UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17 UNITED STATES OF AMERICA,              )  Civil No. C07-6045 SC
                                          )
18              Plaintiff,                )  (AND RELATED CASES)
                                          )
19         v.                             )  IN ADMIRALTY
                                          )
20 M/V COSCO BUSAN, LR/IMO Ship No.       )  DECLARATION OF ROBERT N.
   9231743, her engines, apparel, electronics, tackle, )  HILDEBRAND RE NON-PAYMENT OF
21 boats, appurtenances, *etc.*, *in rem*, REGAL STONE )  AMOUNTS DUE
   LIMITED, FLEET MANAGEMENT LTD., and    )
22 JOHN COTA, *in personam*,              )
                                          )
23              Defendants.               )
                                          )
24 _____    )

25

26

27

28

DEC. OF ROBERT N. HILDEBRAND – C07-6045 SC

1      Robert N. Hildebrand hereby declares as follows:

2      1.    I am a Case Officer assigned to the United States Coast Guard, National Pollution
3 Funds Center, and am the Case Officer with certain responsibilities for tracking monies paid by and/or
4 due to the Oil Spill Liability Trust Fund with respect to the COSCO BUSAN incident. As a result, I
5 have personal knowledge of the matters hereinafter stated.

6      2.    On February 20, 2008, a partial/interim demand was made to the Responsible Parties
7 by and on behalf of the United States Coast Guard ("USCG"), National Pollution Funds Center
8 ("NPFC"), Oil Spill Liability Trust Fund ("OSLTF"), for $1,103,565.53. [Docket No. 56-2.] The
9 foregoing amount represents monies owed to the Fund by the Responsible Parties as a result of the
10 COSCO BUSAN incident. These monies did not and do not include additional amounts and debts
11 owed by the Responsible Parties as a result of the COSCO BUSAN spill, such additional amounts and
debts continuing to accrue.

12      3.    On February 22, 2008, counsel for the Responsible Parties acknowledged receipt of the
13 foregoing partial/interim demand, as well as the binder of materials that contained the details and
14 itemization of the foregoing $1,103,565.53. A true and correct copy of the February 22, 2008 letter
is attached hereto as Exhibit "A".

15      4.    As of this date, and thus more than 90 days after the February 20, 2008 partial/interim
16 demand was made to the Responsible Parties, no part of the $1,103,565.53 has been paid to the
17 OSLTF.

18      I declare under penalty of perjury, and in accordance with 28 U.S.C. § 1746, that the foregoing
19 is true and correct.

20 Dated: _25 JUNE 2008_ .

21

22           _Robert N Hildebrand_
23           ROBERT N. HILDEBRAND

24

25

26

27

28

LAW OFFICES
**KEESAL, YOUNG & LOGAN**
A PROFESSIONAL CORPORATION

SUITE 1500
FOUR EMBARCADERO CENTER
SAN FRANCISCO, CALIFORNIA
94111
(415) 398-6000
FACSIMILE:
(415) 981-0136
www.kyl.com

February 22, 2008

**Via Facsimile · (415) 436-6632**

R. Michael Underhill
Attorney In Charge
U.S. Department of Justice
Torts Branch, Civil Division
West Coast and Pacific Rim Office
Room 7-5395, 7th Floor
P.O. Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:  M/V COSCO BUSAN, LR/IMO Ship No. 9231743
       *United States of America v. M/V COSCO BUSAN, in rem, et al.*
       N.D. Cal. – Civil No. C07-6045 SC
       Our File No.: 2418-229

Dear Michael:

    Thank you for your telefax and letter forwarding claims submitted by the United States. I confirm receipt of the claims binder forwarded with your letter.

    As you know, pursuant to 33 USC Section 2713, the responsible party, Regal Stone Limited, has established a claim agency, therefore, I have forwarded the binder to that agency, Hudson Marine. I assume that Hudson Marine will review the claim and respond as appropriate.

    With regard to a reservation of rights that you refer to in your letter, we can see no reason for doing so at this time. The responsible party has made no decision with regard to claims to the Oil Spill Liability Trust Fund. Such a decision will be made at a later date.

HILDEBRAND DECLARATION, Exhibit "A", Page 1 of 2

02/22/2008  15:42 TEL  4158817            KEESAL,YOUNG&LOGAN                    ☑003/003


R. Michael Underhill
Attorney In Charge
February 22, 2008
Page 2

       Re:  M/V COSCO BUSAN, LR/MO Ship No. 9231743
           United States of America v. M/V COSCO BUSAN, in rem, et al.
           N.D. Cal. – Civil No. C07-6045 SC
           Our File No.: 2418-229

       In your letter, you appear to paraphrase our client's intent. I am somewhat confused by the quotations in your letter. During our various discussions I hope that I had made it clear to you that no decisions have been made by the Responsible Party with regard to recovery from any fund. I assume that the statements which you paraphrased in your letter are yours. They are not mine.

       Also, I am perplexed by the statement in your letter that the Responsible Party must make reservations "explicitly." We are not familiar with such a requirement particularly with regard to your statement that if the Responsible Party fails to make "explicit" reservations then you would consider them "permanently to be *waived as a matter of fact and law.*"

       I am not familiar with the facts or law you refer to in your letter. I would appreciate your providing us with a reference to the law which you cite and a brief statement of the facts which you rely on.


                        Very truly yours,


                        John D. Giffin

JDG:mpm (KYL_SF460176)
02/22/2008


HILDEBRAND DECLARATION, Exhibit "A", Page 2 of 2