| | |
|---|---|
| 1 | JOHN D. GIFFIN, CASB No. 89608 |
| | john.giffin@kyl.com |
| 2 | JOSEPH A. WALSH II, CASB No. 143694 |
| | joe.walsh@kyl.com |
| 3 | JOHN COX, CASB No. 197687 |
| | john.cox@kyl.com |
| 4 | NICOLE S. BUSSI, CASB No. 252763 |
| | nicole.bussi@kyl.com |
| 5 | Keesal, Young & Logan |
| | A Professional Corporation |
| 6 | Four Embarcadero Center, Suite 1500 |
| | San Francisco, California  94111 |
| 7 | Telephone:   (415) 398-6000 |
| | Facsimile:   (415) 981-0136 |

Attorneys for Defendants, Counterclaimants, and Cross-Claimants
REGAL STONE, LTD. and FLEET MANAGEMENT, LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. C 07 06045 (SC) |
| Plaintiff, | IN ADMIRALTY |
| vs. | **NOTICE OF CHANGE OF ADDRESS** |
| M/V COSCO BUSAN, LR/IMO Ship. No. 9231743 her engines, apparel, electronics, tackle, boats, appurtenances, etc., in rem, THE SHIPOWNERS' INSURANCE & GUARANTY COMPANY LTD., REGAL STONE, LTD., FLEET MANAGEMENT, LTD., and JOHN COTA, in personam, | |
| Defendants. | |
| REGAL STONE, LTD., FLEET MANAGEMENT LTD., | |
| Counterclaimants, | |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Counterdefendant. | |

KYL_LB1155577

NOTICE OF CHANGE OF ADDRESS - Case No. C 07 06045 (SC)

| | |
|---|---|
| 1 | REGAL STONE, LTD., FLEET MANAGEMENT LTD., )
| 2 | ) |
| 3 | Cross-Claimants, ) |
| | ) |
| 4 | vs. ) |
| | ) |
| 5 | STATE OF CALIFORNIA, ) |
| | ) |
| 6 | Cross-Defendant. ) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that counsel for Defendant and Counter-Claimant REGAL STONE, LTD. will be moving. Keesal, Young & Logan's new address, effective July 14, 2008, will be:

> KEESAL, YOUNG & LOGAN
> 450 Pacific Avenue
> San Francisco, California  94133
> Phone and fax numbers will remain the same.

    All correspondence should be directed to our new address effective July 14, 2008.

DATED: July 11, 2008

/s/ John D. Giffin
JOHN D. GIFFIN
JOSEPH A. WALSH II
JOHN COX
NICOLE S. BUSSI
KEESAL, YOUNG & LOGAN
Attorneys for Defendants,
Counterclaimants, and Cross-Claimants
REGAL STONE, LTD. and FLEET
MANAGEMENT, LTD.