# DECLARATION OF SERVICE BY U.S. MAIL

Case Name: *United States of America v. M/V Cosco Busan, et al., Regal Stone, LTD., Fleet Management LTD v. United States of America*

Case No.: **C07-6045-SC**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On July 16, 2008, I served the attached **STIPULATION TO EXTEND TIME TO RESPOND** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1515 Clay Street, Suite 2000, Oakland, California 94612-1413, addressed as follows:

**Ronald J. Tenpas**
**United States Department of Justice**
**Environment and Natural Resources Division**
**Washington, DC 20530**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 16, 2008, at Oakland, California.

SHONTANE McELROY
Declarant                                              Signature