JOHN D. GIFFIN, CASB NO. 89608
john.giffin@kyl.com
JOSEPH A. WALSH II, CASB NO. 143694
joe.walsh@kyl.com
JOHN C. COX, CASB NO. 197687
john.cox@kyl.com
NICOLE S. BUSSI, CASB No. 252763
nicole.bussi@kyl.com
KEESAL, YOUNG & LOGAN
450 Pacific Ave.
San Francisco, California 94133
Telephone:   (415) 398-6000
Facsimile:     (415) 981-0136

Attorneys for Defendants and Counterclaimants:
REGAL STONE LIMITED, FLEET MANAGEMENT, LTD.
*in personam,* M/V COSCO BUSAN *in rem*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> M/V COSCO BUSAN, LR/IMO Ship. No. 9231743 her engines, apparel, electronics, tackle, boats, appurtenances, etc., *in rem,* THE SHIPOWNERS' INSURANCE & GUARANTY COMPANY LTD., REGAL STONE LIMITED, FLEET MANAGEMENT, LTD., and JOHN COTA, *in personam,* <br><br> Defendants. | Case No. C 07 06045 (SC) <br><br> REGAL STONE LIMITED, FLEET MANAGEMENT, LTD., AND M/V COSCO BUSAN'S FORM OF CERTIFICATION PURSUANT TO CIVIL L.R. 3-16 |

On behalf of Defendants REGAL STONE LIMITED, FLEET MANAGEMENT, LTD. and M/V COSCO BUSAN, pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations, or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

<u>REGAL STONE LIMITED</u>

    1) Sekots Secretarial Services Limited

    2) Nautilus Shipholdings No. 3 Limited

    3) Steamship Mutual Underwriting Association (Bermuda) Limited

<u>FLEET MANAGEMENT, LTD.</u>

    1) Noble Group, Ltd.

    2) Kishore Swaroop Rajvanshy

    3) Steamship Mutual Underwriting Association (Bermuda) Limited

<u>M/V COSCO BUSAN</u>

    1) Fleet Management Ltd.

    2) Regal Stone Limited

    3) Synergy Marine Limited

    4) Steamship Mutual Underwriting Association (Bermuda) Limited

DATED: July ____, 2008

/s/ Joe Walsh
JOHN D. GIFFIN
JOSEPH A. WALSH II
JOHN C. COX
NICOLE S. BUSSI
Attorneys for REGAL STONE LIMITED, FLEET MANAGEMENT, LTD. and M/V COSCO BUSAN, *in rem*