1  WALTER G. COPPENRATH, JR. (SBN: 81691)
   waltla@aol.com
2  PHILLIP S. DALTON (SBN: 65576)
   pdalton@coppenrathlaw.com
3  GEORGE M. JONES (SBN: 160227)
   gjones@coppenrathlaw.com
4  COPPENRATH & ASSOCIATES
   400 Oceangate, Suite 700
5  Long Beach, California 90801
   Telephone:    (562) 216-2948
6  Facsimile:    (562) 252-1136

7  Attorneys for Defendant
   JOHN COTA
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | UNITED STATES OF AMERICA, | Case No.: C-07-06045-SC |
|---|---|---|
| 13 | Plaintiff, | |
| 14 | v. | **DEFENDANT JOHN J. COTA'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| 15-20 | M/V COSCO BUSAN, LR/IMO SHIP. NO. 9231743 HER ENGINES, APPAREL, ELECTRONICS, TACKLE, BOATS, APPURTENANCES, etc., *in rem,* THE SHIP OWNERS' INSURANCE & GUARANTY COMPANY LIMITED, REGAL STONE, LIMITED, FLEET MANAGEMENT LIMITED, and JOHN COTA, *in personam*, | [NDCA Local Rule 3-16]<br><br>The Hon. Samuel Conti<br>Complaint Filed: Nov. 30, 2007<br>Trial Date:   None Set |
| 21 | Defendants. | |

22

23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

-1-
DEFENDANT JOHN J. COTA'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
(CV-07-6045-SC)

**TO THIS HONORABLE COURT:**

PLEASE TAKE NOTICE that Defendant JOHN J. COTA knows of no persons or entities other than the parties of this action, and the related cases on file herein, who may have either (i) a financial interest (of any kind) in the subject matter in controversy or in a party to this proceeding, or (ii) any other kind of interest that could be substantially affected by the outcome of this proceeding, other than his wife, Teresa Barrett of Petaluma, California.

Dated: July 18, 2008

**COPPENRATH & ASSOCIATES**

By _____
GEORGE M. JONES
Attorneys for Defendant
JOHN COTA