**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHELSEA, LLC, MARK RUSSO, ALLEN LORETZ, and IVAN SIMPSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>REGAL STONE, LTD., HANJIN SHIPPING, CO., LTD., CONTI CAIRO KG, NSB NEIDERELBE, SYNERGY MARITIME, LTD. IN PERSONAM, M/V COSCO BUSAN, their engines, tackle, equipment, appurtenances, freights, and cargo IN REM,<br><br>    Defendants. | Case No. 07-5800 SC<br>(and related cases:<br>    07-6045 SC<br>    07-5926 SC)<br><br>ORDER GRANTING PLAINTIFFS LEAVE TO AMEND VERIFIED FIRST AMENDED COMPLAINT |

   Pursuant to Federal Rule of Civil Procedure 15(a)(2) and the Defendants' non-opposition, Plaintiffs' Motion for Leave to Amend Verified First Amended Complaint is hereby GRANTED.  Plaintiffs shall file their Verified Second Amended Complaint no later than 12:00 p.m. Tuesday, July 29, 2008.

   IT IS SO ORDERED.

Dated: July 22, 2008

_____
UNITED STATES DISTRICT JUDGE