1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  TYLER B. PON
   Supervising Deputy Attorney General
3  JEFFREY R. VINCENT, State Bar No. 161013
   Deputy Attorney General
4  JUDITH J. LOACH, State Bar No. 162030
   Deputy Attorney General
5   1515 Clay Street, 20th Floor
    P.O. Box 70550
6   Oakland, CA 94612-0550
    Telephone: (510) 622-2127
7   Fax: (510) 622-2270
    Email: Jeffrey.Vincent@doj.ca.gov
8   Email: judith.loach@doj.ca.gov

9  Attorneys for State of California, by and through the
   Board of Pilot Commissioners, Specially Appearing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>     v.<br><br>M/V COSCO BUSAN, LR/IMO Ship No. 9231743, her engines, apparel, electronics, tackle, boats, appurtenances, etc., *in rem*, THE SHIPOWNERS' INSURANCE & GUARANTY COMPANY LTD., REGAL STONE LIMITED, FLEET MANAGEMENT LTD., and JOHN COTA, *in personam*,<br><br>                                    Defendants.<br><br>REGAL STONE, LTD., FLEET MANAGEMENT LTD.,<br><br>                                    Counter-Claimants,<br><br>     v.<br><br>UNITED STATES OF AMERICA<br><br>                                    Counter-Defendant. | Case No.: C07-6045-SC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND** |

| | |
|---|---|
| **REGAL STONE, LTD., FLEET MANAGEMENT LTD.,** | |
| Cross-Claimants, | |
| v. | |
| **STATE OF CALIFORNIA,** | |
| Cross-Defendant. | |

Pursuant to Local Rule 6-1(a), it is hereby stipulated by and between counsel for the undersigned parties that State of California, by and through the Board of Pilot Commissioners Specially Appearing herein shall have an extension of time, to and including August 5, 2008, to answer, move to dismiss, or otherwise respond to Cross-claimant's Third Party Complaint. In accordance with Local Rule 6-1(a), this stipulation shall not alter or affect any deadline or dates previously set by the Court.

IT IS SO STIPULATED.

Dated: July 15, 2008

EDMUND G. BROWN JR.
Attorney General of the State of California
TYLER B. PON
Supervising Deputy Attorney General


 /s/ Jeff R. Vincent
JEFF R. VINCENT
Deputy Attorney General
Attorneys for State of California, by and through the Board of Pilot Commissioners

Dated: July 14, 2008

KEESAL, YOUNG & LOGAN

 /s/ Joseph A. Walsh
JOSEPH A. WALSH
Attorneys for Regal Stone, LTD and Fleet Management, LTD.



Regal Stip.wpd
OK2008900308

Stipulation to Extend Time to Respond     United States of America v. M/V Cosco Busan et.al.
C 07 06045 (SC)

2