GREGORY KATSAS
Acting Assistant Attorney General
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
CHAD KAUFFMAN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, California 94102-3463
Telephone: (415) 436-6648
mike.underhill@usdoj.gov

RONALD J. TENPAS
Assistant Attorney General
BRADLEY R. O'BRIEN
Senior Attorney
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Telephone: (415) 744-6484; Facsimile: (415) 744-6476
brad.obrien@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>M/V COSCO BUSAN, LR/IMO Ship No. 9231743, her engines, apparel, electronics, tackle, boats, appurtenances, *etc., in rem*, THE SHIPOWNERS' INSURANCE & GUARANTY COMPANY LTD., REGAL STONE LIMITED, FLEET MANAGEMENT LTD., AND JOHN COTA, *in personam*,<br><br>  Defendants. | Case No. 07 - 06045 (SC)<br><br>IN ADMIRALTY<br><br>STIPULATION TO EXTEND TIME FOR UNITED STATES TO RESPOND |

On June 5, 2008, Defendants M/V COSCO BUSAN, REGAL STONE LIMITED, and FLEET MANAGEMENT, LTD. answered Plaintiff United States' First Amended Verified Complaint, asserted a counter-claim against the United States, and asserted claims pursuant to Federal Rules of Civil procedure 14(c) ("Defendants' Response").  Pursuant to Local Rule 6-1(a), the parties hereby stipulate through their undersigned counsel that the United States shall have an extension of time up to and including September 5, 2008, to answer or otherwise respond to Defendants' Response.  This stipulation will not alter the date of any event or any deadline already fixed by Court order.

IT IS SO STIPULATED.


Dated: July 25, 2008.				GREGORY KATSAS
						Acting Assistant Attorney General


						/s/ R. Michael Underhill
						R. MICHAEL UNDERHILL
						Attorney in Charge, West Coast Office
						Torts Branch, Civil Division
						United States Department of Justice


Dated: July 25, 2008.				RONALD J. TENPAS
						Assistant Attorney General
						Environment and Natural Resources Division


						/s/ Bradley R. O'Brien
						BRADLEY R. O'BRIEN
						Senior Attorney
						Environmental Enforcement Section
						United States Department of Justice

						Attorneys for Plaintiff United States of America

1
2
3
4  Dated: July 25, 2008.                    KEESAL, YOUNG & LOGAN
5
6                                           /s/ John Giffin
                                            By: JOHN GIFFIN
7
                                            Attorneys for Defendants
8                                           REGAL STONE, LTD., FLEET MANAGEMENT,
                                            LTD. *in personam*, M/V COSCO BUSAN *in rem*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| Dated: July 25, 2008. | COPPENRATH & ASSOCIATES |
| | /s/ Walter G. Coppenrath, Jr.<br>By:  WALTER G. COPPENRATH, JR. |
| | Attorney for John Cota |

STIPULATION TO EXTEND TIME FOR THE UNITED STATES TO RESPOND -- C07-6045 SC   - 4 -