1  JOHN D. GIFFIN, CASB NO. 89608
   john.giffin@kyl.com
2  JOSEPH A. WALSH II, CASB NO 143694
   joe.walsh@kyl.com
3  JOHN COX, CASB NO. 197687
   john.cox@kyl.com
4  NICOLE S. BUSSI, CASB NO. 252763
   nicole.bussi@kyl.com
5  
6  KEESAL, YOUNG & LOGAN
   A Professional Corporation
7  450 Pacific Ave.
   San Francisco, California 94133
8  Telephone:   (415) 398-6000
9  Facsimile:   (415) 981-0136

10 Attorneys for Claimant, REGAL STONE LIMITED; Defendants,
   Counter-Claimants, and Third-Party Claimants: REGAL STONE
11 LIMITED and FLEET MANAGEMENT LTD.

12                UNITED STATES DISTRICT COURT
13                NORTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>M/V COSCO BUSAN, LR/IMO Ship. No. 9231743 her engines, apparel, electronics, tackle, boats, appurtenances, etc., *in rem*, THE SHIPOWNERS' INSURANCE & GUARANTY COMPANY LTD., REGAL STONE, LTD., FLEET MANAGEMENT, LTD., and JOHN COTA, *in personam*,<br><br>    Defendants. | Case No. C 07 06045 (SC)<br><br>IN ADMIRALTY<br><br>**PROOF OF SERVICE FOR: AMENDED THIRD PARTY COMPLAINT AGAINST STATE OF CALIFORNIA AND CHARLES CALZA, M.D., BY UNITED STATES OF AMERICA [FRCP 14(c)].** |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>    (FRCP 14(c))<br>vs.<br><br>STATE OF CALIFORNIA, and CHARLES CALZA, M.D.<br><br>    Third-Party Defendant<br>    (FRCP 14(c)) | |

PROOF OF SERVICE FOR: AMENDED THIRD-PARTY COMPLAINT – Case No. C 07 06045 (SC)

KYL_SF465570

1

# PROOF OF SERVICE

2   I, the undersigned, hereby declare that I am employed in the City and County of San Francisco. I am over the age of eighteen years and not a party to the
3   within action. My employer and business address is Western Attorney Services, 75 Columbia Square, San Francisco, CA 94103.
4

5   On August 25, 2008, following ordinary business practices, I served **AMENDED THIRD PARTY COMPLAINT AGAINST STATE OF CALIFORNIA AND CHARLES CALZA, M.D., BY UNITED STATES OF AMERICA [FRCP 149(C)**
6   on the parties involved addressed as follows:

7   **Dr. Charles E. Calza, M.D.**
8   599 Sir Francis Drake Blvd., #205
    Greenbrae, CA 94904
9

10

11  [X]    **BY HAND DELIVERY:** by personally delivering a copy of said document(s) at 11:45 a.m. to the address(es) set forth above.

12  I declare under penalty of perjury under the laws of the State of California that
13  the foregoing is true and correct.

14  Executed on August 26, 2008, at San Francisco, California.

15

16                        /s/ Randolph Haumann
                          Randolph Haumann
17                        Western Attorney Services
                          San Francisco County, Reg. #1014

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**