THOMAS J. DONNELLY, ESQ. (State Bar No. 65660); tdonnelly@dndmlawyers.com
SONJA M. DAHL, ESQ. (State Bar No. 130972); sdahl@dndmlawyers.com
DONNELLY NELSON DEPOLO & MURRAY LLP
Shadelands Point
2401 Shadelands Drive, Suite 120
Walnut Creek, CA 94598-2428
Tel. No. (925) 287-8181
Fax No. (925) 287-8188

Attorneys for Third Party Defendant
CHARLES CALZA, M.D.

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MV COSCO BUSAN, ET. AL.,<br><br>    Defendants.<br><hr>UNITED STATES OF AMERICA<br><br>    Plaintiff,<br>    (FRCP 14(c))<br><br>vs.<br><br>STATE OF CALIFORNIA and CHARLES CALZA, M.D.,<br><br>    Third Party Defendants<br>    (FRCP 14(c)) | Case No. C 07 06045 (SC)<br><br>**ANSWER OF THIRD PARTY DEFENDANT CHARLES CALZA, M.D. TO AMENDED THIRD PARTY COMPLAINT AGAINST THE STATE OF CALIFORNIA AND CHARLES CALZA, M.D.** |

Third Party Defendant Charles Calza, M.D. hereby answers the Amended Third Party Complaint against the State of California and Charles Calza, M.D. as follows:

1

1. Third Party Defendant Charles Calza, M.D. admits the allegations of Paragraph 1.

2. Third Party Defendant Charles Calza, M.D. admits the allegations of Paragraph 2, except that no Exhibit B is attached to the Amended Complaint as alleged therein.

3. Third Party Defendant Charles Calza, M.D. admits the allegations of Paragraph 3.

4. Third Party Defendant Charles Calza, M.D. admits the allegations of Paragraph 4.

5. Third Party Defendant Charles Calza, M.D. admits the allegations of Paragraph 5.

6. Third Party Defendant Charles Calza, M.D. admits the allegations of Paragraph 6.

7. Third Party Defendant Charles Calza, M.D. admits the allegations of Paragraph 7.

8. Third Party Defendant Charles Calza, M.D. denies the allegations of Paragraph 8.

9. Third Party Defendant Charles Calza, M.D. denies the allegations of Paragraph 9.

10. Third Party Defendant Charles Calza, M.D. denies the allegations of Paragraph 10.

11. Third Party Defendant Charles Calza, M.D. incorporates his responses to paragraphs 1-10 as though fully set forth herein.

12. Third Party Defendant Charles Calza, M.D. is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 12, and on that basis denies each and every allegation contained therein.

13. Third Party Defendant Charles Calza, M.D. is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 13, and on that basis denies each and every allegation contained therein.

14. Third Party Defendant Charles Calza, M.D. is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 14, and on that basis denies each and every allegation contained therein.

15. Third Party Defendant Charles Calza, M.D. is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 15, and on that basis denies each and every allegation contained therein.

16. Third Party Defendant Charles Calza, M.D. incorporates his responses to paragraphs 1-15 as though fully set forth herein.

17. Third Party Defendant Charles Calza, M.D. denies the allegations of Paragraph 17.

18. Third Party Defendant Charles Calza, M.D. denies the allegations of Paragraph 18.

19. Third Party Defendant Charles Calza, M.D. denies the allegations of Paragraph 19.

20. Third Party Defendant Charles Calza, M.D. denies the allegations of Paragraph 20.

21. Third Party Defendant Charles Calza, M.D. incorporates his responses to paragraphs 1-20 as though fully set forth herein.

22. Third Party Defendant Charles Calza, M.D. is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 22, and on that basis denies each and every allegation contained therein.

23. Third Party Defendant Charles Calza, M.D. denies the allegations of Paragraph 23.

24. Third Party Defendant Charles Calza, M.D. is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 24, and on that basis denies each and every allegation contained therein.

