```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

              BEFORE THE HONORABLE SAMUEL CONTI, JUDGE

------------------------------x

United States of America,
et al.,

                  Plaintiffs,

       v.                                    C 07-6045 (SC)

The Shipowners' Insurance and
Guaranty Company, Ltd.,
et al.,

                  Defendants.

------------------------------x
                                       San Francisco, California
                                       December 19, 2008
                                          (3 pages)
```

**APPEARANCES**

```
    U.S. Dept of Justice - Civil Division
    Attorneys for Plaintiff United States of America
BY: R. MICHAEL UNDERHILL

    Keesal, Young & Logan
    Attorneys for Defendant Regal Stone Limited
BY: GORDON CRAIG YOUNG
    JOSEPH ALBERT WALSH

    Office of the Attorney General - State of California
    Attorneys for Defendant State of California
BY: JEFFREY RICHARD VINCENT
```

                    CONNIE KUHL, RMR, CRR
      Official Reporter - U.S. District Court (415) 431-2020

```
 1   Friday, December 19, 2008
 2                                                          (10:18 a.m.)
 3          (In open court)
 4          DEPUTY CLERK:  Calling case No. 07-6045, United
 5   States, et al., versus Shipowner's Insurance, et al.
 6          MR. YOUNG:  Good morning, your Honor.
 7          THE COURT:  Good morning.
 8          MR. YOUNG:  Gordon Young and Joe Walsh, appearing here
 9   on behalf of Regal Stone.
10          MR. VINCENT:  Good morning.  Jeff Vincent, Deputy
11   Attorney General, on behalf of the California Board of Pilot
12   Commissioners.
13          MR. UNDERHILL:  And Michael Underhill on behalf of the
14   United States.
15          THE COURT:  Good morning.
16          MR. UNDERHILL:  Not our motion your Honor, but we
17   thought we'd attend anyway.
18          THE COURT:  Gentlemen, the reason I called you all in
19   is to let you know what's going on.  I'm going to give a final
20   judgment in the dismissal of the State of California, and this
21   is it.
22          MR. VINCENT:  Thank you.
23          MR. YOUNG:  Thank you, your Honor.
24          THE COURT:  Someday, we'll settle the case.
25          MR. WALSH:  Thank you, your Honor.
```

```
1           MR. VINCENT:  Thank you, your Honor.
2           MR. UNDERHILL:  Thank you.
3           THE COURT:  We're adjourned.
4           DEPUTY CLERK:  This court stands in recess.
5           (Adjourned)
```

                              oOo

                    CERTIFICATE OF REPORTER

     I, Connie Kuhl, Official Reporter for the United States Court, Northern District of California, hereby certify that the foregoing proceedings were reported by me, a certified shorthand reporter, and were thereafter transcribed under my direction into written form.

     _____
           Connie Kuhl, RMR, CRR

           Monday, January 26, 2009