1  JOSEPH A. WALSH II, CASB NO.143694
   joe.walsh@kyl.com
2  GORDON C. YOUNG, CASB NO.158100
   gordon.young@kyl.com
3  CHRISTOPHER A. STECHER, CASB NO. 215329
   christopher.stecher@kyl.com
4  DAVID A. TONG, CASB NO. 238971
   david.tong@kyl.com
5  KEESAL, YOUNG & LOGAN
   A Professional Corporation
6  450 Pacific Avenue
   San Francisco, California 94133
7  Telephone:    (415) 398-6000
   Facsimile:    (415) 981-0136
8

9
   Attorneys for Defendants REGAL STONE LIMITED, FLEET
10 MANAGEMENT LTD, SYNERGY MANAGEMENT
   SERVICES; and SYNERGY MARINE LTD.
11

12              **UNITED STATES DISTRICT COURT**

13              **NORTHERN DISTRICT OF CALIFORNIA**

14

15 | PEOPLE OF THE STATE OF CALIFORNIA ex | Case No. C 09-01469 (SC)
   | rel. DEPARTMENT OF FISH AND GAME;    |
16 | PEOPLE OF THE STATE OF CALIFORNIA ex | IN ADMIRALTY
   | rel. CALIFORNIA REGIONAL WATER       |
17 | QUALITY CONTROL BOARD, SAN           | And consolidated cases:
   | FRANCISCO BAY REGION; AND PEOPLE     | CV 08 5098 (SC),
18 | OF THE STATE OF CALIFORNIA ex rel.   | C 07 06045 (SC),
   | STATE LANDS COMMISSION,              | CV 07 05800 (SC),
19 |                                      | CV 08 02052 (SC),
   |                      Plaintiff,      | CV 08 2268 (SC)
20 |                                      |
   |                vs.                   | **STIPULATION TO CONSOLIDATE CASE**
21 |                                      | **WITH CASE NOS.:**
   | REGAL STONE LTD.; FLEET              |
22 | MANAGEMENT LTD.; HANJIN SHIPPING     |
   | CO. LTD.; SYNERGY MANAGEMENT         | **CV 08 5098 (SC),**
23 | SERVICES; SYNERGY MARINE LTD.; JOHN  | **C 07 06045 (SC),**
   | J. COTA, AN INDIVIDUAL; AND DOES 1   | **CV 07 05800 (SC),**
24 | THROUGH 100,                         | **CV 08 02052 (SC), AND**
   |                                      | **CV 08 2268 (SC)**
25 |                      Defendants.     | **FOR PRETRIAL AND DISCOVERY**
   |                                      | **PURPOSES**
26

27

28 ///

THE PARTIES TO THIS STIPULATION, by and through their respective counsel hereby stipulate that this case shall be consolidated for pretrial and discovery purposes with the following related cases, which cases were consolidated by order of the Court dated February 3, 2009 (collectively, "Consolidated Cases"):

Chelsea, LLC v. Regal Stone Limited, et al., Case No. 07-05800 (SC).

U.S. et al. v. M/V Cosco Busan, et al., Case No. 07-06045(SC)

The Continental Insurance Co. v. Regal Stone Limited, et al., Case No. 08-02052 (SC).

The People of the State of California v. Regal Stone Limited, et al., Case No. 08-2268 (SC).

Regal Stone Limited, et al. v. John J. Cota, The San Francisco Bar Pilot's Association, et al., Case No. 08-5098 (SC).

WHEREAS, on February 3, 2009, the Court issued an order consolidating the Consolidated Cases for pretrial and discovery purposes only.

WHEREAS, this action was not subject to the February 3, 2009 Order consolidating the Related Cases for pretrial and discovery purposes only as this action was not removed to federal court until April 8, 2009.

WHEREAS, the parties hereto agree that consolidation of this case for pretrial and discovery purposes is appropriate as this case arises out of the same underlying incident, the November 7, 2007 allision of the *M/V COSCO BUSAN* and the Bay Bridge and involves common questions of law or fact with the Consolidated Cases.

