UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGAL STONE LIMITED, and FLEET MANAGEMENT, LTD., <br><br>Plaintiffs, <br><br>v. <br><br>JOHN J. COTA, an individual, THE SAN FRANCISCO BAR PILOT'S ASSOCIATION, an unincorporated association, PETER MCISAAC, an individual, and RUSSELL NYBORG, an individual, <br><br>Defendants. | Case No. 08-5098 SC <br><br>ORDER DENYING MOTIONS <u>TO DISMISS AS MOOT</u> |

On September 2, 2009, Plaintiffs Regal Stone Limited and Fleet Management Limited ("Plaintiffs") filed a First Amended Complaint. Docket No. 35. Therefore, the Court DENIES AS MOOT Defendants' Motions to Dismiss, Docket Nos. 29, 30, WITHOUT PREJUDICE to Defendants filing new motions to dismiss Plaintiffs' First Amended Complaint. Any motions to dismiss filed in this case are to be noticed for December 4, 2009.

///
///
///
///
///

The Case Management Conference in the consolidated and related cases scheduled for September 25, 2009, remains on calendar.

IT IS SO ORDERED.

Dated: September 3, 2009

_____
UNITED STATES DISTRICT JUDGE