| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark Russo, and Allen Loretz, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Regal Stone, Ltd., Hanjin Shipping, Co., Ltd., Synergy Maritime, Ltd., Fleet Management Ltd., and John Cota, *In Personam*; M/V Cosco Busan, their engines, tackle, equipment, appurtenances, freights, and cargo *In Rem*,<br><br>    Defendants. | Case No. C 07-5800 SC<br>And related cases:<br><br>07-6045 SC, 08-2268 SC, 08-2052 SC, 08-5098 SC, 09-01469 SC<br><br><br>[~~PROPOSED~~] ORDER |

[~~PROPOSED~~] ORDER

1     Upon consideration of Class Counsel's motion, and based on the presentation and
submission of the parties, the Court hereby dismisses Mark Russo's claims without prejudice.

**IT IS SO ORDERED.**

Dated:    9/16   , 2009                                 _____
                                                                     THE HONORABLE SAMUEL CONTI
                                                                     UNITED STATES DISTRICT COURT JUDGE

*(Signed and stamped: IT IS SO ORDERED — Judge Samuel Conti, United States District Court, Northern District of California)*