TONY WEST
Assistant Attorney General
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
ERIC KAUFMAN-COHEN, Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, California 94102-3463
Telephone: (415) 436-6648
mike.underhill@usdoj.gov; eric.kaufman-cohen@usdoj.gov

IGNACIA MORENO
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
Washington D.C. 20530
BRADLEY R. O'BRIEN, Senior Attorney
ANN HURLEY, Trial Attorney
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Telephone: (415) 744-6484; Facsimile: (415) 744-6476
brad.o'brien@usdoj.gov
ann.hurley@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>M/V COSCO BUSAN, LR/IMO Ship No. 9231743, her engines, apparel, electronics, tackle, boats, appurtenances, *etc.*, *in rem,* REGAL STONE LIMITED, FLEET MANAGEMENT LTD., and JOHN COTA, *in personam*,<br><br>    Defendants.<br>_____ | Civil No. C07-6045 SC<br>(AND RELATED CASES)<br><br>IN ADMIRALTY<br><br><s>(PROPOSED)</s> ORDER CONTINUING HEARING DATES FOR SUMMARY JUDGMENT MOTIONS [DOCKET NOS. 165 AND 171] FILED BY THE UNITED STATES AGAINST DEFENDANTS REGAL STONE LIMITED, FLEET MANAGEMENT LIMITED, JOHN COTA, AND M/V <u>COSCO BUSAN</u> |

(PROPOSED) ORDER – C07-6045 SC

WHEREFORE, based upon the filed stipulation of counsel for the United States and defendants Regal Stone Limited ("Regal Stone"), Fleet Management Limited ("Fleet Management"), and John Cota ("Cota"), *in personam*, and M/V COSCO BUSAN, *in rem*, hearing on the United States' motions for partial summary judgment, Docket Nos. 165 and 171, is hereby continued until February 5, 2010. Due dates for responsive briefing on the motions shall be calculated in accordance with LR 7.3 and by reference to the continued hearing date set out above.

IT IS SO ORDERED.

Dated: November 19, 2009

_____
UNITED STATES DISTRICT JUDGE

[Stamp: IT IS SO ORDERED / Judge Samuel Conti]

PRESENTED BY:

TONY WEST
Assistant Attorney General

/s/ R. Michael Underhill
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
ERIC KAUFMAN-COHEN, Trial Attorney
Torts Branch, Civil Division
United States Department of Justice

IGNACIA MORENO
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

/s/ Bradley R.O'Brien
BRADLEY R. O'BRIEN
Senior Attorney
ANN HURLEY
Trial Attorney
Environmental Enforcement Section
United States Department of Justice

Attorneys for Plaintiff
United States of America