TONY WEST
Assistant Attorney General
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
ERIC KAUFMAN-COHEN, Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, California 94102-3463
Telephone: (415) 436-6648
mike.underhill@usdoj.gov; eric.kaufman-cohen@usdoj.gov

IGNACIA MORENO
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
Washington D.C. 20530
BRADLEY R. O'BRIEN, Senior Attorney
ANN HURLEY, Trial Attorney
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Telephone: (415) 744-6484; Facsimile: (415) 744-6476
brad.o'brien@usdoj.gov
ann.hurley@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>M/V COSCO BUSAN, LR/IMO Ship No. 9231743, her engines, apparel, electronics, tackle, boats, appurtenances, *etc.*, *in rem,* REGAL STONE LIMITED, FLEET MANAGEMENT LTD., and JOHN COTA, *in personam*,<br><br>    Defendants.<br><br>_____ | Civil No. C07-6045 SC<br>(AND RELATED CASES)<br><br>IN ADMIRALTY<br><br>STIPULATION TO TAKE OFF CALENDAR, WITHOUT PREJUDICE, HEARING DATES FOR SUMMARY JUDGMENT MOTIONS [DOCKET NOS. 165 AND 171] FILED BY THE UNITED STATES AGAINST DEFENDANTS REGAL STONE LIMITED, FLEET MANAGEMENT LIMITED, JOHN COTA, AND M/V COSCO BUSAN |

STIP. TO REMOVE MOTIONS FROM HEARING CALENDAR
(DOCKET NOS. 165 AND 171) – C07-6045 SC

WHEREFORE, the United States' Motions for Partial Summary Judgment [Docket Nos. 165 and 171] are set for hearing on the Court's Law and Motion Calendar for March 19, 2010;

WHEREFORE, counsel for the United States and the defendants have engaged in certain discussions that may obviate the necessity of having the motions further briefed and/or decided by the Court; and

WHEREFORE, upon the undersigned consents of respective counsel for the parties, it is

STIPULATED, subject to entry of the proposed Order filed herewith, that further briefing on the United States' Motions for Partial Summary Judgment [Docket Nos. 165 and 171] may be suspended and that the motions may be taken off calendar, without prejudice to having the motions placed back on the hearing calendar for completion of briefing and for hearing in the event the United States so requests.

Dated: February 25, 2010.

TONY WEST
Assistant Attorney General

/s/ R. Michael Underhill
R. MICHAEL UNDERHILL
Attorney In Charge, West Coast Office
ERIC KAUFMAN-COHEN, Trial Attorney
Torts Branch, Civil Division, U.S. Department of Justice

IGNACIA MORENO
Acting Assistant Attorney General
Environment and Natural Resources Division
BRADLEY R. O'BRIEN, Senior Attorney
ANN HURLEY, Trial Attorney
Environmental Enforcement Section
United States Department of Justice

Attorneys for Plaintiff United States of America

KEESAL, YOUNG & LOGAN


/s/ Joseph A. Walsh
JOSEPH A. WALSH

Attorneys for Regal Stone Limited, Fleet Management Limited, and M/V COSCO BUSAN

| | |
|---|---|
| 1 | COPPENRATH and ASSOCIATES |
| 2 | |
| 3 | /s/ Walter G. Coppenrath, Jr. |
| 4 | WALTER G. COPPENRATH, JR. |
| 5 | Attorneys for John Cota |

TONY WEST
Assistant Attorney General
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
ERIC KAUFMAN-COHEN, Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, California 94102-3463
Telephone: (415) 436-6648
mike.underhill@usdoj.gov; eric.kaufman-cohen@usdoj.gov

IGNACIA MORENO
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
Washington D.C. 20530
BRADLEY R. O'BRIEN, Senior Attorney
ANN HURLEY, Trial Attorney
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Telephone: (415) 744-6484; Facsimile: (415) 744-6476
brad.o'brien@usdoj.gov
ann.hurley@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>M/V COSCO BUSAN, LR/IMO Ship No. 9231743, her engines, apparel, electronics, tackle, boats, appurtenances, *etc.*, *in rem,* REGAL STONE LIMITED, FLEET MANAGEMENT LTD., and JOHN COTA, *in personam*,<br><br>Defendants.<br>_____ | Civil No. C07-6045 SC<br>(AND RELATED CASES)<br><br>IN ADMIRALTY<br><br>(~~PROPOSED~~)<br>ORDER REMOVING FROM LAW AND MOTION CALENDAR, WITHOUT PREJUDICE, HEARING ON THE SUMMARY JUDGMENT MOTIONS [DOCKET NOS. 165 AND 171] FILED BY THE UNITED STATES AGAINST DEFENDANTS REGAL STONE LIMITED, FLEET MANAGEMENT LIMITED, JOHN COTA, AND M/V COSCO BUSAN |

(PROPOSED) ORDER – C07-6045 SC

WHEREFORE, based upon the filed stipulation of counsel for the United States and defendants Regal Stone Limited ("Regal Stone"), Fleet Management Limited ("Fleet Management"), and John Cota ("Cota"), *in personam*, and M/V COSCO BUSAN, *in rem*, further briefing on the United States' motions for partial summary judgment, Docket Nos. 165 and 171, is hereby suspended and, further, the motions are hereby removed from the Court's March 19th Law and Motion calendar, without prejudice; and it is further

ORDERED that the foregoing motions may be re-set on the Court's hearing calendar should the United States so request pursuant to a duly filed Re-Notice of Motions.

IT IS SO ORDERED.

Dated: 3/1/10

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Samuel Conti

PRESENTED BY:

TONY WEST
Assistant Attorney General

/s/ R. Michael Underhill
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
ERIC KAUFMAN-COHEN, Trial Attorney
Torts Branch, Civil Division
United States Department of Justice

IGNACIA MORENO
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
BRADLEY R. O'BRIEN
Senior Attorney
ANN HURLEY
Trial Attorney
Environmental Enforcement Section
United States Department of Justice

Attorneys for Plaintiff
United States of America