IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
Washington D.C. 20530
BRADLEY R. O'BRIEN, STATE BAR NO. 189425
Senior Attorney
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Telephone: (415) 744-6484
Facsimile: (415) 744-6476
Email: brad.obrien@usdoj.gov

TONY WEST
Assistant Attorney General
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
United States Department of Justice
7-5395 Federal Bldg. Box 36028
450 Golden Gate Avenue
San Francisco, California 94102-3463
Telephone: (415) 436-6648
Email: mike.underhill@usdoj.gov

Attorneys for Plaintiff, United States of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. C 07-6045(SC) |
| Plaintiff, | **IN ADMIRALTY** |
| vs. | ~~(PROPOSED)~~ **ORDER RELATING AND CONSOLIDATING FOR SETTLEMENT PURPOSES CASE NOS. C 07-6045 (SC), C 09-01469 (SC), AND CV 12-0115 (DMR)** |
| M/V COSCO BUSAN, LR/IMO Ship No. 9231743, her engines, apparel, electronics, tackle, boats, appurtenances, etc., *in rem*, REGAL STONE LIMITED, FLEET MANAGEMENT LTD., AND JOHN COTA, *in personam*, | |
| Defendants. | |
| (And Certain Related Actions) | |

**Case3:07-cv-06045-SC Document213 Filed01/24/12 Page2 of 2**

## ORDER

Based upon the foregoing stipulation, and good cause appearing therefor, Case No CV 12-0115 (DMR) shall be related to and consolidated for settlement purposes with the present action and C 09-01469 (SC). Further, a responsive pleading to the Complaint in Case No CV 12-0115 (DMR) need not be filed unless this Court so orders after making its determination on the pending Consent Decree lodged with this Court (Docket 119-1).

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 1/24/12

_____
The Honorable Sa[muel Conti]
District Judge



Order Relating And Consolidating Cases - Case No. C 07-6045(SC)