JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
JOSEPH A. WALSH II, CASB No. 143694
joe.walsh@kyl.com
JOHN COX, CASB No. 197687
john.cox@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California 94133
Telephone:  (415) 398-6000
Facsimile:   (415) 981-0136

Attorneys for Defendants, Counterclaimants and Third-Party Claimants
REGAL STONE LIMITED and FLEET MANAGEMENT LTD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. C 07 06045 (SC) |
| Plaintiff, | IN ADMIRALTY |
| vs. | **JOINT STIPULATION TO VOLUNTARILY DISMISS RELATED ACTION: CV08-02268 SC; [PROPOSED] ORDER** |
| M/V COSCO BUSAN, LR/IMO Ship No. 9231743, her engines, apparel, electronics, tackle, boats, appurtenances, *etc., in rem,* THE SHIPOWNERS' INSURANCE & GUARANTY COMPANY LTD., REGAL STONE LIMITED, FLEET MANAGEMENT LIMITED, and JOHN COTA, *in personam,* | |
| Defendants. | |
| (And Related Actions) | |

TO THIS COURT:

The Parties to Related Actions CV 08-02268 SC hereby stipulate and agree through their respective counsel as follows:

Pursuant to Federal Rule of Civil Procedure 41, the parties, by and through their counsel of record, hereby stipulate that the lawsuit titled The People of the State of California, acting by and through the Department of Transportation v. Regal Stone Limited, et al., USDC Northern California Case Number CV 08-02268 SC may be dismissed, in its entirety, with prejudice. Each party is to bear its own fees, costs and expenses.

IT IS SO STIPULATED:

DATED: April 17, 2012

JOHN D. GIFFIN
JOSEPH A. WALSH II
JOHN COX
Attorneys for REGAL STONE LIMITED

DATED: April 17, 2012

PATRICK PETERSEN
Attorneys for THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the DEPARTMENT OF TRANSPORTATION

- 1 -   KYL_SF554577
JOINT STIPULATION TO VOLUNTARILY DISMISS RELATED ACTION CV 08-02268-SC - Case No. C 07 06045 (SC)

**ORDER**

Pursuant to Federal Rule of Civil Procedure 41 and based upon the foregoing stipulation, with good cause appearing, Case Numbers CV 08-02268 SC and is hereby dismissed with prejudice, each party to bear its own costs, fees and expenses.

**IT IS SO ORDERED.**

DATED: 4/18/12



_____
The Honorable Samuel Conti
District Judge