JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
JOSEPH A. WALSH II, CASB No. 143694
joe.walsh@kyl.com
JOHN COX, CASB No. 197687
john.cox@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California  94133
Telephone:   (415) 398-6000
Facsimile:    (415) 981-0136

Attorneys for Defendants, Counterclaimants and Third-Party Claimants
REGAL STONE LIMITED and FLEET MANAGEMENT LTD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                      Plaintiff,<br><br>              vs.<br><br>M/V COSCO BUSAN, LR/IMO Ship No. 9231743, her engines, apparel, electronics, tackle, boats, appurtenances, *etc., in rem*, THE SHIPOWNERS' INSURANCE & GUARANTY COMPANY LTD., REGAL STONE LIMITED, FLEET MANAGEMENT LIMITED, and JOHN COTA, *in personam*,<br><br>                                      Defendants.<br><br>(And Related Actions) | Case No. C 07 06045 (SC)<br><br>IN ADMIRALTY<br><br>**JOINT STIPULATION TO VOLUNTARILY DISMISS CERTAIN RELATED ACTIONS: CV08-02052 AND CV08-05098; [PROPOSED] ORDER** |

TO THIS COURT:

Pursuant to Federal Rule of Civil Procedure 41, the undersigned parties, by and through their counsel of record, hereby stipulate that the Related Actions titled (1) The Continental Insurance Company v. Cota, et al., USDC Northern California Case Number CV 08-02052 SC; and (2) Regal Stone Limited, et al. v. Cota, et al., USDC Northern California Case Number CV 08-05098 SC may be dismissed, in their entirety,

KYL_SF554569

1  with prejudice.  Each party is to bear its own fees, costs and expenses.  These cases have
2  been resolved and all claims or disputes related to them have been released.
3
4
5  IT IS SO STIPULATED.
6
7
8  DATED:  April 24, 2012               /s/ Samuel H. Ruby----------------------------
                                        SAMUEL H. RUBY
9                                       BULLIVANT HOUSER BAILERY PC
                                        Attorneys for Plaintiff
10                                      THE CONTINENTAL INSURANCE
                                        COMPANY
11
12
13 DATED:  April 24, 2012               /s/ John Cox---------------------------------------
                                        JOSEPH A. WALSH II
14                                      JOHN COX
                                        KEESAL, YOUNG & LOGAN
15                                      Attorneys for Defendant M/V COSCO
                                        BUSAN and Defendants and Counter-
16                                      Claimants REGAL STONE LIMITED and
                                        FLEET MANAGEMENT LTD
17
18
19 DATED:  April 24, 2012               /s/ Walter Gerard Coppenrath, Jr.---------
                                        WALTER GERARD COPPENRATH, JR.
                                        COPPENRATH & ASSOCIATES
20                                      Attorneys for Defendant
                                        JOHN COTA
21
22
23 DATED:  April 24, 2012               /s/ C. Kent Roberts----------------------------
                                        C. KENT ROBERTS
                                        SCHWABE, WILLIAMSON & WYATT
24                                      Attorneys for Third-Party Defendant
                                        JOHN JOSEPH COTA
25
26
27
28

DATED: April 24, 2012         /s/ Forrest Booth------------------------------
FORREST BOOTH
SEVERSON & WERSON
Attorneys for Third-Party Defendants
SAN FRANCISCO BAR PILOTS AND THE SAN FRANCISCO BAR PILOTS BENEVOLENT AND PROTECTIVE ASSOCIATION

DATED: April 24, 2012         /s/ Marc J. Derewetzky----------------
MARC J. DEREWETZKY, ESQ.
TRENK DIPASQUALE DELL FERA SODONO
Attorneys For Intervening Plaintiff
RLI INSURANCE COMPANY

1 **ORDER**

2 Pursuant to Federal Rule of Civil Procedure 41 and based upon the
3 foregoing stipulation, with good cause appearing, Case Numbers CV 08-02052 SC and
4 CV 08-05098 SC are hereby dismissed with prejudice, each party to bear its own costs,
5 fees and expenses.

6

7 **IT IS SO ORDERED.**

8

9
10 DATED: 4/25/12



11 The Honorable Samuel Conti
District Judge
Judge Samuel Conti

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 - KYL_SF554569
JOINT STIPULATION TO VOLUNTARILY DISMISS CERTAIN RELATED ACTIONS:
CV08-02052 AND CV08-05098; [PROPOSED] ORDER - Case No. C 07 06045 (SC)