25. Third Party Defendant Charles Calza, M.D. denies the allegations of Paragraph 25.

26-39. Third Party Defendant Charles Calza, M.D. is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraphs 26-39, and on that basis denies each and every allegation contained therein.

## AFFIRMATIVE DEFENSES

**AS A FIRST, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE** to the Third Party Complaint, this answering defendant alleges that the Complaint fails to state a cause of action.

**AS A SECOND, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE** to the Third Party Complaint, this answering defendant alleges that the Complaint herein does not state facts sufficient to constitute a cause of action in that the alleged cause of action is barred by the applicable statute of limitations, including California Code of Civil Procedure §§335.1, 340.5 and 364.

**AS A THIRD, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE** to the Third Party Complaint for Damages, this answering defendant alleges that if it should be found that there was negligence as alleged in plaintiff's Complaint or in connection with the subject matter of the Complaint, such negligence was that of the plaintiff and of persons, firms, corporations, or entities other than this answering defendant and comparatively reduces the percentage of any liability on the part of this answering defendant if it should be found that this answering defendant is negligent or liable as alleged in the Complaint, which this answering defendant has denied and does expressly deny.

**AS A FOURTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE** to the Third Party Complaint, this answering defendant alleges that at all times relevant to, on or before the dates of the occurrence alleged in plaintiff's Complaint, each and every risk and/or danger proximately causing and/or contributing to the alleged occurrence and/or damages complained of, if any there actually were, were voluntarily and/or knowingly assumed by the plaintiff.

**AS A FIFTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE** to the Third Party Complaint, in the event this answering defendant is found to be negligent, which is expressly herein denied, the liability of this answering defendant is limited by reason of California Civil Code §1431.2.

4

C 07 06045 (SC): ANSWER OF THIRD PARTY DEFENDANT CHARLES CALZA, M.D. TO AMENDED THIRD PARTY COMPLAINT AGAINST THE STATE OF CALIFORNIA AND CHARLES CALZA, M.D.   150-8496/SMD/257393

**AS A SIXTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE** to the Third Party Complaint, this answering defendant alleges that in the event this answering defendant is found liable, which this defendant denies and states merely for the purpose of this affirmative defense, this answering defendant may elect to introduce evidence of any amount paid or payable, if any, as a benefit and claim credit pursuant to Civil Code §3333.1.

**AS A SEVENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE** to the Third Party Complaint, this answering defendant alleges that in the event this answering defendant is found to be negligent, which this defendant denies and states merely for the purpose of this affirmative defense, the damages for non-economic losses shall not exceed the amount specified in Civil Code §3333.2.

**AS AN EIGHTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE** to the Third Party Complaint, this answering defendant alleges that in the event this answering defendant is found liable, which this defendant denies and states merely for the purposes of this affirmative defense, this answering defendant may elect to have future damages paid in full or in part as specified in Code of Civil Procedure §667.7.

**AS A NINTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE** to the Third Party Complaint, this answering defendant alleges that following the alleged incident herein, plaintiff failed and neglected to mitigate damages, and that said conduct, failure or omission on plaintiff's own part proximately caused and contributed to the damages sustained by plaintiff, if any.

**AS A TENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE** to the Third Party Complaint, this defendant alleges that if plaintiff suffered any damage, then the allegations against this answering defendant are barred by the superseding intervening actions of other persons.

///

///

///

///

**AS AN ELEVENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE** to the Third Party Complaint, this answering defendant alleges that the Complaint is barred by the principles of res judicata and/or collateral estoppel.

Dated: 10/3/2008

DONNELLY NELSON DEPOLO & MURRAY

By: /s/
SONJA M. DAHL
Attorneys for Third Party Defendant
CHARLES CALZA, M.D.

6

C 07 06045 (SC): ANSWER OF THIRD PARTY DEFENDANT CHARLES CALZA, M.D. TO AMENDED THIRD PARTY COMPLAINT AGAINST THE STATE OF CALIFORNIA AND CHARLES CALZA, M.D.

150-8496/SMD/257393