///

///

KYL_LB1239428v2

1       WHEREAS, consolidating this action with the Consolidated Cases for pretrial and

2 discovery purposes only will save time and effort because it will avoid duplication of depositions and

3 other discovery.

4       **IT IS SO STIPULATED AND AGREED.**

5

6       **People of the State of California ex rel. Dep't of Fish and Game, *et al.* v.**

7       **Regal Stone Limited, *et al.*, Case No. C 09-01469 (SC)**

8

9 DATED: August 31, 2009      /s/ Kevin D. Lesh

10                       EDMUND G. BROWN JR.
                      J. MATTHEW RODRIQUEZ

11                       MARY E. HACKENBRACHT
                      CHRISTINA TIEDEMANN

12                       ROBERT W. BYRNE
                      KEVIN D. LESH

13                       SUSAN A. AUSTIN
                      Attorneys for Plaintiffs PEOPLE OF THE STATE OF

14                       CALIFORNIA, EX REL. DEPARTMENT OF FISH
                      AND GAME; PEOPLE OF THE STATE OF

15                       CALIFORNIA EX REL. CALIFORNIA REGIONAL
                      WATER QUALITY CONTROL BOARD, SAN

16                       FRANCISCO BAY REGION; and PEOPLE OF THE
                      STATE OF CALIFORNIA EX REL STATE LANDS

17                       COMMISSION

18

19 DATED: August 31, 2009      /s/ Joseph A. Walsh II

20                       JOSEPH A. WALSH II
                      GORDON C. YOUNG

21                       CHRISTOPHER A. STECHER
                      DAVID A. TONG

22                       KEESAL, YOUNG & LOGAN
                      Attorneys for Defendants REGAL STONE LIMITED

23                       and FLEET MANAGEMENT LTD

24

25 DATED: August 31, 2009      /s/ Erich Paul Wise
                      JAMES BARTON NEBEL

26                       ERICH PAUL WISE
                      FLYNN DELICH & WISE, LLP

27                       Attorneys for Defendant HANJIN SHIPPING CO., LTD.

28                *[SIGNATURES CONTINUE ON NEXT PAGE]*

KYL_LB1239428v2

STIPULATION TO CONSOLIDATE CASE NO. C 09-01469 (SC) FOR PRETRIAL AND DISCOVERY PURPOSES

1    DATED:  August 31, 2009                    /s/ Walter Gerard Coppenrath, Jr.

2                                               WALTER GERARD COPPENRATH, JR.
                                                COPPENRATH & ASSOCIATES
3                                               Attorneys for Defendant JOHN J. COTA

4

5

6                          *[SIGNATURES CONTINUE ON NEXT PAGE]*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -                                    KYL_LB1239428v2

1

**Regal Stone, _et al._ v. Cota, _et al._, Case No. 08-05098**

2

3

4   DATED August 31, 2009          /s/ Joseph A. Walsh II

5                                  JOSEPH A. WALSH II
                                   KEESAL, YOUNG & LOGAN
6                                  Attorneys for Plaintiff
                                   REGAL STONE LIMITED and
7                                  FLEET MANAGEMENT LTD

8

9   DATED:  August 31, 2009        /s/ Ryan Donlon

10                                 RYAN DONLON
                                   FORREST BOOTH
11                                 RANDY SCOTT ERLEWINE
                                   SEVERSON & WERSON
12                                 Attorneys for Defendants
                                   SAN FRANCISCO BAR PILOT'S ASSOCIATION,
13                                 PETER MCISAAC, RUSSEL NYBORG, SAN
                                   FRANCISCO BAR PILOTS

14

15

16  DATED:  August 31, 2009        /s/ Kent Roberts

17                                 KENT ROBERTS
                                   NOAH JARRETT
18                                 DONALD HONIGMAN
                                   SCHWABE, WILLIAMSON & WYATT
19                                 Attorneys for Defendant
                                   JOHN COTA

20

21

22                      _[SIGNATURES CONTINUE ON NEXT PAGE]_

23

24

25

26

27

28

KYL_LB1239428v2

STIPULATION TO CONSOLIDATE CASE NO. C 09-01469 (SC) FOR PRETRIAL AND DISCOVERY PURPOSES

1  <u>U.S., *et al*. v. M/V Cosco Busan, *et al*., Case No. 07-06045</u>

2

3

4  DATED:  August 31, 2009          /s/ R. Michael Underhill
                                    R. MICHAEL UNDERHILL
5                                   BRADLEY ROBERT O'BRIEN
                                    U.S. DEPARTMENT OF JUSTICE
6                                   Attorney for Plaintiff, Counter-Defendant and Third
                                    Party Plaintiff
7                                   UNITED STATES OF AMERICA

8

9  DATED:  August 31, 2009          /s/ Joseph A. Walsh II
                                    JOSEPH A. WALSH II
10                                  KEESAL, YOUNG & LOGAN
                                    Attorneys for Defendant M/V COSCO BUSAN and
11                                  Defendants and Counter-Claimants REGAL STONE
                                    LIMITED and FLEET MANAGEMENT LTD
12

13

14  DATED:  August 31, 2009         /s/ Walter Gerard Coppenrath, Jr.
                                    WALTER GERARD COPPENRATH, JR.
15                                  COPPENRATH & ASSOCIATES
                                    Attorneys for Defendant
16                                  JOHN COTA

17

18  DATED:  August 31, 2009         /s/ Sonja Marie Dahl
                                    SONJA MARIE DAHL
19                                  DONNELLY NELSON DEPOLO & MURRAY
                                    Attorney for Third-Party Defendant
20                                  CHARLES CALZA

21

22

23                      *[SIGNATURES CONTINUED ON NEXT PAGE]*

24

25

26

27

28

- 5 -                                                KYL_LB1239428v2

STIPULATION TO CONSOLIDATE CASE NO. C 09-01469 (SC) FOR PRETRIAL AND DISCOVERY PURPOSES

1        <u>Chelsea, LLC, *et al*. v. Regal Stone, Ltd., *et al*., Case No. C-07-5800</u>

2

3

4    DATED:  August 31, 2009              /s/ William M. Audet
                                          _____
                                          WILLIAM M. AUDET
5                                         ADEL NADJI
                                          AUDET & PARTNERS, LLP
6                                         Attorney for Plaintiffs
                                          CHELSEA, LLC, MARK RUSSO and
7                                         ALLEN LORETZ

8

9    DATED:  August 31, 2009              /s/ Joseph A. Walsh II
                                          _____
                                          JOSEPH A. WALSH II
10                                        KEESAL, YOUNG & LOGAN
                                          Attorneys for Defendants
11                                        REGAL STONE LIMITED, FLEET MANAGEMENT
                                          LTD, M/V COSCO BUSAN, and SYNERGY
12                                        MARITIME LTD.

13

14
     DATED:  August 31, 2009              /s/ Erich Paul Wise
15                                        _____
                                          ERICH PAUL WISE
                                          FYLNN, DELICH & WISE
16                                        Attorneys for Defendant
                                          HANJIN SHIPPING CO.
17

18

19                      *[SIGNATURES CONTINUED ON NEXT PAGE]*

20

21

22

23

24

25

26

27

28

STIPULATION TO CONSOLIDATE CASE NO. C 09-01469 (SC) FOR PRETRIAL AND DISCOVERY PURPOSES

**Continental Insurance Co., _et al._ v. Cota, _et al._, Case No. 08-02052**

DATED:  August 31, 2009       /s/ Samuel Harold Ruby
                               SAMUEL HAROLD RUBY
                               KEVIN KIN-MAN HO
                               BULLIVANT HOUSER BAILEY, PC
                               Attorneys for Plaintiff/Counter-Defendant
                               CONTINENTAL INSURANCE COMPANY


DATED:  August 31, 2009       /s/ Marc J. Derewetzky
                               MARC J. DEREWETZKY
                               MORISON HOLDEN DEREWETZKY & PROUGH,
                               LLP
                               Attorneys for Plaintiff-In-Intervention
                               RLI INSURANCE COMPANY


DATED:  August 31, 2009       /s/ Joseph A. Walsh II
                               JOSEPH A. WALSH II
                               KEESAL, YOUNG & LOGAN
                               Attorneys for Defendant M/V COSCO BUSAN and
                               Defendants/Counter-Claimants/Third-Party Plaintiffs
                               REGAL STONE LIMITED and FLEET
                               MANAGEMENT LTD


DATED:  August 31, 2009       /s/ David Schack
                               DAVID SCHACK
                               LUKE ANDERSON
                               K&L GATES LLP
                               Attorneys for Cross-Defendant
                               JOHN COTA


DATED:  August 31, 2009       /s/ Randy Scott Erlewine
                               RANDY SCOTT ERLEWINE
                               PHILLIPS & ERLEWINE LLP
                               Attorneys for Third Party Defendants
                               THE SAN FRANCISCO BAR PILOTS and The SAN
                               FRANCISCO BAR PILOTS BENEVOLENT &
                               PROTECTIVE ASSOCIATION

_[SIGNATURES CONTINUED ON NEXT PAGE]_

STIPULATION TO CONSOLIDATE CASE NO. C 09-01469 (SC) FOR PRETRIAL AND DISCOVERY PURPOSES

1

**People of the State of California v. Regal Stone, Ltd., *et al.*, Case No. 08-02268**

2

3

4   DATED:  August 31, 2009            /s/ Jeffrey Richard Vincent
                                       JEFFREY RICHARD VINCENT
5                                      JUDITH JOYCE LOACH
                                       OFFICE OF THE ATTORNEY GENERAL OF THE
6                                      STATE OF CALIFORNIA
                                       Attorneys for *Counter-Defendant State of California,*
7                                      *acting by and through the Board of Pilot Commissioners*

8

9   DATED:  August 31, 2009            /s/ David Sullivan
                                       BRUCE A. BEHRENS
10                                     DAVID GOSSAGE
                                       KARL SCHMIT
11                                     WM. DAVID SULLIVAN
                                       PATRICK PETERSON
12                                     Attorneys for Plaintiff and Counter-Defendant
                                       PEOPLE OF THE STATE OF CALIFORNIA *acting by*
13                                     *and through the Department of Transportation*

14

15

16  DATED:  August 31, 2009            /s/ Joseph A. Walsh II
                                       JOSEPH A. WALSH II
17                                     KEESAL, YOUNG & LOGAN
                                       Attorneys for Defendant/Counter-Claimant
18                                     REGAL STONE LIMITED and Defendant M/V COSCO
                                       BUSAN
19

20

21

                            *[SIGNATURES CONTINUED ON NEXT PAGE]*
22

23

24

25

26

27

28

KYL_LB1239428v2

STIPULATION TO CONSOLIDATE CASE NO. C 09-01469 (SC) FOR PRETRIAL AND DISCOVERY PURPOSES

## ORDER

Based upon the foregoing Stipulation of the Parties, and good cause appearing therefore, Case No. C09-01469(SC) shall be consolidated for pretrial and discovery purposes with Case Nos. CV 08 5098 (SC), C 07 06045 (SC), CV 07 05800 (SC), CV 08 02052 (SC), and CV 08 2268 (SC).

**IT IS SO ORDERED**.

DATED: _____September 1_____, 2009

_____

HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED

Judge Samuel Conti

KYL_LB1239428v2

STIPULATION TO CONSOLIDATE CASE NO. C 09-01469 (SC) FOR PRETRIAL AND DISCOVERY PURPOSES